# EXHIBIT B



**HARRISON ERICKSON**

17 March 1978

Frank Sullivan
Director of Promotions
The Phillies
Veterans Stadium
Broad Street and Pattison Avenue
Philadelphia, Pensylvania  19143

Dear Frank:

The following is to serve as a Letter of Agreement between The Phillies (baseball team), Veterans Stadium, Broad Street and Pattison Avenue, Philadelphia, Pennsylvania 19143 and Harrison/Erickson, 95 Fifth Avenue, New York, New York, 10003 for the design and construction of a character to be known as The Phillie Fanatic for use as an entertainer during home baseball games.

Harrison/Erickson will provide:

    (1) a design for The Phillie Fanatic (see sketch attached),
    (2) a costume built from the design to measurements provided by the Phillies, and
    (3) delivery on or before April 30, 1978.

The Phillies will provide:

    (1) measurements for the wearer of the costume as required by forms sent March 14, 1978,
    (2) five yards of material used in the uniform shirt, an extra large shirt, a pair of extra large baseball stockings and a large Phillie logo "P".

95 FIFTH AVENUE
NEW YORK, N.Y. 10003
212-929-5700

2.

The character will be copywritten by Harrison/Erickson who reserve all rights of its use for purposes other than expressly specified in writing.**

Fees and payment:

The fee of $3900.00 will be divided into two parts as follows:

    (1) $2000.00 to be paid as an advance and returned with a signed copy of this letter,
    (2) $1900.00 upon delivery of the costume.

Reimbursible expenses in addition to the fee include actual expenditures made by Harrison/Erickson and their employees in the interest of the project for the following incidental expenses; expenses and transportation in connection with the project and for postage, telephone calls and delivery outside New York City.

If this agreement is acceptablr to you, please sign both copies and return one to us for our files.

Best regards,

Wayde Harrison

_____
Frank Sullivan
for The Phillies

_____
Date

**This costume will be used on Phillies TV, Phillies commercials and personal appearances to promote the Phillies Baseball Tea[m]