# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PHILLIES, a Pennsylvania limited partnership,<br><br>        Plaintiff,<br><br>v.<br><br>HARRISON/ERICKSON, INCORPORATED, a New York corporation, HARRISON ERICKSON, a partnership, and WAYDE HARRISON and BONNIE ERICKSON,<br><br>        Defendants. | CIVIL ACTION NO. 19-7239<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br>JURY TRIAL DEMANDED |

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that Harrison/Erickson Incorporated has no parent company and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       August 7, 2019

By: _/s/ Paul D. Montclare_
Paul D. Montclare (pdm@msk.com)
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue – 25th Floor
New York, New York 10022
Tel. (212) 509-3900
Attorneys for Defendants
*HARRISON/ERICKSON,*
*INCORPORATED, a New York*
*corporation, HARRISON ERICKSON, a*
*partnership, and WAYDE HARRISON and*
*BONNIE ERICKSON*