| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ORIGINAL | DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/7/19 |

-------------------------------------------------------------------- X

*THE PHILIES*

                    Plaintiff(s),

- against -

*HARRISON/ERICKSON, et al*
                    Defendant(s).

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

19 Civ. 7239 (VM)(SN)

-------------------------------------------------------------------- X

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | Purpose:_____ |
| | ___ Habeas Corpus |
| ___ Settlement* | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion:_____ |
| | ___ All such motions: |

* Do not check if already referred for general pretrial.

The parties are directed that henceforth all correspondence pertaining to case management, scheduling and pretrial proceedings in this action, including amendments of an approved Case Management Plan, extensions of any deadlines, discovery disputes, non-dispositive pretrial motions, and any other proceedings prior to the completion of all discovery, shall be addressed to the designated Magistrate Judge in the first instance, except as may be otherwise authorized by the Court or the Magistrate Judge, and provided that with regard to matters referred to the Magistrate Judge on consent under 28 U.S.C. § 636(c), all such communications shall be addressed solely to the Magistrate Judge.

**SO ORDERED.**

DATED:    New York, New York
               7 October 2019

                                                     VICTOR MARRERO
                                                     United States District Judge