NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

FIRM and AFFILIATE OFFICES

DAVID J. WOLFSOHN
DIRECT DIAL: +1 215 979 1866
PERSONAL FAX: +1 215 689 2739
E-MAIL: DJWolfsohn@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

ALLIANCES IN MEXICO
AND SRI LANKA

October 4, 2019

**VIA CM/ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
 for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

   Re: *The Phillies v. Harrison/Erickson, Inc., et al.*, C.A. No. 19-7239-VM-SN

Dear Judge Netburn:

  I am lead counsel for plaintiff The Phillies in the above-referenced litigation.  I received today Your Honor's order scheduling the Initial Pretrial Conference pursuant to Rule 16 for Friday, October 18, 2019 at 11:30 AM.  I will be out of the country that week.  Accordingly, I respectfully request that the conference be rescheduled for a later date.

              Respectfully,

              David J. Wolfsohn
              *(admitted pro hac vice)*

DJW/kah
cc: Paul D. Montclare, Esq.
   Leo M. Lichtman, Esq.
   J. Matthew Williams, Esq.
   David T. McTaggart, Esq.
   Tyler R. Marandola, Esq.
   Kendra C. Oxholm, Esq.

DUANE MORRIS LLP

30 SOUTH 17TH STREET PHILADELPHIA, PA 19103-4196  PHONE: +1 215 979 1000   FAX: +1 215 979 1020