

**DuaneMorris**®

| | | |
|---|---|---|
| NEW YORK | | USDC SDNY |
| LONDON | | DOCUMENT |
| SINGAPORE | | ELECTRONICALLY FILED |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | DOC #:_____ |
| CHICAGO | | DATE FILED: 10/08/2019 |
| WASHINGTON, DC | | |
| SAN FRANCISCO | | |
| SILICON VALLEY | DAVID J. WOLFSOHN | NEWARK |
| SAN DIEGO | DIRECT DIAL: +1 215 979 1866 | LAS VEGAS |
| LOS ANGELES | PERSONAL FAX: +1 215 689 2739 | CHERRY HILL |
| TAIWAN | *E-MAIL:* DJWolfsohn@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

October 4, 2019

**VIA CM/ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
  for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> Re:   *The Phillies v. Harrison/Erickson, Inc., et al.*, C.A. No. 19-7239-VM-SN

Dear Judge Netburn:

　　I am lead counsel for plaintiff The Phillies in the above-referenced litigation. I received today Your Honor's order scheduling the Initial Pretrial Conference pursuant to Rule 16 for Friday, October 18, 2019 at 11:30 AM. I will be out of the country that week. Accordingly, I respectfully request that the conference be rescheduled for a later date.

Respectfully,

Plaintiff's request to reschedule the Initial Pretrial Conference in this matter is GRANTED and the Rule 16 Initial Pretrial Conference is hereby rescheduled for Tuesday, November 12, 2019, at 11:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are directed to comply with all other directions in advance of the Conference according to the Court's October 7, 2019 Order (ECF No. 39).

**SO ORDERED.**

October 8, 2019                                        _____
New York, New York                                SARAH NETBURN
                                                           United States Magistrate Judge