**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/20/2019
```

**PHILLIES,**

            **Plaintiff,**

   **-against-**

**HARRISON/ERICKSON, INC. et al.,**

           **Defendants.**

**----------------------------------------------------------------X**

**19-CV-07239 (VM)(SN)**

**CIVIL CASE MANAGEMENT**
**PLAN & SCHEDULING**
**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On November 12, 2019, the parties appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties**. The parties may amend the pleadings or join additional parties until Friday, November 15, 2019.

**Discovery**. All fact discovery shall be completed by Friday, February 7, 2020. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Tuesday, March 10, 2020. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Tuesday, March 31, 2020. All expert discovery shall be completed by Tuesday, April 28, 2020.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Friday, January 10, 2020. The letter should address any outstanding discovery disputes.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, to schedule a settlement conference if they believe it would be productive.

**Summary Judgment Motion**. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Victor Marrero by Wednesday, May 13, 2020. The parties should file a joint letter request to Judge Marrero if they seek an expedited summary judgment schedule.

**Trial**. The parties request a jury trial. The parties should file a joint letter request to Judge Marrero if they seek an expedited trial schedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       November 20, 2019
             New York, New York