```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PHILLIES,

                              Plaintiff,          19-CV-7239 (VM)(SN)

          -against-                               DISCOVERY
                                                  CONFERENCE ORDER
HARRISON/ERICKSON, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020

**SARAH NETBURN, United States Magistrate Judge:**

A telephone conference to discuss the issues raised by the parties' February 7, 2020 letters is scheduled for Thursday, February 13, 2020, at 4:30 p.m. At that time, the parties should jointly call Chambers at (212) 805-0286.

If this time is unavailable for any party, the parties must jointly contact Courtroom Deputy Rachel Slusher at (212) 805-0286, as soon as practicable, to reschedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   February 12, 2020
         New York, New York