```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

THE PHILLIES,

                        **Plaintiff,**              19-CV-07239 (VM)(SN)

      -against-                               <u>**ORDER**</u>

HARRISON/ERICKSON, INCORPORATED, et al.,

                        **Defendants.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the discovery conference scheduled for Thursday, March 19, 2020, at 4:00 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
DATED:    March 12, 2020                         United States Magistrate Judge
                New York, New York