# EXHIBIT H

```
                                                                  Page 1
                                                Page
 1            Rough Ascii - W. Webb - Not a Final

 2    The Phillies
           V.
 3    Harrison/Erickson, Incorporated, et al.

 4    DATE:  March 11, 2020

 5    This is an unedited, unproofread, uncertified
      transcript for attorneys' information only.  This
 6    transcript may NOT be quoted in documents or used
      for examination purposes.
 7
      This raw transcript will contain:
 8    1.  Conflicts - an apparently wrong word that has
      the same stenotype stroke as a less-used word.
 9    Conflicts are remedied by the reporter in
      editing.
10    2.  Untranslates/Misstrokes - the stenotype
      stroke appears on the screen as the result of the
11    computer dictionary not having the stroke
      previously identified, or a fingering error.
12    3.  Reporter's notes - a parenthetical word or
      phrase from the reporter to the scopist (the
13    person making the initial edit).  Since the.
      Reporter must write each word instantly, a
14    misunderstood word or phrase will not be apparent
      until some time later.  Reporter's notes provide
15    the opportunity to correct such situations.
                          WARNING!
16    This unedited rough draft of the proceedings was
      produced in Realtime and is not certified. The
17    rough draft transcription may not be cited or
      used in any way or at any time to rebut or
18    contradict the certified transcription of
      proceedings. There will be discrepancies in this
19    form and the final form, because this Realtime
      transcription has not been edited, proofread,
20    corrected, finalized, indexed, or certified.
      There will also be a discrepancy in page numbers
21    appearing on the unedited rough draft and the
      edited, proofread, corrected, and certified
22    final.

23                       ROUGH TRANSCRIPT


24


25
```

Page 2

Page

1 Rough Ascii - W. Webb - Not a Final

2 THE VIDEOGRAPHER:  This is the start

3 of Tape Labeled Number 1 in the videotaped

4 deposition of William Webb in the matter of

5 The Phillies, et al. v. Harrison/Erickson,

6 Inc., et al. in the United States District

7 Court for the Southern District of New

8 York, Civil Action Number 1:19-07239.

9 This deposition is being held at

10 30 South 17th Street, Philadelphia,

11 Pennsylvania on March 11th, 2020 at

12 approximately 9:27.

13 My name is Adolph Green from TSG

14 Reporting, Inc. and I'm the legal video

15 specialist.  The court reporter today is

16 Debra Lyons in association with TSG

17 Reporting.

18 Would counsel, please, voice

19 identify themselves.

20 MR. WOLFSOHN:  David Wolfsohn, Duane

21 Morris, for Plaintiff, The Phillies.

22 MR. MONTCLARE:  Paul Montclare,

23 Mitchell Silberberg & Knupp for Harrison

24 Erickson, Defendants.

25 MR. LICHTMAN:  Leo Lichtman, also

```
                                                            Page 3
                                              Page
 1        Rough Ascii - W. Webb - Not a Final
 2        for Defendants.
 3             MR. WILLIAMS:  Matthew Williams,
 4        also for Defendants.
 5             THE VIDEOGRAPHER:  Will the court
 6        reporter, please, swear in the witness.
 7                  - - -
 8             William Y. Webb, having been first
 9        duly sworn, was examined and testified as
10        follows:
11                  - - -
12   EXAMINATION
13   BY MR. MONTCLARE:
14        Q.   Good morning, Mr. Webb.  How are
15   you?
16        A.   Good morning.
17        Q.   You're an attorney; correct?
18        A.   Yeah -- no, I'm not.  I was an
19   attorney.
20        Q.   Okay.  When did you first start
21   practicing law?
22        A.   In 1961.
23        Q.   Okay.  And could you just very
24   briefly go through your career as an attorney
25   to the time you stopped practicing?
```

```
                                    Page
 1        Rough Ascii - W. Webb - Not a Final
 2   you from answering the questions fully today?
 3         A.   That's not insulting at all, and
 4   no.
 5         Q.   Thank you.
 6              Earlier on we talked about you
 7   reviewing some documents.  One was the -- your
 8   handwritten corrections that we went over
 9   already.
10              What other documents did
11   Mr. Wolfsohn show you that refreshed your
12   recollection?
13              MR. WOLFSOHN:  You can answer the
14         question.
15              THE WITNESS:  I can.  I'll direct it
16         to you.  That's the only one I recall
17         spending any time on.  I don't know if
18         there was anything else.
19   BY MR. MONTCLARE:
20         Q.   I think you -- you originally
21   testified that you thought that there were
22   perhaps four documents.  Do you -- do you
23   remember that testimony?
24         A.   Four documents.  I don't --
25   honestly, I don't know why I said that.
```

```
                                      Page
 1       Rough Ascii - W. Webb - Not a Final
 2       Q.   So is it -- is it your testimony
 3   now that you only recall looking at one
 4   document with Mr. Wolfsohn?
 5       A.   I'm not sure I didn't look at
 6   others, but that's the one that I remember
 7   working on that refreshed my memory.
 8       Q.   Okay.  Did you look at any other
 9   documents?
10       A.   I hate to say this 'cause this was
11   only last week, but I don't remember -- I
12   think there were more documents on the table.
13   He had his whole file with him and I, you
14   know, I don't recall whether he said, "Look at
15   this.  Look at that."  The one thing that we
16   looked at was the document that I think was
17   Number 1, the signed agreement.
18       Q.   The signed 1984 agreement?
19       A.   Yeah.
20       Q.   We looked at the subpoena earlier
21   on, which is the first document we marked in
22   this deposition today.  And you mentioned that
23   you hadn't seen it before and you hadn't seen
24   the document request before.
25            Putting aside the subpoena for a
```

