Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2   _____

 3   THE PHILLIES, a              )
     Pennsylvania limited         )
 4   partnership,                 )
                                  )
 5              Plaintiff,        )
                                  )
 6        -vs-                    ) Civil Action No. 1:19-07239-VM
                                  )
 7   HARRISON/ERICKSON,           )
     INCORPORATED, a New York     )
 8   corporation, HARRISON        )
     ERICKSON, a partnership,     )
 9   and WAYDE HARRISON and       )
     BONNIE ERICKSON,             )
10                                )
                Defendants.       )
11   _____

12

13              DUANE MORRIS LLP
              30 SOUTH 17TH STREET
14       PHILADELPHIA, PENNSYLVANIA  19103
              FEBRUARY 18, 2020
15                 9:20 A.M.

16

17

18          VIDEOTAPED DEPOSITION OF
               WILLIAM YALE GILES

19

20

21

22

23   REPORTED BY:

24   DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE

25   JOB NO. 177009
```

1

2

3

4

5          February 18, 2020

6     Videotaped deposition of William Yale Giles,

7  held at the offices of Duane Morris LLP, 30 South

8  17th Street, Philadelphia, Pennsylvania  19103,

9  before Debra Sapio Lyons, a Registered Diplomat

10 Reporter, a Certified Realtime Reporter, a

11 Certified Realtime Captioner, a Certified

12 LiveNote Reporter, an Approved Reporter of the

13 United States District Court for the Eastern

14 District of Pennsylvania, a Certified Court

15 Reporter of the State of New Jersey, a Notary

16 Public of the States of New Jersey, New York and

17 the Commonwealth of Pennsylvania.

18

19

20

21

22

23

24

25

1                    William Y. Giles

2        A.   Well, I was basically the

3   marketing guy and Frank was more or less my

4   assistant, and he had the title Promotion

5   Director, but he would be in charge of any

6   crazy thing that would -- we would create.

7        Q.   Did -- was there a fellow named

8   Dennis Lehman working for you then?

9        A.   Yes.  He had the title of

10  Marketing Director.

11       Q.   Okay.  And were -- who reported to

12  Mr. Lehman if you can recall?

13       A.   I don't really know.  Frank

14  Sullivan would have, but I don't know who

15  else.

16            MR. MONTCLARE:  Okay.  I'm going to

17       mark as the next exhibit here, which is

18       going to be December 4 -- Defendants' 14, a

19       copy of the Complaint in this action

20       without the exhibits.

21            MR. WOLFSOHN:  Thank you.  So the

22       court reporter will put a sticky on it and

23       then she'll hand that to you.

24            (Exhibit D-14, Complaint in Civil

25       Action No. 19-07239, is marked for

```
                                                         Page 11
 1                  William Y. Giles
 2         identification.)
 3   BY MR. MONTCLARE:
 4         Q.   Mr. Giles, have you seen a copy of
 5   this document before today?
 6         A.   This?
 7         Q.   Yes.
 8         A.   No.
 9         Q.   Did you ever see -- you -- you've
10   never seen a copy of this document before
11   today?
12         A.   Well, my lawyer showed me a bunch
13   of things a couple weeks ago, but I don't
14   really remember whether this was in it.  I
15   don't --
16         Q.   Okay.
17         A.   -- I don't know.
18         Q.   So you met with your lawyer in
19   preparation for this deposition?
20         A.   Yes, sir.
21         Q.   Okay.  And he showed you some
22   documents?
23         A.   Yes, sir.
24         Q.   Just answer "yes" or "no."  Hum?
25         A.   Yes.
```

Page 45

1           William Y. Giles

2      vouching for another witness.

3           THE WITNESS:  And I'm supposed to do

4      what?

5           MR. WOLFSOHN:  You can answer if you

6      can.

7           THE WITNESS:  I don't want to call

8      her a liar, no.  I mean...

9           MR. WOLFSOHN:  That's 'cause you're

10     a gentleman.

11          THE WITNESS:  Well, I don't know if

12     she was or not.  I mean, it --

13  BY MR. MONTCLARE:

14     Q.   So --

15     A.   You know, it's 42 years ago.  I

16  don't --

17     Q.   Yeah.

18     A.   -- I don't know.

19     Q.   So is it fair to say you really do

20  not have a clear recollection as to whether

21  you are the one who chose the green color?

22     A.   I have been brainwashed by myself

23  that I was the one that picked the green, but,

24  you know, I believe that I picked the green.

25     Q.   But you really don't have a clear

Page 46

1           William Y. Giles

2  recollection of that now, do you?

3       A.   I have no notes and, you know, I'm

4  85 years old, man.

5       Q.   I -- I'm not that old yet, but I

6  identify.

7            Fair enough.  You know, in this

8  business, especially if you're in public

9  relations, sometimes the royal "we" comes into

10 play; doesn't that correct?

11      A.   That's kind of me.

12      Q.   Thank you.

13           MR. MONTCLARE:  Let's mark as the

14      next exhibit, which is what, 18?

15           MS. NGUYEN:  17.

16           MR. MONTCLARE:  17.  Sorry.

17           (Exhibit D-17, one-page document,

18      copy of a photograph, bearing Bates Numbers

19      HE000416, is marked for identification.)

20           MR. WOLFSOHN:  Thank you.

21           THE WITNESS:  There you are, Bonnie.

22           MS. ERICKSON:  Ain't it great.

23 BY MR. MONTCLARE:

24      Q.   Okay.  If you take a look at this

25 exhibit, it -- it says that on the -- on the

Page 142

1                William Y. Giles

2    BY MR. MONTCLARE:

3        Q.   Let's go on.  All right.

4        A.   It's the City of Brotherly Love.

5        Q.   Yeah, it is.

6             MR. WOLFSOHN:  And sisterly love.

7             MR. MONTCLARE:  And Philadelphia

8        lawyers.

9    BY MR. MONTCLARE:

10       Q.   Okay.  So let's go on.  So my --

11   my question is:  You had -- you did not expect

12   your attorney to understand that the action in

13   1979 referred to in this whereas clause was a

14   copyright infringement action?

15            MR. WOLFSOHN:  Objection, lack of

16       foundation.

17            THE WITNESS:  Sir, I -- when I have

18       a lawyer, I expect him to understand any

19       document in full that I have to sign.

20   BY MR. MONTCLARE:

21       Q.   Including the words in the

22   document?

23       A.   Yeah.

24       Q.   And you acted in reliance on what

25   the lawyer told you; correct?