Page 1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
THE PHILLIES, a Pennsylvania limited
partnership,

          Plaintiff,
                          Civil Action No.
   -against-             19-7239

HARRISON/ERICKSON, INCORPORATED, a
New York corporation, HARRISON
ERICKSON, a partnership and WAYDE
HARRISON and BONNIE ERICKSON,
          Defendants.
- - - - - - - - - - - - - - - - - - - - x
```

         Videotaped oral deposition of WAYDE
    HARRISON, taken pursuant to notice, was
    held at the law offices of DUANE MORRIS
    LLP, 1540 Broadway, New York, New York,
    commencing February 10, 2020, 9:47 a.m.,
    on the above date, before Leslie Fagin,
    a Court Reporter and Notary Public in
    the State of New York.
                     - - -


             MAGNA LEGAL SERVICES
      320 West 37th Street, 12th Floor
         New York, New York 10018
              (866) 624-6221



```
 1
 2    APPEARANCES:
 3
 4    DUANE MORRIS LLP
      Attorneys for Plaintiff
 5              1540 Broadway
                Suite 1400
 6              New York, New York 10036-4086
      BY:       DAVID J. WOLFSOHN, ESQUIRE
 7
 8
      MITCHELL SILBERBERG & KNUPP LLP
 9    Attorneys for Defendants
                437 Madison Avenue, 25th Floor
10              New York, New York 10022
      BY:       PAUL D. MONTCLARE, ESQUIRE
11              LEO LICHTMAN, ESQUIRE
                ELAINE NGUYEN, ESQUIRE
12
13
      ALSO PRESENT:
14
           BONNIE ERICKSON
15
         ROBERT STEINKOPF, Videographer
16         Magna Legal Services
17
18
19
20
21
22
23
24
25
```



```
 1                W. Harrison
 2     among other things, you were using the
 3     success of the Phanatic over the past couple
 4     of decades before this as publicity to try to
 5     get more business for Acme Mascots, fair?
 6                MR. MONTCLARE:  Objection as to
 7        form.
 8        A.    Yes, we had done that character and
 9     we were proud to let people know.
10        Q.    And you thought that the Phillies
11     had done a good job in promoting that
12     character since 1984, did you not?
13                MR. MONTCLARE:  Objection as to
14        form.
15        A.    That isn't what it says here, but
16     we thought, yes, the Phillies certainly had
17     done a very successful job, yes.
18        Q.    And it's true, is it not, that as
19     of 1999, 15 years, almost 15 years after the
20     October 31, 1984 agreement was signed, the
21     Phanatic still had a good reputation as a
22     mascot, true?
23        A.    I think that's because we laid a
24     very good foundation and the Phillies
25     continued to follow-up on that.
```

