
Page 1

```
IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE PHILLIES, a Pennsylvania limited
partnership,
                                PLAINTIFF,
          -against-        CIVIL ACTION NO.:
                           1:2019cv07239

HARRISON/ERICKSON, INCORPORATED, a New York
corporation, HARRISON ERICKSON, a partnership,
and WAYDE HARRISON and BONNIE ERICKSON,

                                DEFENDANTS.
------------------------------------------X
```

DATE: February 7, 2020
TIME: 9:39 a.m.

EXAMINATION BEFORE TRIAL of the Defendant, BONNIE ERICKSON, taken by the Plaintiffs, pursuant to a Court Order, held at the offices of Duane Morris LLP, 1540 Broadway, Suite 1400, New York, New York 10036, before Magdalena Mayra Artiles, a Notary Public of the State of New York.

Magna Legal Services
(866)624-6221
www.MagnaLS.com



```
Page 2
 1
 2   A P P E A R A N C E S:
 3
 4   DUANE MORRIS LLP
         Attorneys for the Plaintiff
 5       30 South 17th Street
         Philadelphia, Pennsylvania 19103
 6       BY: DAVID J. WOLFSOHN, ESQ.
         Djwolfsohn@duanemorris.com
 7
 8   MITCHELL SILBERBERG & KNUPP LLP
         Attorneys for the Defendants
 9       437 Madison Avenue, 25th Floor
         New York, New York 10022
10       BY: PAUL D. MONTCLARE, ESQ.
         pdm@msk.com
11
                 -AND-
12
         J. MATTHEW WILLIAMS, ESQ.
13
                 -AND-
14
         ELAINE NGUYEN, ESQ.
15
16
17   ALSO PRESENT:
18      Executive Vice President, David Buck
19
20
21
22
                *       *       *
23
24
25
```



```
Page 233
 1                  B. ERICKSON
 2    of -- I mean, yeah, we had rough
 3    sketches for stuff, but none of them
 4    were ever fabricated.
 5         Q. Understood.
 6         A. And it's a shame, because some
 7    of the performers did get what we had
 8    explained to them in their training,
 9    so -- we need to keep this here?
10         Q. Over there.  Thank you.
11            You'd agree that both Dave
12    Raymond and Tom Burgoyne were talented
13    performers?
14              MR. MONTCLARE:  Objection as
15        to form.
16         A. First of all, yes.  I do agree
17    that, but David was an -- not a
18    performer to start with.  So we did
19    give him some training.  Also, he
20    understood what we were talking about
21    for the character as we described it
22    and what we were looking for, and we
23    had approval of all of these
24    performers.  So once we saw what he was
25    able to do, he really fulfilled the
```



```
Page 234
 1                    B. ERICKSON
 2    kind of character we wanted and what we
 3    described to him.
 4        Q. What exactly did you describe to
 5    him?
 6        A. We talked about how to be --
 7    physically how to be in the costume.
 8    When he came up for a fitting, we would
 9    have him walk around.  We told him to
10    take it home, sit with the character,
11    do regular things you would do at home.
12            It's a whole training procedure
13    for performers.  Some of the others we
14    auditioned, but he -- he had to dance,
15    so he did know how do dance, which was
16    a good thing, and because we didn't do
17    an audition, it was --we really had to
18    wait and see how he was going to
19    perform, but we approved him
20    ultimately, and then we ran an audition
21    for Tom Burgoyne, who does it now who
22    is also very talented.
23        Q. And then when David Raymond
24    retired from the Phillies you brought
25    him on as part of Acme Mascots,
```

