Page 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   Civil Action No. 19-7239-VM-SN
     ----------------------------------)
 3
     THE PHILLIES, a Pennsylvania
 4   limited partnership,

 5              Plaintiff,

 6         vs.

 7   HARRISON/ERICKSON, INCORPORATED,
     a New York corporation, HARRISON
 8   ERICKSON, a partnership, and
     WAYDE HARRISON and BONNIE
 9   ERICKSON,

10              Defendants.

11   ----------------------------------)

12                CONFIDENTIAL

13   VIDEOTAPED DEPOSITION OF SCOTT BRANDRETH

14              New York, New York

15              February 28, 2020

16

17

18

19

20

21

22   Reported by:

23   Debra Stevens, RPR-CRR

24   Job No. 177733

25
```

```
 1
 2                February 28, 2020
 3                  9:34 a.m.
 4
 5        Confidential Videotaped
 6   Deposition of SCOTT BRANDRETH, the
 7   witness herein, held at the offices
 8   of Mitchell Silberberg & Knupp, 437
 9   Madison Avenue, New York, New York,
10   before Debra Stevens, a Notary
11   Public of the State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1           S. Brandreth - Confidential
2      A.    Mr. Sapp created the design.
3      Q.    Did you give anything to
4  Mr. Sapp in connection with the creation
5  of the design?
6      A.    That group of us did, yes.
7      Q.    And what did you give him?
8      A.    Round eyes, big duck butt,
9  introduction of the powder blue color that
10 is prominent with The Phillies.  We
11 discussed the shape of the eyelashes, the
12 color of the shoes.  That was all
13 discussed with the group.
14     Q.    When you say you provided him
15 with that, was that just verbal
16 communication or did you actually provide
17 drawings or something different?
18     A.    Verbal communication.
19     Q.    And how did you come up with
20 these characteristics that you talked to
21 him about?
22     A.    That group, we just got in a
23 room and started to have fun.
24     Q.    Was Mr. Sapp given any drawings
25 of the original Phanatic to look at?

1           S. Brandreth - Confidential
2      A.   Yes.
3      Q.   Did you keep a record of what
4  you gave him?
5      A.   The designs?
6      Q.   Whatever you gave Mr. Sapp in
7  connection with his creation of the
8  design.
9      A.   Yes.
10     Q.   Where is that located?
11     A.   My files.
12     Q.   And that goes back to when?  How
13 long ago?
14     A.   I want to say, like I stated
15 before, July maybe, possibly sooner.  I am
16 not...
17     Q.   I am not asking for an exact
18 date, but around July 2019?
19     A.   Yes, that is my guess.
20     Q.   That was after this lawsuit had
21 been commenced.  Yes?
22     A.   Yes.
23          MR. MONTCLARE:  Counsel, have
24      those been produced?  I don't believe
25      I have seen them or seen them

1           S. Brandreth - Confidential
2       identified.
3           MR. WOLFSOHN:  You just
4       requested them a couple days ago.
5           MR. MONTCLARE:  They were
6       requested initially when we asked for
7       all information relating to
8       derivatives.  This makes this
9       deposition more difficult, but we'll
10      continue.  I make a request for that.
11      Please note this request.
12      Q.   So, it is in a file in your
13  office, sir?
14      A.   It's in my folder on my
15  computer.
16      Q.   So to produce it, all you have
17  to do is transmit -- open up the folder
18  and there it would all be?
19      A.   Sure.
20      Q.   About how many images or
21  documents electronically would be stored
22  in that folder approximately?
23      A.   I don't know.
24      Q.   Please don't erase any of those,
25  sir.  Understood?

1          S. Brandreth - Confidential

2     A.    Understood.

3     Q.    Would there be notes, your notes
4  relating to this process also appear
5  somewhere in your files or on your
6  computer?

