Page 1

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
  _____

  THE PHILLIES, a                    )
  Pennsylvania limited               )
  partnership,                       )
                                     )
              Plaintiff,             )
                                     )
       -vs-                          )   Civil Action No.
                                     )
  HARRISON/ERICKSON,                 )   19-7239-VM-SN
  INCORPORATED, a New York           )
  corporation, HARRISON              )
  ERICKSON, a partnership,           )
  and WAYDE HARRISON and             )
  BONNIE ERICKSON,                   )
                                     )
              Defendants.            )
  _____


                    DUANE MORRIS LLP
                   30 SOUTH 17TH STREET
             PHILADELPHIA, PENNSYLVANIA  19103
                   FEBRUARY 13, 2020
                      9:18 A.M.


        ****CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER****


                 VIDEOTAPED DEPOSITION OF
                   THOMAS ANDREW BURGOYNE




     REPORTED BY:

     DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE

     JOB NO. 176994
```

```
                                    Page
 1
 2
 3
 4
 5              February 13, 2020
 6       Videotaped deposition of Thomas Andrew Burgoyne,
 7  held at the offices of Duane Morris LLP, 30 South
 8  17th Street, Philadelphia, Pennsylvania  19103,
 9  before Debra Sapio Lyons, a Registered Diplomat
10  Reporter, a Certified Realtime Reporter, a
11  Certified Realtime Captioner, a Certified
12  LiveNote Reporter, an Approved Reporter of the
13  United States District Court for the Eastern
14  District of Pennsylvania, a Certified Court
15  Reporter of the State of New Jersey, a Notary
16  Public of the States of New Jersey, New York and
17  the Commonwealth of Pennsylvania.
18
19
20
21
22
23
24
25
```

Page 67

Page
1            Confidential - Thomas A. Burgoyne
2    drawing of this or the design of it?
3           A.   His name is Tom Sapp.
4           Q.   And using the -- the images on
5    Exhibit 7, what are the changes to the
6    Phanatic that you were mentioning?
7           A.   Well, his hat is bigger.  The blue
8    eye -- bushy eyebrows are powder blue.  The
9    eye -- eyelash -- eyelashes, I guess, are now
10   star-shaped and a lighter pink.  The snout is
11   shorter and cylindrical.  The eyes are
12   actually round.  The white of the eyes are
13   round.  I know in that middle illustration it
14   looks like it's oval, but they're actually
15   round.  And the pupils are oval, black pupils.
16                The Phanatic now has wings instead
17   of arms.  We changed -- instead of a stirrup
18   sock, he wears a sock.  So instead of a
19   stirrup, it's a sock.  And we've changed the
20   color there to blue with a white and red
21   stripe.
22                And he has red shoes.  And instead
23   of a star, we're going with a Liberty Bell
24   logo on his shoe.
25          Q.   So you're saying even though in

Page 102

Page
1   Confidential - Thomas A. Burgoyne

2    MR. WILLIAMS: If we could take a

3  quick break.

4    THE VIDEOGRAPHER: We are going off

5  the record at 11:17.

6    (A recess is held from 11:18 a.m. to

7  11:32 a.m.)

8    THE VIDEOGRAPHER: We are back on

9  the record at 11:31.

10 BY MR. WILLIAMS:

11  Q. Mr. Burgoyne, in the case the

12 parties have collected and exchanged a bunch

13 of documents related to the Phanatic.

14   Did you personally collect any

15 documents to provide for the case?

16  A. Personally collect? How do you

17 mean?

18  Q. Did you -- well, let me start

19 here.

20   Do you store documents about your

21 job on a hard drive at work?

22  A. About my job? Not -- I'm trying

23 to think of things that I have in writing --

24  Q. Sure.

25  A. -- that would be stored on my

