```
                                                     Page
 1          Rough Ascii - W. Webb - Not a Final

 2    The Phillies
            V.
 3    Harrison/Erickson, Incorporated, et al.

 4    DATE:  March 11, 2020

 5    This is an unedited, unproofread, uncertified
      transcript for attorneys' information only.  This
 6    transcript may NOT be quoted in documents or used
      for examination purposes.
 7
      This raw transcript will contain:
 8    1.  Conflicts - an apparently wrong word that has
      the same stenotype stroke as a less-used word.
 9    Conflicts are remedied by the reporter in
      editing.
10    2.  Untranslates/Misstrokes - the stenotype
      stroke appears on the screen as the result of the
11    computer dictionary not having the stroke
      previously identified, or a fingering error.
12    3.  Reporter's notes - a parenthetical word or
      phrase from the reporter to the scopist (the
13    person making the initial edit).  Since the.
      Reporter must write each word instantly, a
14    misunderstood word or phrase will not be apparent
      until some time later.  Reporter's notes provide
15    the opportunity to correct such situations.
                              WARNING!
16    This unedited rough draft of the proceedings was
      produced in Realtime and is not certified. The
17    rough draft transcription may not be cited or
      used in any way or at any time to rebut or
18    contradict the certified transcription of
      proceedings. There will be discrepancies in this
19    form and the final form, because this Realtime
      transcription has not been edited, proofread,
20    corrected, finalized, indexed, or certified.
      There will also be a discrepancy in page numbers
21    appearing on the unedited rough draft and the
      edited, proofread, corrected, and certified
22    final.

23                      ROUGH TRANSCRIPT

24

25
```

```
                                        Page
 1         Rough Ascii - W. Webb - Not a Final
 2              We're going to --
 3         A.   My --
 4         Q.   -- mark as exhib --
 5         A.   -- my mother would not like.  It
 6   was I.
 7              MR. MONTCLARE:  We're going to mark
 8         as Exhibit 80, Defendants' 80, the subpoena
 9         in this case.  Here you go.  Here you go.
10              (Exhibit D-80, subpoena, is marked
11         for identification.)
12              THE WITNESS:  You didn't tell me I
13         had to read.
14              MR. WOLFSOHN:  I had forgot.  Forgot
15         to tell you that.  Actually, he didn't ask
16         you to read, so...
17              MR. MONTCLARE:  No, I'm -- it's
18         smart.
19   BY MR. MONTCLARE:
20         Q.   Mr. Webb, do you recognize that
21   document?
22         A.   No.
23         Q.   Have you ever seen it before?
24         A.   No.
25         Q.   If you take a look at the
```

```
                                             Page
 1         Rough Ascii - W. Webb - Not a Final

 2   second -- excuse me.  Not the second page.

 3   The last page of the document, it has a series

 4   of document demands.

 5               Do you see that?

 6         A.   Yes, I see that.

 7         Q.   Have you ever looked for the

 8   documents that are requested in -- in -- in

 9   that demand?

10         A.   No one has asked me to and, no, I

11   have not.

12         Q.   Okay.  Are you being paid for your

13   time today, sir?

14         A.   I beg your pardon.

15         Q.   Are you being paid for your time

16   today?

17         A.   No.

18         Q.   Are you being represented by

19   Mr. Wolfsohn?

20         A.   Am I?

21              MR. WOLFSOHN:  Yeah.

22              THE WITNESS:  I'm not paying you.

23              MR. WOLFSOHN:  It's a common

24       arrangement --

25              THE WITNESS:  Okay.
```

```
 1         Rough Ascii - W. Webb - Not a Final
 2         Q.   And you gave advice to The
 3   Phillies without knowing that?
 4              MR. WOLFSOHN:  You can answer that
 5       question.
 6              THE WITNESS:  Yes.
 7   BY MR. MONTCLARE:
 8         Q.   Did you know -- have any knowledge
 9   of the term of copyright under the U.S.
10   copyright laws in 19 --
11              MR. WOLFSOHN:  Term --
12   BY MR. MONTCLARE:
13         Q.   -- in 1984?
14              MR. WOLFSOHN:  -- the term meaning,
15       like, how long does a copyright last.
16              THE WITNESS:  Honestly, I don't
17       think I did know how long a copyright
18       lasted.
19   BY MR. MONTCLARE:
20         Q.   Do you believe that Mr. Giles and
21   The Phillies were relying on you to understand
22   every portion of this agreement when they
23   retained you to give advice with respect to
24   this agreement?
25         A.   Well, the hook in that question is
```

```
                                       Page
 1          Rough Ascii - W. Webb - Not a Final
 2    "every portion."  I was hired to review the
 3    agreement.  My job was to make sure that they
 4    got everything that your client had, and I did
 5    that to the best of my knowledge.
 6          Q.    But you're saying you had no
 7    knowledge of the copyright termination
 8    provisions; correct?
 9          A.    I said I did not have knowledge of
10    that.
11          Q.    Do you believe you were qualified
12    to review this document from a legal
13    perspective?
14          A.    Yes.
15          Q.    Okay.  I'm not going to go through
16    the specifics.  Do you remember any of the
17    specific provisions in this document?
18          A.    No, not the specifics.  I remember
19    the general import of it.  And to the degree
20    that I worked on it, I tried to do the two
21    things that I told you, everything for all
22    time.
23          Q.    And, in fact, you made some
24    changes to this, the original draft that was
25    given to you by the Harrison Erickson people;
```