

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Paul D. Montclare
Partner
(917) 546-7704 Phone
(917) 546-7674 Fax
pdm@msk.com

April 22, 2020

**VIA ECF**

Honorable Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square
Room 430
New York, NY 10007

Re:  <u>Phillies v. Harrison/Erickson, Inc. et al., No. 19-cv-7239-VM-SN</u>

Dear Judge Netburn:

Counsel for defendants requested that plaintiff's counsel agree to extend the deadlines for completion of expert discovery, and plaintiff's counsel has agreed. Accordingly, counsel for the defendants request that the deadline for the completion of expert discovery currently set for May 28, 2020 ("Order", ECF 73) be amended to provide as follows:

(i)  Initial expert reports to be exchanged on or before May 14, 2020

(ii)  Responsive expert reports, if any, to be exchanged on or before June 4, 2020

(iii)  Expert depositions to be completed within 16 calendar days after responsive reports, if any, are served;

(iv)  If no responsive reports are served, expert depositions will be completed by May 25, 2020.

Plaintiff's counsel does not oppose this request.

We also note that Your Honor's Order states that "[i]n light of the current public health emergencies, the parties may file a letter motion to extend those [discovery] deadlines as necessary."



April 22, 2020
Page 2

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

*/s/Paul D. Montclare*
Paul D. Montclare, Esq.
*(pdm@msk.com)*
437 Madison Avenue, 25th Floor
New York, NY 10022
Tel: (212) 509-3900
Fax: (212) 509-7239
*Attorneys for Defendants,*
*Harrison/Erickson, Incorporated, Harrison*
*Erickson, Wayde Harrison, and Bonnie Erickson*


Cc: David J. Wolfsohn
    Tyler Marandola

12079321.1