UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PHILLIES,

                Plaintiff,                19-CV-7239 (VM)(SN)

     -against-                DISCOVERY TELEPHONE
                                                                 CONFERENCE ORDER

HARRISON/ERICKSON, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic discovery conference to discuss the issues raised by Plaintiff's Wednesday, April 22, 2020 Letter Motion is scheduled for Wednesday, May 13, 2020, at 2:00 p.m. At this time, the parties should call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 8, 2020
                New York, New York