# EXHIBIT A

```
                                                              Page 1
                                        Page
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2   _____

 3   THE PHILLIES, a              )
     Pennsylvania limited         )
 4   partnership,                 )
                                  )
 5            Plaintiff,          )
                                  )
 6        -vs-                    )  Civil Action No.
                                  )
 7   HARRISON/ERICKSON,           )  19-7239-VM-SN
     INCORPORATED, a New York     )
 8   corporation, HARRISON        )
     ERICKSON, a partnership,     )
 9   and WAYDE HARRISON and       )
     BONNIE ERICKSON,             )
10                                )
              Defendants.         )
11   _____

12

13              DUANE MORRIS LLP
              30 SOUTH 17TH STREET
14       PHILADELPHIA, PENNSYLVANIA   19103
               FEBRUARY 13, 2020
15                  9:18 A.M.

16
     ****CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER****
17

18           VIDEOTAPED DEPOSITION OF
                THOMAS ANDREW BURGOYNE
19

20

21

22

23   REPORTED BY:

24   DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE

25   JOB NO. 176994
```

Page 2

```
                          Page
 1
 2
 3
 4
 5              February 13, 2020
 6      Videotaped deposition of Thomas Andrew Burgoyne,
 7  held at the offices of Duane Morris LLP, 30 South
 8  17th Street, Philadelphia, Pennsylvania  19103,
 9  before Debra Sapio Lyons, a Registered Diplomat
10  Reporter, a Certified Realtime Reporter, a
11  Certified Realtime Captioner, a Certified
12  LiveNote Reporter, an Approved Reporter of the
13  United States District Court for the Eastern
14  District of Pennsylvania, a Certified Court
15  Reporter of the State of New Jersey, a Notary
16  Public of the States of New Jersey, New York and
17  the Commonwealth of Pennsylvania.
18
19
20
21
22
23
24
25
```

Page 3

```
                          Page
 1  APPEARANCES:
 2    DUANE MORRIS
      BY:  DAVID WOLFSOHN, ESQUIRE
 3    30 South 17th Street
      Philadelphia, Pennsylvania  19103
 4
 5    Attorneys for Plaintiff
 6
    MITCHELL SILBERBERG & KNUPP
 7    BY:  J. MATTHEW WILLIAMS, ESQUIRE
      1818 N Street NW
 8    Washington, D.C.  20036
 9          AND
    MITCHELL SILBERBERG & KNUPP
10    BY:  LEO LICHTMAN, ESQUIRE
      437 Madison Avenue
11    New York, New York  10022
12
13    Attorneys for Defendants
14  ALSO PRESENT:
15    SCOTT BRANDRETH
      CRYSTAL STRAWBRIDGE, VIDEOGRAPHER
16    TSG REPORTING, INC.
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1      Confidential - Thomas A. Burgoyne
 2        THE VIDEOGRAPHER:  This is the start
 3  of Tape Labeled Numbered 1 of the
 4  videotaped deposition of Tom Burgoyne in
 5  the matter of The Phillies, a Pennsylvania
 6  Limited Partnership, v. Harrison/Erickson
 7  Incorporated, et al., in the United States
 8  District Court for the District of New
 9  York, Civil Action Number 19-7239-VM-SN.
10        This deposition is being held at
11  30 South 17th Street, Philadelphia,
12  Pennsylvania on February 13th, 2019 at
13  approximately 9:18 a.m.
14        My name is Crystal Strawbridge from
15  TSG Reporting, Inc.  I'm the legal video
16  specialist.  The court reporter is Debbie
17  Lyons in association with TSG Reporting.
18        Will counsel, please, introduce
19  yourself.
20        MR. WILLIAMS:  Matt Williams for the
21  Defendants, Harrison/Erickson, et cetera.
22        MR. LICHTMAN:  Leo Lichtman also for
23  the Defendants.
24        MR. WOLFSOHN:  David Wolfsohn for
25  Plaintiff, The Phillies.
```

Page 5

```
 1      Confidential - Thomas A. Burgoyne
 2        THOMAS ANDREW BURGOYNE, having been
 3     first duly sworn, was examined and
 4     testified as follows:
 5  EXAMINATION
 6  BY MR. WILLIAMS:
 7      Q.  Good morning, Mr. Burgoyne.
 8      A.  Good morning.
 9      Q.  As I just said, I'm Matt Williams.
10  I'm the attorney for Bonnie Erickson and Wayde
11  Harrison in this litigation.
12        I'm just going to go over a few
13  things with you about the nature of the
14  deposition to get started.
15        You understand you just took an
16  oath to tell the truth and that we're in a
17  Federal Court litigation.
18        Do you understand that?
19      A.  Yes.
20      Q.  Okay.  And she's creating a
21  transcript today, the court reporter, so we
22  need to make sure, if we can, not to talk over
23  each other or interrupt each other because she
24  can't take down two people at the same time.
25  Sometimes that's going to happen just as a
```

