# EXHIBIT B

Page 1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  Civil Action No. 19-7239-VM-SN
   ---------------------------------)
3
   THE PHILLIES, a Pennsylvania
4  limited partnership,

5           Plaintiff,

6       vs.

7  HARRISON/ERICKSON, INCORPORATED,
   a New York corporation, HARRISON
8  ERICKSON, a partnership, and
   WAYDE HARRISON and BONNIE
9  ERICKSON,

10          Defendants.

11 ---------------------------------)

12              CONFIDENTIAL

13 VIDEOTAPED DEPOSITION OF SCOTT BRANDRETH

14             New York, New York

15             February 28, 2020

16

17

18

19

20

21

22 Reported by:

23 Debra Stevens, RPR-CRR

24 Job No. 177733

25

Page 2

```
 1
 2                February 28, 2020
 3                9:34 a.m.
 4
 5          Confidential Videotaped
 6   Deposition of SCOTT BRANDRETH, the
 7   witness herein, held at the offices
 8   of Mitchell Silberberg & Knupp, 437
 9   Madison Avenue, New York, New York,
10   before Debra Stevens, a Notary
11   Public of the State of New York.
```

Page 3

```
 1   A P P E A R A N C E S:
 2   On behalf of the Plaintiff:
 3      DUANE MORRIS
 4          30 South 17th Street
 5          Philadelphia, Pennsylvania 19103
 6      BY:  DAVID WOLFSOHN, ESQ.
 7
 8
 9   On behalf of the Defendants:
10      MITCHELL SILBERBERG & KNUPP
11          437 Madison Avenue
12          New York, New York 10022
13      BY:  PAUL MONTCLARE, ESQ.
14           LEO LICHTMAN, ESQ.
15           MATTHEW WILLIAMS, ESQ.
16
17
18
19
20
21
22   Also Present:
23           JONATHAN POPHAM, Videographer
```

Page 4

```
 1         E X A M I N A T I O N S
 2   WITNESS                             PAGE
 3   SCOTT BRANDRETH
 4     By Mr. Montclare                    8
 5
 6
               E X H I B I T S
 7
     DEFENDANTS'
 8   EXHIBIT      DESCRIPTION            PAGE
 9   Exhibit 71   Major League Baseball   59
                  Agency Agreement and
10                Operating Guidelines,
                  Bates PHAN 0015462
11                through PHAN 0015601
12   Exhibit 72   BABW Phanatic packet    90
                  dated 2004, Bates
13                PHAN 0011653 through
                  PHAN 0011732
14
     Exhibit 73   Phillie Phanatic        93
15                sales spreadsheets,
                  Bates PHAN 0018155
16                through PHAN 0018164
17   Exhibit 74   Phillie Phanatic        98
                  meeting, Wednesday,
18                July 23rd, Bates PHAN
                  0001372 through PHAN
19                0001377
20   Exhibit 75   Pictures of new        110
                  Phanatic design,
21                Bates PHAN 42990
                  through PHAN 43003
22
23
24
                    (Continued)
25
```

Page 5

```
 1            E X H I B I T S
 2
     DEFENDANTS'
 3   EXHIBIT      DESCRIPTION            PAGE
 4   Exhibit 76   Memorandum dated       130
                  5/2/07, Bates PHAN
 5                10905
 6   Exhibit 77   Email exchange, Bates  137
                  PHAN 9672
 7
     Exhibit 78   Email exchange,        146
 8                beginning Bates HE
                  005332 through HE
 9                005334
10   Exhibit 79   Notice of termination  148
                  letter dated 6/1/18,
11                Bates PHAN 21347 and
                  PHAN 21348
12
13
14      INFORMATION/PRODUCTION REQUESTS
15   DESCRIPTION                         PAGE
16   Drawings given to Mr. Sapp           46
17   Communications that were             52
     forwarded or communicated with
18   Dave Raymond
19   Data, letters or correspondence     104
     relating to P2 design
20
     Plans to make merchandising based   152
21   on P2
22   Contract for original designs       155
23
24
25              (Continued)
```

Page 102

1    S. Brandreth - Confidential
2 derivative works that are in this exhibit?
3    A.   Not every one of them, for sure.
4    Q.   As a general matter, because I
5 don't want to go through 300 of these.
6 That would be a waste of time.
7         What kind of records would be in
8 these folders with regard to each of these
9 numbered works?
10        MR. WOLFSOHN:  Okay.
11   Mischaracterizes his testimony and
12   vague.  You can try to answer.
13   A.   An image of the design.
14   Q.   And how do you organize them?
15 Do you name them?  How are they actually
16 organized in your computer?  By date?  By
17 name?  Some other way?
18   A.   Maybe by date, by project.
19   Q.   Okay.  So let's take a look at
20 one of them.  Look at item 100 on page 34
21 of the exhibit.  What is depicted in the
22 left-hand column with respect to the
23 design?  What is that?
24   A.   That is the P2 design.
25   Q.   We started to talk about this.

Page 103

1    S. Brandreth - Confidential
2 Where are the records relating to the
3 development of the P2 design located in
4 the books and records of The Phillies, if
5 you know?
6    A.   On my computer, or -- mine are
7 on my computer.  I don't know where others
8 are.
9    Q.   And have you turned all of those
10 documents over to your counsel?
11   A.   Yes.
12   Q.   If you take a look at the third
13 column, the only document that was
14 produced in connection with this is PHAN
15 0009712.  Do you see that?
16   A.   Yes.
17   Q.   Was there more than one document
18 in that folder?
19   A.   There are variations of that
20 leading up to this.
21   Q.   I am talking about in the entire
22 folder that relates to 100.  Is there only
23 one document in that computer folder?
24   A.   I just answered that.  There are
25 several -- there are several documents

Page 104

1    S. Brandreth - Confidential
2 leading up, including this one.
3    Q.   And those would just be designs,
4 two-dimensional designs?
5    A.   Yes.
6    Q.   Is there anything else in that
7 folder, any other data or letters or
8 correspondence or anything like that?
9    A.   Yes.
10        MR. MONTCLARE:  I asked that
11   they be produced.
12   Q.   Just give me some basic idea.
13 Can you give me an estimate of how many?
14 A hundred, two hundred different
15 documents?  Three hundred?  How many?
16   A.   Relating to?
17   Q.   This particular Phanatic design.
18        MR. WOLFSOHN:  Objection; vague.
19   You can answer.
20   A.   100 maybe.
21   Q.   I interrupted myself before.  We
22 were talking about the construction of the
23 costume itself by Mr. Carfagno.  Do you
24 remember that?
25   A.   Yes.

Page 105

1    S. Brandreth - Confidential
2    Q.   Do you have files relating to
3 his work?
4    A.   Yes.
5    Q.   And where are those located?
6    A.   In my computer.
7    Q.   Would it be in the same folder
8 or in a different folder?
9    A.   Under the same master folder.
10   Q.   It has subfolders?
11   A.   Different subfolder.
12   Q.   The beauty of computer files.
13        If you can briefly describe the
14 type of documents that would be in the
15 subfolder?
16   A.   Photos, Word documents,
17 PowerPoint, PDF's, JPEG's.
18   Q.   Were you aware of the process
19 that Mr. Carfagno used to create the
20 actual costume?
21        MR. WOLFSOHN:  Objection; vague.
22   You can answer.
23   A.   No.  Just by viewing pictures I
24 saw stuff, but I don't know how -- I don't
25 know how it's made.