# EXHIBIT C

```
                                                                   Page 1
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2    _____

 3    THE PHILLIES, a                    )
      Pennsylvania limited               )
 4    partnership,                       )
                                         )
 5              Plaintiff,               )
                                         )
 6         -vs-                          )   Civil Action No. 19-7239
                                         )
 7    HARRISON/ERICKSON,                 )
      INCORPORATED, a New York           )
 8    corporation, HARRISON              )
      ERICKSON, a partnership,           )
 9    and WAYDE HARRISON and             )
      BONNIE ERICKSON,                   )
10                                       )
                Defendants.              )
11    _____

12

13                   5 JAMISON CIRCLE
                WEST GROVE, PENNSYLVANIA   19390
14                    APRIL 14, 2020
                        10:26 A.M.
15

16

17             ****CONFIDENTIAL****
          VIDEOTAPED-TELEPHONIC DEPOSITION
18              TAKEN REMOTELY VIA
         VIDEOCONFERENCE AND TELECONFERENCE
19                       OF
                 DAVID G. RAYMOND
20

21

22

23    REPORTED BY:

24    DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE

25    JOB NO. 179345
```

Page 2

```
 5                April 14, 2020
 6      Videotaped-telephonic deposition, taken
 7  remotely via videoconference and teleconference,
 8  of David G. Raymond, located at 5 Jamison Circle,
 9  West Grove, Pennsylvania  19390, by Debra Sapio
10  Lyons, a Registered Diplomat Reporter, a
11  Certified Realtime Reporter, a Certified Realtime
12  Captioner, a Certified LiveNote Reporter, an
13  Approved Reporter of the United States District
14  Court for the Eastern District of Pennsylvania, a
15  Certified Court Reporter of the State of New
16  Jersey, and a Notary Public of the States of New
17  Jersey, New York and the Commonwealth of
18  Pennsylvania.
```

Page 3

```
 1  APPEARANCES:
 2          (All Counsel and Participants
 3    present via videoconference and
 4    teleconference due to COVID-19
 5    Restrictions.)
 6  DUANE MORRIS
    BY:  DAVID WOLFSOHN, ESQUIRE
 7       TYLER MARANDOLA, ESQUIRE
    30 South 17th Street
 8  Philadelphia, Pennsylvania 19103
    Attorneys for Plaintiff

12  MITCHELL SILBERBERG & KNUPP
    BY:  PAUL MONTCLARE, ESQUIRE
13       ELAINE NGUYEN, ESQUIRE
         LEO LICHTMAN, ESQUIRE
14  437 Madison Avenue
    New York, New York 10022

                  AND
19  BY:  MATTHEW WILLIAMS, ESQUIRE
    1818 N Street N.W.
20  Washington, DC 20036
    Attorneys for Defendants

22  ALSO PRESENT:
23
      ROBERT RINKEWICH, VIDEOGRAPHER
24    TSG REPORTING, INC.
```

Page 4

```
 1       Confidential - David G. Raymond
 2          THE VIDEOGRAPHER:  Good morning,
 3  Counselors.  My name is Robert Rinkewich.
 4  I am the legal videographer in association
 5  with TSG Reporting, Inc.  Due to the
 6  severity of the COVID-19 and following the
 7  practice of social distancing, I will not
 8  be in the same room with the witness, but
 9  will record this videotaped deposition
10  remotely.
11          The reporter, Debra Lyons, also will
12  not be in the same room and will swear in
13  the witness remotely.
14          Do all parties stipulate to the
15  validity of this video recording and remote
16  swearing and that it will be admissible in
17  the courtroom as if it had been taken
18  following Rule 30 and other rules of the
19  Federal Rules of Civil Procedures?
20          MR. MONTCLARE:  On behalf of the
21  Defendants, Paul Montclare, I agree,
22  stipulate.
23          MR. WOLFSOHN:  And on behalf of The
24  Phillies, we agree.
25          THE VIDEOGRAPHER:  Okay.  Thank you.
```

