# EXHIBIT D

```
                                                              Page 1
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2   _____

 3   THE PHILLIES, a              )
     Pennsylvania limited         )
 4   partnership,                 )
                                  )
 5            Plaintiff,          )
                                  )
 6       -vs-                     )  Civil Action No. 19-7239
                                  )
 7   HARRISON/ERICKSON,           )
     INCORPORATED, a New York     )
 8   corporation, HARRISON        )
     ERICKSON, a partnership,     )
 9   and WAYDE HARRISON and       )
     BONNIE ERICKSON,             )
10                                )
              Defendants.         )
11   _____

12

13                 33 MEADE ROAD
             AMBLER, PENNSYLVANIA  19002
14                APRIL 23, 2020
                    8:42 A.M.
15

16

17             ****CONFIDENTIAL****
         VIDEOTAPED-TELEPHONIC DEPOSITION
18             TAKEN REMOTELY VIA
         VIDEOCONFERENCE AND TELECONFERENCE
19                     OF
                   DAVID BUCK
20

21

22

23   REPORTED BY:

24   DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE

25   JOB NO. 179518
```

Page 2

```
                    April 23, 2020
     Videotaped-telephonic deposition, taken
remotely via videoconference and teleconference,
of David Buck, located at 33 Meade Road, Ambler,
Pennsylvania  19002, by Debra Sapio Lyons, a
Registered Diplomat Reporter, a Certified
Realtime Reporter, a Certified Realtime
Captioner, a Certified LiveNote Reporter, an
Approved Reporter of the United States District
Court for the Eastern District of Pennsylvania, a
Certified Court Reporter of the State of New
Jersey, and a Notary Public of the States of New
Jersey, New York and the Commonwealth of
Pennsylvania.
```

Page 3

```
APPEARANCES:
        (All Counsel and Participants
    present via videoconference and
    teleconference due to COVID-19
    Restrictions.)
DUANE MORRIS
BY:  DAVID WOLFSOHN, ESQUIRE
     TYLER MARANDOLA, ESQUIRE
30 South 17th Street
Philadelphia, Pennsylvania 19103
Attorneys for Plaintiff



MITCHELL SILBERBERG & KNUPP
BY:  PAUL MONTCLARE, ESQUIRE
     ELAINE NGUYEN, ESQUIRE
437 Madison Avenue
New York, New York 10022


             AND
BY:  MATTHEW WILLIAMS, ESQUIRE
1818 N Street N.W.
Washington, DC 20036
Attorneys for Defendants


ALSO PRESENT:

   CHRIS JORDAN, VIDEOGRAPHER
   TSG REPORTING, INC.
```

Page 4

    Confidential - D. Buck
        THE VIDEOGRAPHER:  Good morning.  My
name is Chris Jordan.  I'm the legal
videographer in association with TSG
Reporting, Inc.  Due to the severity of the
COVID-19 and following the practice of
social distancing, I will not be in the
same room with the witness, but will record
this videotaped deposition remotely.
        The reporter, Debra Lyons, also will
not be in the same room and will swear the
witness remotely.
        All parties stipulate to the
validity of this video recording and remote
swearing and that it will be admissible in
the courtroom as if it had been taken
following Rule 30 and other rules of the
Federal Rules of Civil -- Civil Procedures?
        MR. WOLFSOHN:  David Wolfsohn for
The Phillies, yes --
        MR. MONTCLARE:  On behalf of --
        MR. WOLFSOHN:  -- we agree.
        MR. MONTCLARE:  Paul Montclare for
Harrison Erickson, we agree.
        THE VIDEOGRAPHER:  This marks the