Page 87
Page
1        Rough Ascii - W. Webb - Not a Final
2   minute.  Have you ever been asked to look for
3   files in connection with this case by anyone?
4        A.   I think Mr. Wolfsohn asked me
5   whether I had any records relating to the
6   case, and I said I didn't have any records
7   relating to The Phillies, let alone something
8   that happened in 1984.
9             There's one exception to that, and
10  that was the minutes of the last meeting of
11  the ownership that I attended.
12       Q.   And I assume that had nothing to
13  do with this case.
14       A.   No.
15       Q.   And hopefully it gave you the
16  congratulations that was due you.
17       A.   It was a nice event.
18       Q.   Okay.  Were you familiar with a
19  litigation that was commenced by Harrison
20  Erickson against The Phillies in 1979?
21       A.   I don't think so at the time.  I
22  certainly didn't remember it.  Mr. Wolfsohn
23  did --
24            MR. WOLFSOHN:  Well --
25            THE WITNESS:  -- tell me there had

```
                            Page
 1      Rough Ascii - W. Webb - Not a Final
 2    been such.
 3           MR. WOLFSOHN:  -- I'm going to
 4    instruct --
 5           THE WITNESS:  I'm sorry.
 6           MR. WOLFSOHN:  Don't reveal our
 7    communications.
 8           THE WITNESS:  I'm sorry.
 9           MR. WOLFSOHN:  What he -- what he
10    wants to know is were you aware of it or
11    were you aware of it at the time.
12           THE WITNESS:  I apologize.  No, I
13    was not aware of it.
14 BY MR. MONTCLARE:
15      Q.   Did mist -- did Mr. Wolfsohn show
16 you the Complaint or any other documents?
17           MR. WOLFSOHN:  Instruct you not to
18    answer.  I mean, you know the --
19           (Instruction.)
20           MR. MONTCLARE:  It's a foundation
21    question for asking if it --
22           MR. WOLFSOHN:  No.
23           MR. MONTCLARE:  -- refreshed his
24    recollection.
25           MR. WOLFSOHN:  No.  You can't
```

```
                                            Page
 1         Rough Ascii - W. Webb - Not a Final
 2    add no future infringement?
 3         A.   Yes.
 4              MR. MONTCLARE:  Objection --
 5              THE WITNESS:  Yes.
 6              MR. MONTCLARE:  -- as to form, lacks
 7         foundation.
 8    BY MR. WOLFSOHN:
 9         Q.   Going back to the note the -- the
10    second printed page of Exhibit D-83 that has
11    the two asterisks, you wrote, [as read]:
12    "Real problem is economic.  For 210 they view
13    their retention of rights."
14              Who does the "they" refer to?
15         A.   Harrison and Erickson.
16         Q.   Okay.  Okay.  Let's just look at
17    the subpoena.  Looks like this and it's
18    Exhibit Defendant's 80.
19         A.   This?
20         Q.   Yes.
21         A.   Okay.
22         Q.   If you could just turn to the last
23    page which is headed Document Demands?
24         A.   Yeah.
25         Q.   Do you have any documents or have
```

1      Rough Ascii - W. Webb - Not a Final Page
2  you had in the last year any documents
3  described in Paragraph 1?
4       A.   Well, I've already testified that
5  I have none other than the set of the minutes
6  but let me read it again to be absolutely
7  certain.
8       Q.   Thank you.  Yeah.
9       A.   (Reviewing document.)
10           No, I -- none.
11      Q.   Same questions for 2, 3, 4, 5, 6,
12 7, and 8, so if you would, review those.
13      A.   No, I've read them all.
14      Q.   Okay.
15      A.   Yeah.
16      Q.   So with respect to Document
17 Demands 1 through 8, do you -- or have you had
18 any documents described in those demands in
19 the last year?
20      A.   No.
21           MR. WOLFSOHN:  Thank you.  That's
22      all I have.
23           MR. MONTCLARE:  Just a few
24      follow-ups.
25 EXAMINATION