7     A.    Yes.

8     Q.    In the same folder, sir?

9     A.    Yes.

10    Q.    Would they appear anyplace else,
11 do you know?

12    A.    No.

13    Q.    So, if Mr. Sapp did the design,
14 who actually did the construction of
15 Phanatic, if you know?

16    A.    Randy Carfagno.

17    Q.    I meant P2.  I am sorry.  I
18 withdraw the question.

19          If Mr. Sapp did the design of
20 P2, who actually constructed it, if you
21 know?

22    A.    Randy Carfagno.

23    Q.    Do you know, is he affiliated
24 with an organization?

25    A.    I don't know.

1         S. Brandreth - Confidential
2    derivative works that are in this exhibit?
3         A.   Not every one of them, for sure.
4         Q.   As a general matter, because I
5    don't want to go through 300 of these.
6    That would be a waste of time.
7              What kind of records would be in
8    these folders with regard to each of these
9    numbered works?
10             MR. WOLFSOHN:  Okay.
11        Mischaracterizes his testimony and
12        vague.  You can try to answer.
13        A.   An image of the design.
14        Q.   And how do you organize them?
15   Do you name them?  How are they actually
16   organized in your computer?  By date?  By
17   name?  Some other way?
18        A.   Maybe by date, by project.
19        Q.   Okay.  So let's take a look at
20   one of them.  Look at item 100 on page 34
21   of the exhibit.  What is depicted in the
22   left-hand column with respect to the
23   design?  What is that?
24        A.   That is the P2 design.
25        Q.   We started to talk about this.

1        S. Brandreth - Confidential
2    Where are the records relating to the
3    development of the P2 design located in
4    the books and records of The Phillies, if
5    you know?
6        A.   On my computer, or -- mine are
7    on my computer.  I don't know where others
8    are.
9        Q.   And have you turned all of those
10   documents over to your counsel?
11       A.   Yes.
12       Q.   If you take a look at the third
13   column, the only document that was
14   produced in connection with this is PHAN
15   0009712.  Do you see that?
16       A.   Yes.
17       Q.   Was there more than one document
18   in that folder?
19       A.   There are variations of that
20   leading up to this.
21       Q.   I am talking about in the entire
22   folder that relates to 100.  Is there only
23   one document in that computer folder?
24       A.   I just answered that.  There are
25   several -- there are several documents

Page 104

1       S. Brandreth - Confidential
2  leading up, including this one.
3       Q.    And those would just be designs,
4  two-dimensional designs?
5       A.    Yes.
6       Q.    Is there anything else in that
7  folder, any other data or letters or
8  correspondence or anything like that?
9       A.    Yes.
10            MR. MONTCLARE:  I asked that
11      they be produced.
12      Q.    Just give me some basic idea.
13 Can you give me an estimate of how many?
14 A hundred, two hundred different
15 documents?  Three hundred?  How many?
16      A.    Relating to?
17      Q.    This particular Phanatic design.
18            MR. WOLFSOHN:  Objection; vague.
19      You can answer.
20      A.    100 maybe.
21      Q.    I interrupted myself before.  We
22 were talking about the construction of the
23 costume itself by Mr. Carfagno.  Do you
24 remember that?
25      A.    Yes.

1         S. Brandreth - Confidential
2         Is that really what you want the
3     impression to be left here?
4            You are just going to stonewall
5     us and not allow me to get all the
6     reasons why this particular P2 was
7     designed and constructed the way it
8     was?  You are instructing him not to
9     answer those questions?  Okay.
10     Q.    Why did they change the color of
11 his socks to be blue?
12     A.    They represent the socks that we
13 wore in 1948.  Some of the Phanatic's
14 favorite old time players wore those.
15     Q.    So were you intending to use
16 this Phanatic, P2, alongside of the
17 original Phanatic?
18            MR. WOLFSOHN:  I am not sure
19     what that means, but you can answer
20     it.
21     A.    Read it back.
22            (Record read.)
23     A.    No.
24     Q.    Why not?
25            MR. WOLFSOHN:  You can answer to