```
                                                    Page 103
                              Page
 1          Confidential - Thomas A. Burgoyne
 2    computer that relates to the job.
 3             The books.  I'm trying to think of
 4    other things.  I don't store a lot on my
 5    computer.
 6         Q.    Yeah, that's -- I'm just --
 7         A.    Yeah.
 8         Q.    -- trying to find out what your --
 9         A.    Yeah.
10         Q.    -- practices are like and then
11    I'll try to do follow-up questions if I -- if
12    I need to --
13         A.    Yeah.
14         Q.    -- but I'm just trying to -- I
15    assume you exchange e-mails with people about
16    work.
17         A.    Yes.
18         Q.    Is the e-mail account we
19    referenced earlier today the only work-related
20    account that you have?
21         A.    Yes.
22         Q.    And did you provide anyone with
23    access to that account so that they could
24    collect documents for this litigation?
25         A.    No.
```

Page
1        Confidential - Thomas A. Burgoyne
2        Q.   Did you, yourself, look through
3   your e-mails to try to provide any documents
4   for this litigation?
5        A.   Not that I can recall.
6        Q.   And you said you don't store a lot
7   on your hard drive I'll call it.  Do you have
8   a personal computer in your office?
9        A.   I do, yes.
10       Q.   And this is your work office?
11       A.   Yes.
12       Q.   And did you look on that machine
13  to see if there are any documents relevant to
14  this litigation?
15       A.   Not that I can recall, no.  I --
16  generally I don't keep a lot of paperwork.
17  I'm -- my job, you know, pretty much is the --
18  the creative end of the Phanatic, the
19  performer inside the costume.  So a lot of the
20  files and documentation over the years, you
21  know, I -- I have some, but nothing that I can
22  think of certainly in terms of, you know, this
23  litigation.  I'm not a great record keeper I
24  guess is what I'm trying to say.
25       Q.   Okay.  Do you have hard copy files

```
                                                      Page 105
                                Page
 1          Confidential - Thomas A. Burgoyne
 2    in your office at work?
 3          A.   Some, uh-huh.  Yep.
 4          Q.   And do you know whether those were
 5    reviewed for the purpose of collecting
 6    documents in this case?
 7          A.   No, yeah, I don't -- I don't
 8    recall looking at any documents in my one --
 9    my -- I have a filing cabinet that I keep, you
10    know, various things over the years, but I
11    don't recall looking at any of that in
12    preparation for the litigation, no, or
13    pertaining to the litigation.
14          Q.   And did anyone else, to your
15    knowledge, review any of those files?
16          A.   No.
17          Q.   Okay.  Do The Phillies use a
18    document management system to store documents?
19          A.   Like what?
20          Q.   Sure.  So, for example, our firm
21    uses something called iManage.  There's one
22    called Worldox.  It's basically a cloud-based
23    kind of way of storing things so that stuff
24    isn't on your individual machines.
25               Does -- do The Phillies use
```

```
                                                    Page 106
                          Page
 1         Confidential - Thomas A. Burgoyne
 2  anything like that?
 3       A.   I'm not quite sure.  I know
 4  there's the iCloud and I know I've stored -- I
 5  generally use -- when I store a document, I do
 6  it on my -- my computer 'cause I'm not quite
 7  sure how the whole iCloud thing works.
 8       Q.   Okay.
 9       A.   Try to keep it simple.
10       Q.   And when you're referring to
11  "iCloud," is that an Apple-based storage
12  system?
13       A.   I think so.
14       Q.   Okay.
15       A.   If you say so.
16       Q.   Do you -- is it your understanding
17  that's how other people within the
18  organization store documents, in iCloud?
19            MR. WOLFSOHN:  Objection, lack of
20       foundation.
21            THE WITNESS:  Yeah, I don't know how
22       people store their documents.
23  BY MR. WILLIAMS:
24       Q.   Okay.  But that's an option on the
25  computer that you use at work?
```

```
                                                     Page 107
                                   Page
 1          Confidential - Thomas A. Burgoyne

 2          A.   Yeah, I -- yes.

 3          Q.   Okay.  Do you know -- have you

 4   ever seen the document request that we

 5   provided to The Phillies in this litigation?

 6          A.   No.

 7          Q.   Okay.  So you haven't seen a

 8   document that lists -- prepared by our firm

 9   that lists out the types of documents that we

10   want produced in the case?

11          A.   Not that I recall, no.

12          Q.   Okay.

13               (Counsel confer.)

14          Q.   When we were discussing earlier

15   this project of making some changes to the

16   Phanatic and the potential rollout of this new

17   costume that you described, are there specific

18   merchandise items planned for release that

19   reflect those changes?

20          A.   We have talked about the

21   possibility of having merchandise available

22   when the Phanatic -- yeah, when the changes

23   are made, yeah.  Specifically nothing that I

24   can think of.

25          Q.   Okay.
```