Page 110

```
 1        Confidential - Thomas A. Burgoyne
 2     also may not have seen it, so...
 3            THE WITNESS:  I may not have seen
 4     it.
 5            MR. WILLIAMS:  Well --
 6            THE WITNESS:  I hate to, you know --
 7            MR. WILLIAMS:  -- I mean, let him
 8     testify.
 9            MR. WOLFSOHN:  No, I know.
10            MR. WILLIAMS:  I understand what
11     you're trying to do, but --
12            MR. WOLFSOHN:  No, I'm not -- I
13     don't care one way or the other.  I'm
14     just -- I know that I didn't send it to him
15     and so what I'm saying is:  Did you see
16     this?  Obviously you've seen a lot of the
17     pictures in here --
18            THE WITNESS:  Yeah, and I think --
19            MR. WOLFSOHN:  -- and the products.
20            THE WITNESS:  Exactly.  I don't
21     think I've seen this document before --
22  BY MR. WILLIAMS:
23     Q.   Okay.
24     A.   -- like this.  Yeah.  You know, I
25  went through it looking at some of these
```

Page 111

```
 1        Confidential - Thomas A. Burgoyne
 2  pictures and some of them -- some of them look
 3  familiar of part of the process of preparing
 4  for this litigation; and I -- and I thought
 5  this was the actual, you know, lawsuit or
 6  whatever the word would be, so...
 7            MR. WOLFSOHN:  Oh, Complaint?
 8            THE WITNESS:  Complaint, yeah.
 9  BY MR. WILLIAMS:
10     Q.   Did you participate in the
11  creation of something similar to this?
12     A.   I know we looked at some of the
13  products and artwork that has been designed of
14  the Phanatic over the years, and so I've -- I
15  have looked at those types of illustrations,
16  yeah, of pictures of products and
17  illustrations that we've produced.
18     Q.   And if you'll flip with me to
19  Page 34 of the document, if you look at the
20  one with the Number 100 next to it --
21     A.   Uh-huh.
22     Q.   -- is that the -- a reproduction
23  basically of the images we discussed earlier
24  today?
25     A.   It looks like it, yes.
```

Page 112

```
 1        Confidential - Thomas A. Burgoyne
 2     Q.   And do you know whether there's
 3  any other items within this document that
 4  relate to that, those changes?
 5     A.   No, I do not know that.
 6     Q.   Okay.
 7            (Counsel confer.)
 8            MR. WILLIAMS:  Mark Exhibit
 9      Number 14.
10            (Exhibit Burgoyne-14, e-mail
11      correspondence bearing Bates Numbers
12      HE001302 through HE001303, is marked for
13      identification.)
14            MR. WILLIAMS:  This is a document
15      with the Bates Number HE 1302.  It's an
16      e-mail chain.
17  BY MR. WILLIAMS:
18     Q.   Do you recognize this e-mail chain
19  from May of 2016, Mr. Burgoyne?
20     A.   I do.
21     Q.   And what -- what were these
22  e-mails about?
23     A.   I had asked Bonnie to draw the
24  head of the Phillie Phanatic that I could
25  include in my Pheel the Love book.
```

Page 113

```
 1        Confidential - Thomas A. Burgoyne
 2     Q.   And if you look at Exhibit
 3  Number 13, the larger document you were just
 4  looking at, if you look at Number 64 on that
 5  list --
 6     A.   Page 60 -- oh, Number 64.
 7     Q.   Number 64.  It's Page 23.
 8     A.   Page 23?
 9     Q.   Yes.
10     A.   Okay.
11     Q.   And is -- does that look like the
12  same image to you?
13     A.   It does.
14     Q.   And on Exhibit Number 14,
15  Ms. Erickson in that top e-mail says, "I've
16  created the Phanatic art for this one-time
17  use."
18            Do you see that?
19     A.   Yes.
20     Q.   What is your understanding of what
21  Ms. Erickson was giving you permission to do
22  with this image?
23            MR. WOLFSOHN:  Objection, vague, and
24       lack of foundation.
25            Answer if you can.
```