Page 5

```
 1       Confidential - David G. Raymond
 2          This is the start of Media Labeled
 3  Number 1 of the video-recorded deposition
 4  of David Raymond in the matter of The
 5  Phillies, et al., versus Harrison/Erickson
 6  Incorporated, et al. in the United States
 7  District Court for the Southern District of
 8  New York.
 9          This deposition is being taken
10  telephonically and streamed on April 14th,
11  2020 at approximately 10:27 a.m.
12          My name is Robert Rinkewich.  I am
13  the legal video specialist from TSG
14  Reporting, Inc. headquartered at 747 Third
15  Avenue, New York, New York.  The court
16  reporter is Debra Lyons in association with
17  TSG Reporting.
18          Counsel, please, introduce
19  yourselves.
20          MR. MONTCLARE:  Yes.  My name is
21  Paul Montclare.  I represent Harrison
22  Erickson.
23          MR. WOLFSOHN:  And this is David
24  Wolfsohn represent --
25          MR. WILLIAMS:  Matthew Williams also
```

Page 46

Confidential - David G. Raymond

in May, sometime late April and I would -- I would start as soon as I was done with classes, which was somewhere late April, early May. And then I would work right through till the end of the season in October.

And The Phillies during some of my time with -- early in that -- in '77 they made the playoffs and lost in the -- in the opening round of the playoffs, so I would continue to work into those seasons. And while I was in school, I would just, you know, get to the games as quickly as I could and do my work there.

But when the season was over, I -- I was -- my work was done and I was going back to school.

Q. Okay. How did you get that intern job, if you recall?

A. My father knew the -- the Carpenter family who owned The Phillies at the time.

Q. Okay. And I believe you said that you worked with Mr. Sullivan; is that right?

A. Yeah, he was my direct report.

Page 47

Confidential - David G. Raymond

Q. Did you see him every day approximately that you were working?

A. Every good day. He was -- he was the best -- he was the best -- he was one of my best bosses ever, Paul.

Q. That's really commendable, so I'm glad to hear that.

Did -- did you work with Chris Long at all who had a different name back then?

A. Yeah, it was Chrissy Legault.

Q. Yes. And did -- did she also work for Mr. Sullivan?

A. Yeah, we -- back then they called her a secretary. Today she was a business administrator.

Q. Okay. All right. So did there come a time when you were asked to inhabit the -- or withdrawn.

Where that you were asked to work with Harrison Erickson with regard to the Phillies Phanatic?

A. Yes, there was a time when that happened.

Page 48

Confidential - David G. Raymond

Q. And could you tell me the circumstances that led you to be involved in that?

A. Yes, The Phillies had called me at my fraternity house on campus. I was still in school. I was actually not aware I was going to get offered another internship for that -- in '78 because it was -- the original discussion was a two-year internship. Chrissy Legault, Chrissy Legault-Long called me on the phone and told me that Frank wanted to talk to me and she said, "Say no. Just say no" is what she said to me.

I got -- I got Frank on the phone and Frank said, "Do you want your summer internship back for '78?"

I said, "Yes."

He said, "Will you stay for all the games," which was a perk for the business, I -- and then when he said, "We're going to pay you to stay for the games," I said, "Okay. What do you want me to do?"

And he said, "Well, we've got this idea." He didn't really describe the idea

Page 49

Confidential - David G. Raymond

well. He said, "We need you to go to New York."

And I said, "Well, what do you need in New York?"

"Well, you need to go to New York and get fitted for the costume." And I was confused. And then he said, "David, just go to New York and get fitted for the costume."

So I did, and that's the first time I met Bonnie Erickson.

Q. Okay. Did he tell you what you were going to New York for?

A. He just said, "You're going to get fitted for the costume and we're thinking" -- I think the term he said was, "We're -- we're thinking about having a mascot."

Q. Okay. Did he say anything more that you can remember before you went down there the first time?

A. No, he didn't want to know -- he didn't want me to know what I was actually going to do.

Q. Did you ask him any questions?

A. No. No. I didn't want to screw

Page 50

Confidential - David G. Raymond

it up.
Q. Okay.
A. I was -- I -- I was getting my job back. That's all I cared about.
Q. Okay. So this was sometime in March, I believe 1978, is that your recollection?
A. Yeah, on or about, yes.
Q. Of course. And you went to visit Harrison Erickson where?
A. It -- they had a studio somewhere in the Garment District, could have been around 35th Street or whatever, but I know it was in walking distance from Penn Station.
Q. And how did you get there?
A. I believe I took the train.
Q. Okay. And do you -- and then you went to visit them at their studio; right?
A. Correct.
Q. And when you got there, what happened?
A. I -- I came in and I -- I -- I was surprised by the look of the space 'cause it was a space that I had never seen before, you