Page 5

    Confidential - D. Buck
beginnings -- the beginning of the
videotaped deposition of Dave Buck, being
taken in the matter of The Phillies, et al.
v. Harrison/Erickson Incorporated, et al.
        The deposition is being taken on
April 23rd, 2020 at approximately 8:43 a.m.
        My name is Chris Jordan with TSG
Reporting.  The court reporter is Debra
Lyons.
        Will counsel, please, state your
name for the record.
        MR. WOLFSOHN:  David Wolfsohn, Duane
Morris --
        MR. MONTCLARE:  This is Paul
Montclare.
        MR. WOLFSOHN:  -- LLP for The
Phillies.
        MR. MONTCLARE:  Paul Montclare for
Harrison/Erickson.
        COURT REPORTER:  Is there anyone
else present on --
        MR. WILLIAMS:  Matthew Williams for
Harrison/Erickson.
        MS. NGUYEN:  Elaine Nguyen for

Page 78

```
 1            Confidential - D. Buck
 2   about any of the facts in the Complaint before
 3   it was filed?
 4       A.   No.
 5       Q.   Did you review any documents
 6   related to any of the facts in the Complaint
 7   before it was filed?
 8       A.   Yes.  I -- at that point, once
 9   this started coming out, I started looking at
10   documents, correct.
11       Q.   And what documents -- do you
12   recall what documents you looked at prior to
13   the Complaint being filed?  I think you
14   answered --
15       A.   I'm trying to look through it
16   right now.
17       Q.   It's a lengthy document.
18       A.   I mean, I looked at --
19       Q.   We don't have a lot --
20       A.   Yeah.  Yeah, I -- I'm -- I'm kind
21   of anal that way.  Like, I started looking up
22   documents with this.  I looked up the Winnie
23   the Pooh.  I looked up Paddington Bear.  I
24   mean, I -- I like to do my research, so I
25   don't know -- I looked at a lot of different
```

Page 79

```
 1            Confidential - D. Buck
 2   stuff, yes.
 3       Q.   If you go Paragraph 7 of that
 4   Complaint, which is on Page 2 --
 5       A.   Yes.
 6       Q.   -- it says in the first sentence,
 7   "Over the last 41 years, the Club has devoted
 8   millions of dollars to developing and
 9   promoting the Phanatic."
10            Do you see that?
11       A.   Yes.
12       Q.   Do you know where that information
13   came from at the time the Complaint was filed?
14       A.   I bet I got the salary information
15   for Dave and Tom.  I -- I assume Scott and
16   Chrissy -- Scott and Chrissy keep a ton of the
17   records, did all the promotions and all the
18   repairs and buying the costumes, and Tom
19   Burgoyne obviously.
20       Q.   Did you -- do you know what the
21   word "developing" means in that sentence I
22   just read?
23       A.   Yes, all the -- it's actually fun
24   to watch at times, to watch them develop the
25   skits and what they do at the ballpark and the
```

Page 80

```
 1            Confidential - D. Buck
 2   outfits that they're going to dress up in and
 3   so forth.  They spend a lot of time on that.
 4       Q.   So Mr. Raymond retired as the
 5   Phanatic in 1994; is that correct?
 6       A.   I don't know if it was '93 or '94,
 7   but, yes.  '94 it says here, yes.
 8       Q.   Did The Phillies have any business
 9   with Mr. Raymond between then and the time
10   this Complaint was filed?
11       A.   Any business.  Maybe his company
12   had a mascot, Sport, and maybe Sport and the
13   Phanatic appeared at Minor League together,
14   but it wouldn't have been a lot.
15       Q.   Do you know if The Phillies and --
16   and Mr. Raymond had entered into any
17   contracts --
18            COURT REPORTER:  I'm sorry.  I'm
19       sorry. Excuse me.  Mr. Montclare.  Mr.
20       Montclare, please ask that again.  I missed
21       a word.
22            MR. MONTCLARE:  I did that.  I
23       covered up the phone.  Sorry.
24   BY MR. MONTCLARE:
25       Q.   Do you know if -- if Mr. -- if
```