Page 51

Confidential - David G. Raymond

know, with all kinds of heads and fur and things hanging from the ceilings and it was a -- it was very interesting. And they told me that I needed to go into the bathroom and take my clothes off, which I -- "What?"
They said, "Well, we get" -- I don't know whether I brought them or was prepared for this, but I put on a pair of shorts and a T-shirt and I came out and they measured me every which way you could imagine to measure.
And then they -- and I don't think I was there for a great deal of time and they said, "Okay. You can leave."
And I -- I was like, "Where's the costume? I heard I was going to get, you know, fitted for a costume."
They said, "We're -- we're -- we're going to build it."
So I -- so I left and -- and went home, went back to Newark, Delaware.
Q. So at the time that you were there the first time for the first fitting, there was no costume created at all?

Page 52

Confidential - David G. Raymond

A. No.
Q. Did you have any other conversations with Bonnie or Wayde about what they were doing for The Phillies?
   MR. WOLFSOHN: Objection to form and vague as to time period.
BY MR. MONTCLARE:
Q. At -- at that -- at this same meeting, so talking about that first meeting.
A. I -- I'm sure we had a very nice conversation. I just don't remember.
Q. Okay. Have you told me everything you remember about the first visit?
A. I -- yes.
Q. Okay. When you left, did you go see Mr. Sullivan?
A. I don't know when I saw Mr. Sullivan out of that. I can't remember. I -- I'm sure I called him on the phone, told him I did what they wanted me to do.
Q. You can't remember, though, anything specific?
A. No. I was -- I was still in school. I was thrilled that I was going to

Page 53

Confidential - David G. Raymond

work for The Phillies and I was excited to be able to -- to get in there and start whatever work it was that they had wanted me to do.
Q. Okay. I think we can all agree that the Phanatic debuted in Citizen [sic] Field on April 25th, 1978.
Do you -- do you agree?
A. Yes.
Q. Okay. Between the first fitting and that date, did you ever visit with Harrison Erickson again?
A. No, I -- I do not recall that at all.
Q. So you didn't go back after the costume was created to see if it fit?
A. I don't recall.
Q. Okay. It's a long time ago. I'll give you that.
So you just don't remember --
A. 41 years ago.
Q. -- one way or -- or another; correct?
   COURT REPORTER: Pardon me?
BY MR. MONTCLARE:

Page 54

Confidential - David G. Raymond

Q. I'm sorry.

A. It was 41 years ago. It was a long time, yes.

Q. Okay. Do you remember Harrison Erickson asking you to try the costume on and to -- and to move around in -- in it so you got used to how it feels when you're moving in it at this period of time between the first fitting and April 25th, 1978?

A. No. To -- to my first recollection, the first time I saw the costume and tried it on was in -- on the morning of the 25th of April.

Q. That's the best of your recollection?

A. Yes.

Q. Okay. Did -- did either -- I'll call them Bonnie and Wayde. Do you know who I'm talking about?

A. Yes, I do.

Q. Okay. Did either Bonnie or Wayde tell you what kind of a character it is that they wanted this mascot to be?

A. No.

Page 55

Confidential - David G. Raymond

MR. WOLFSOHN: Objection to form.

THE WITNESS: They did not.

BY MR. MONTCLARE:

Q. You don't -- and you don't recall anything being said about standing in front of a mirror or practicing or doing anything else?

MR. WOLFSOHN: Objection, compound.

THE WITNESS: I got --

Okay.

COURT REPORTER: Please repeat your answer.

BY MR. MONTCLARE:

Q. You can answer.

A. I got no direction at all from anyone other than Bill Giles.

Q. That -- you're not -- you have a clear recollection you were only there once and you had no other conversation with her, but, you know, take off your clothes and let me measure you?

A. That's my recollection. That is my testimony. That is my recollection.

Q. Is it possible you forgot something 40 -- that happened 41 years ago at

Page 56

Confidential - David G. Raymond

this meeting?

A. Maybe, but that's my recollection. On the record, that was my recollection.

Q. Okay.

MR. MONTCLARE: Okay. We're going to mark next is -- is a document that's been previously marked in the Burgoyne deposition as Burgoyne-6.

I would ask, Elaine, please put that up when she can.

MS. NGUYEN: Sure. One second.

MR. MONTCLARE: Thank you.