Page 81

```
 1            Confidential - D. Buck
 2   Mr. Raymond and The Phillies entered into any
 3   contracts between 1994 and the date this
 4   Complaint was filed?
 5       A.   We did not or I don't know of any.
 6   We did not.
 7       Q.   To your knowledge, did Mr. Raymond
 8   ever write down any skits or things that he
 9   did on the field in terms of a script or
10   something like that?
11       A.   I would have no idea what he did.
12       Q.   You've never seen any such
13   document; correct?
14       A.   Correct.
15       Q.   Do you know if The Phillies ever
16   sought a copyright for anything relating to
17   the Phanatic?
18       A.   Yes.
19       Q.   When was that?
20       A.   Oh, I don't know.  We -- we had
21   issues with Major League Baseball and the
22   style guide and then the star on the back.
23   Converse was getting all -- or MLB would not
24   produce things 'cause of the star on the back
25   of the -- of the Phanatic's jersey.  So we had
```

Page 82
Confidential - D. Buck

to get, I don't know the right word, copyright or whatever, with -- with the word "Phanatic" above the star.

Q. Was that a copyright or was that a trademark or don't you know?

A. I don't really know the difference to be honest.

Q. Okay. To your knowledge, that prior to this Complaint being filed there was any copyright filing with respect to trying to copyright the character of the Phanatic?

THE WITNESS: Debbie, could you repeat that?

COURT REPORTER: Yes.

MR. MONTCLARE: Can you repeat it, please?

(The following portion of the record is read by the Court Reporter:

"QUESTION: To your knowledge, that prior to this Complaint being filed there was any copyright filing with respect to trying to copyright the character of the Phanatic?")

THE WITNESS: Not to my knowledge.

Page 83
Confidential - D. Buck

BY MR. MONTCLARE:

Q. Prior to the filing of the Complaint, did The Phillies ever attempt to copyright any design of the Phanatic?

A. I don't know the answer to that. I mean, we did designs all the time that Major League Baseball made us do. I thought they got copyrighted to fix the style guide.

Q. And you think that Major League Baseball copyrighted something relating to the Phanatic?

A. No. No. They make the teams do everything.

Q. And as -- just so I understand your -- your testimony, you don't remember The Phillies filing any copyrights with respect to the design of the Phanatic at any time?

A. I do not remember that.

Q. Do you -- have you ever seen a copyright filed on behalf of The Phillies for anything relating to the Phanatic prior -- excuse me, prior to the -- to this Complaint being filed?

A. No.

Page 84
Confidential - D. Buck

Q. Did you have an agreement, Mr. Raymond, an employment agreement with Mr. Raymond while he was there?

A. Before 1994?

Q. Yes.

A. I don't know if he had a contract or not.

Tom Burgoyne has one. I don't know if Dave did.

Q. Do you know whether -- did you ever have any discussion with Mr. Raymond prior to the filing of this Complaint as to who owned any copyright interest in the Phanatic?

A. I did not, no.

Q. Did he ever claim to you he owned any copyright interest in the Phanatic?

A. No.

Q. Did he ever tell you that The Phillies owned any copyright interest in the Phanatic?

A. We never talked about it, no.

Q. And you've never seen the copyright interest filed on behalf of The

Page 85
Confidential - D. Buck

Phillies relating to the Phanatic prior to this Complaint; correct?

A. Correct.

Q. Would you agree that all the copyright interests that were held by The Phillies subsequent to 1984 were the result of the assignment given by Harrison Erickson to The Phillies in the 1984 agreement that's actually attached as Exhibit G to this Complaint?

MR. WOLFSOHN: Objection, call -- to the extent it's calling for a legal conclusion and lack of foundation.

And also don't -- to the extent that your answer would be revealing any attorney-client communications, you shouldn't answer it.