(Exhibit Burgoyne-6, multipage document titled Team Handbook bearing Bates Numbers PHAN0005543 through PHAN0005567, was previously marked for identification.)

MR. MONTCLARE: That's document Number 5 on your list, Elaine.

MS. NGUYEN: Yep. It's just loading.

MR. MONTCLARE: Okay. Is it ready for the witness, Elaine?

MS. NGUYEN: Yes, it is.

THE WITNESS: I can see it. I can

Page 57

Confidential - David G. Raymond

see it.

BY MR. MONTCLARE:

Q. Okay. Thank you. This document, it -- it has -- on the first page it says, "Team Handbook," and it has Harrison Erickson 95 Fifth Avenue. Do you see that?

A. Wait -- wait a minute. I just -- I -- hold on. Let me just slide the whole --

Q. On the very first -- okay.

A. Yeah, yeah.

Q. On the very first page.

A. Uh-huh.

Q. Okay. And I just want you to know that this is -- was marked in -- in Mr. Burgoyne's deposition back in February.

There's an address under Harrison Erickson, 95 Fifth Avenue. Do you see that?

A. I do.

Q. And is that the place where you went to see them?

A. I -- I -- I don't -- I don't know for sure. I -- I just know that I went to a studio when I went there.

Q. Okay. And you said that there

Page 106

Confidential - David G. Raymond

Q. Okay. So just -- so you -- you looked to inspiration in comedy. I think you said it was a -- a mash up, but you mentioned slapstick. That's what -- that's how you would describe your act, slapstick?

A. I think it was a portion of the work was slapstick, yes.

Q. And sort of taking your inspiration from cartoon characters that you mentioned and The Three Stooges?

A. That's correct, as well -- yeah, as well as live performance.

Q. Did you ever record any of your routines in 1978?

A. If they were recorded by -- by some outlets and I didn't -- and I didn't do specific routines, I was -- not in the early going until we started having fun with the ground crew, but there -- there are -- there's video, you know, you can go on YouTube and I found an old video from -- from the -- probably '79, maybe '80 of the Phanatic running around the bases with the ground crew, so there had been recordings.

Page 107

Confidential - David G. Raymond

I didn't start looking at my recordings until I was doing commercials for The Phillies. And then I -- I was asked by a director if I could -- if I wanted to see the videotape because this was back in, you know, the -- the late '70s, early '80s when no one had, you know, videos just in their hands. So I started watching videos of myself probably within the next couple of years when I was doing commercials for The Phillies and I had an opportunity to do the work and then sit down and watch it on videotape. And I recognized that that was very, very helpful for me to do and I tried as much as I could to watch myself on videotape after that.

Q. Let me ask you: Did you ever have someone tape something for you specifically?

A. Eventually in my career, sure.

Q. When was the first time?

A. I think the first time was when I did commercials and -- and I found out that they specifically were allowing me to look at my work. So I would do a particular scene and then they would say, "Do you want to see it,

Page 108

Confidential - David G. Raymond

what it looks like?" And that was probably the first time.

And then from then on, I'm sure that --

Q. When was that? Just give me a date.

A. I'm guessing it was probably 1980, '81. That -- that's my guess. It could have been sooner, but I'm not certain.

Q. Did you ever register a copyright for anything that you wrote down or had filmed?

A. No.

Q. Did you have any agreements with The Phillies?

A. No.

I'd just -- I'd like to add one thing that I thought. I had -- eventually I had a written agreement with The Phillies for my employment, but I -- I didn't have any copyright or any routines that were copyrighted and -- none of that.

Q. When did you have that written agreement with The Phillies?

Page 109

Confidential - David G. Raymond

A. It was prob -- the first one was probably in -- in the early to mid-'80s.

Q. Do you have that on your -- do you have that anywhere in your files, sir?

A. No, I -- I never -- I never had those and kept them. I -- you know, it was something that was drawn up by Dave Montgomery.

Q. Do you remember the terms of that agreement in general?

A. Yeah, in general they were approximately three years in length and they included a salary that was benefit -- and -- and it included benefits.

Q. Okay. And how long were you employed by The Phillies?

A. I -- well, from intern in '76 until early in '94. I was -- I was still retained as a -- as a consultant to help the transition between me as the main performer and Tom Burgoyne.

Q. Were you under a -- you had an agreement to be a consultant sometime towards the end of 1994?