BY MR. MONTCLARE:

Q. You can answer the question.

A. I didn't know who owned what or anything. The assumption working there for 30 years is The Phillies own the Phanatic. That something happened in the early '80s and we bought all the rights back. So I don't

Page 190

Confidential - D. Buck

1
2  contributions by The Phillies with respect to
3  the Phanatic costume?  And, please, identify
4  each and every one of them that you're
5  claiming.
6        A.   The concept of a big, fat, green,
7  funny, G-rated, big nose.
8        Q.   Is that reflected in any of the
9  documents you reviewed in connection with
10 being prepared to respond to this on behalf of
11 The Phillies?
12       A.   It's in one document.  It's also
13 what I've known over 35 years of working for
14 The Phillies.
15       Q.   You've known how?  How have you
16 known it?
17       A.   Through stories.  Through the
18 history.  Through --
19       Q.   Well, Mr. Giles' stories where he
20 takes credit for what other people do?
21            MR. WOLFSOHN:  Objection.
22 BY MR. MONTCLARE:
23       Q.   You read his testimony.  He
24 testified to that.
25       A.   Yeah, I don't believe he took

Page 191

Confidential - D. Buck

1
2  credit for it.  I absolutely believe he was a
3  big part of it.  There's no way -- I mean, I
4  believe Bill Giles' story.
5        Q.   Which one is that?  Which story
6  are you talking about?  The story in his book,
7  story he told --
8        A.   The story that I heard this --
9            (Crosstalk.)
10           COURT REPORTER:  I didn't hear the
11      end.
12           THE WITNESS:  The story that I've
13      heard many times over the years.  Same
14      story.  Didn't change.
15 BY MR. MONTCLARE:
16       Q.   Aside from you hearing that story,
17 is there any other information within the
18 possess -- possession, custody, control or
19 knowledge of The Phillies that support that
20 conclusion that you just stated on behalf of
21 The Phillies' organization?
22           MR. WOLFSOHN:  And this is not --
23           THE WITNESS:  There's no other
24      document, but his book.
25           (Crosstalk.)

Page 192

Confidential - D. Buck

1
2            COURT REPORTER:  Excuse me.  Just a
3       second.  One at a time, please.
4            MR. WOLFSOHN:  Outside the scope of
5       the topic, but you can answer in your
6       personal capacity.
7            THE WITNESS:  There's no other --
8  BY MR. MONTCLARE:
9        Q.   Did you --
10       A.   -- document, but for his book.
11       Q.   Did you do anything to fact check
12 the print in his book?
13           It wasn't an affidavit, was it?
14 It's just a book.
15       A.   It's just a book --
16           MR. WOLFSOHN:  Objection --
17           THE WITNESS:  -- yes.
18           MR. WOLFSOHN:  -- compound.
19           COURT REPORTER:  Objection?
20 BY MR. MONTCLARE:
21       Q.   Other than looking at his book --
22           COURT REPORTER:  Just a second.
23      Objection.  I didn't -- excuse me.  I
24      didn't hear the full objection.
25           MR. WOLFSOHN:  Compound.

Page 193

Confidential - D. Buck

1
2            COURT REPORTER:  Thank you.
3  BY MR. MONTCLARE:
4        Q.   Other than his book, is there any
5  other writing that you came across within The
6  Phillies' books and records?
7        A.   No.
8        Q.   Did you make a search?
9        A.   There's nothing to search.
10       Q.   Because there are no documents
11 that say that, right, other than his book?
12       A.   Correct.
13       Q.   Is that your complete --
14 withdrawn.
15           Is there any other -- is there any
16 other information that you gleaned --
17 withdrawn.
18           Is there any other information
19 that you can give us on behalf of The Phillies
20 with regard to the creative contributions of
21 The Phillies to the Phanatic costume?
22       A.   No, just that I saw the original
23 drawing of the Phanatic, which is not that
24 good, so I know we made lots of changes to it.
25       Q.   Actually, I'm not going to go back

Page 194

```
 1            Confidential - D. Buck
 2   and forth to look at those document.  I know
 3   the one you're talking about.  Was that
 4   previously marked in a deposition?
 5            Can you show me where that --
 6   what -- tell me what document you're talking
 7   about specifically?  Do you have it?
 8            Do you have -- can you make
 9   specific reference to it?
10            MR. WOLFSOHN:  Objection, compound.
11            THE WITNESS:  Do I know where it is
12       in the deposition?  I do not, no.
13   BY MR. MONTCLARE:
14       Q.   What early drawing are you talking
15   about?  Can you identify it?
16       A.   I don't even know if it's a water
17   color.  It's -- it's a precursor of the
18   Phanatic.
19       Q.   And who drew that?
20       A.   I'm assuming Bonnie.  I thought it
21   was at her deposition.  I don't know.
22       Q.   I don't mean -- I don't mean to --
23   well, you're testifying on behalf of The
24   Phillies as to all The Phillies' information,
25   so what -- so you said the book and this
```

Page 195

```
 1            Confidential - D. Buck
 2   drawing.  I think I know the drawing you're
 3   talking about.  I just want to be sure.  It's
 4   something that came up at Bonnie's deposition?
 5       A.   I -- I'm not testifying of what
 6   came up at Bonnie's deposition, no.
 7       Q.   All right.  Anything else besides
 8   those two things?
 9       A.   No.
10       Q.   Okay.  Going to 10, Roman Numeral
11   x on the next page, which is, "The Phillies'
12   efforts to promote and advertise the Phanatic
13   and derivatives thereof, including the amount
14   spent per year and in total."
15            Do you see that?
16       A.   Yes.
17       Q.   Okay.  Did you -- withdrawn.
18            Did -- what information do -- do
19   The Phillies have with respect to that subject
20   matter?
21       A.   We produced a spreadsheet for you.
22       Q.   Okay.  All right.  How many
23   spreadsheets?
24       A.   I think it was an Excel document
25   with four pages.  It talks about salaries,
```

Page 196

```
 1            Confidential - D. Buck
 2   promotions.
 3       Q.   Hold on.  Do you know when that
 4   was provided to us?
 5       A.   Yesterday, I believe.
 6            MS. NGUYEN:  If you're referring --
 7       yeah, I -- I -- I have it if you want me to
 8       pull it up.
 9            MR. MONTCLARE:  Yeah, can you try to
10       do that.
11   BY MR. MONTCLARE:
12       Q.   It was yesterday?
13       A.   Yes.
14            MR. MONTCLARE:  Okay.  Pull it up,
15       please.
16            MS. NGUYEN:  Mr. Buck, you're
17       referring to a four-page document, right,
18       not a few-page salary document?
19            THE WITNESS:  It's four pages, I
20       believe.
21            MS. NGUYEN:  Okay.  Hold on one
22       second.
23            THE WITNESS:  One page is
24       promotions.  One page is -- maybe two are
25       salaries.  And one is costume repairs.
```

Page 197

```
 1            Confidential - D. Buck
 2            (Pause.)
 3            (Exhibit D-114, spreadsheet bearing
 4       Bates Numbers PHAN0011315, is marked for
 5       identification.)
 6            THE WITNESS:  That's it.
 7            MR. MONTCLARE:  Okay.  Did you
 8       receive that?  I don't know if I have it.
 9       The name --
10            MS. NGUYEN:  That's Number 3 on our
11       list, Paul.
12            MR. MONTCLARE:  Okay.  Okay.
13   BY MR. MONTCLARE:
14       Q.   Okay.  So this is a document that
15   was served as an Excel sheet that we got
16   yesterday, and the Excel -- the cover sheet is
17   Bates Stamp Number F-A -- PHAN, rather,
18   0011315.
19            Is that the document -- is this
20   the document you were referring to?
21       A.   Yes.
22       Q.   Is that the only information that
23   you have with respect to that particular Topic
24   Number 10?
25       A.   Well, that says "promote and
```