# EXHIBIT E

Page 1

```
 1

 2       IN THE UNITED STATES DISTRICT COURT

 3       FOR THE SOUTHERN DISTRICT OF NEW YORK

 4
    THE PHILLIES, a Pennsylvania   )
 5  limited partnership,           )
                                   )
 6                Plaintiff,       )
                                   ) Civil Action No.
 7            vs.                  ) 19-7239
                                   )
 8  HARRISON/ERICKSON,             )
    INCORPORATED, a New York       )
 9  corporation, HARRISON ERICKSON,)
    a partnership, and WAYDE       )
10  HARRISON and BONNIE ERICKSON,  )
                                   )
11                Defendants.      )
    -------------------------------)
12

13                        1

14           ****CONFIDENTIAL****

15   VIDEOTAPED-TELEPHONIC 30(b)(6) DEPOSITION

16              TAKEN REMOTELY VIA

17    VIDEOCONFERENCE AND TELECONFERENCE

18                   OF

19             SCOTT BRANDRETH

20          Thursday, May 7, 2020

21

22

23

24  Reported by:
    FRANCIS X. FREDERICK, CSR, RPR, RMR
25  JOB NO. 179894
```

Page 2

```
 4      May 7, 2020
 5      10:53 a.m.

 8      CONFIDENTIAL videotaped deposition
 9  of SCOTT BRANDRETH, pursuant to Notice,
10  before Francis X. Frederick, a Certified
11  Shorthand Reporter, Registered Merit
12  Reporter and Notary Public of the States
13  of New York and New Jersey.
```

Page 3

```
 2  A P P E A R A N C E S:

 4          (All Counsel and Participants
 5      present via videoconference and
 6      teleconference due to COVID-1
 7      restrictions.)

 9      DUANE MORRIS
10      Attorneys for Plaintiff
11          30 South 17th Street
12          Philadelphia, Pennsylvania  19103
13      BY:   TYLER MARANDOLA, ESQ.
14            DAVID WOLFSON, ESQ.

16      MITCHELL SILBERBERG & KNUPP
17          437 Madison Avenue
18          New York, New York  10022
19      BY:   PAUL MONTCLARE, ESQ.
20            LEO LICHTMAN, ESQ.
21              - and -
22      MITCHELL SILBERBERG & KNUPP
23          1818 N Street NW
24          Washington, DC  20036
25      BY:   MATTHEW WILLIAMS, ESQ.
```

Page 4

```
 2  A P P E A R A N C E S: (Cont'd.)

 4  ALSO PRESENT:
 5      PHIL RIZZUTI, Videographer
```

Page 5

```
 2          THE VIDEOGRAPHER:  My name is Phil
 3  Rizzuti.  I am on a legal videographer
 4  in association with TSG Reporting, I
 5  know.  Due to the severity of the
 6  COVID-19 I am following the practice of
 7  social distancing.  I will not be in the
 8  same room with the witness.  Instead, I
 9  will record this videotaped deposition
10  remotely.  The court reporter, Francis
11  Frederick, also will not be in the same
12  room and will swear the witness
13  remotely.  Do all parties stipulate to
14  the validity of this video recording and
15  remote swearing and that it will be
16  admissible in the courtroom as if it had
17  been taken following Rule 30 of the
18  Federal Rules of Civil Procedure and the
19  state rules where this case is pending?
20          MR. MONTCLARE:  So stipulated by
21  the Defendants.
22          MR. MARANDOLA:  This is Tyler
23  Marandola for the Plaintiffs.  We agree.
24          THE VIDEOGRAPHER:  Okay.  Now I'm
25  going to have the read-on.
```

Page 38

So the eyelashes are one piece instead of two and the oval eyes are oval here but their egg shaped, literally egg shaped on the costume itself.

Q. Aside from what's -- a compare to the costume, were The Phillies aware that -- that Bonnie had created designs other than creating the costume prior to 1984?

MR. MARANDOLA: Objection. Outside the scope of the 30(b)(6) topics. You can answer in your personal capacity.

BY MR. MONTCLARE:

Q. You can answer it. Just compare whatever capacity you can answer it.

MR. MARANDOLA: Objection. Paul, are -- Scott you can answer in your personal capacity.

MR. MONTCLARE: No, you can't direct the witness how to answer. Either you object and instruct him not to answer or you let him answer. You made your objection. Answer my question --

Page 39

THE WITNESS: Can you read back the question.

MR. MONTCLARE: Yeah. Not his question. My question.

(Record read.)

MR. MARANDOLA: Objection. Outside the scope of the 30(b)(6) categories. Can you answer based on your personal knowledge.

BY MR. MONTCLARE:

Q. Answer the question, please.

A. Yes.

Q. Okay. We'll come back to that in a little bit.

You mentioned now a couple of times that about it being fatter was something that you guys had created or had something to do with.

What are you exactly referring to? Could you explain that to me? How did The Phillies make the Phanatic fatter and when?

MR. MARANDOLA: Objection. Mischaracterizes the testimony. You can answer.

Page 40

A. I don't believe I mentioned making the mounting fatter. I just mentioned the original direction of the Phillies was to make the character big and fat, furry green with the long neck.

Q. And who at the Phillies did that?

A. Bill Giles.

Q. And what do you think --

A. Said it in his testimony and I was at the deposition.

Q. So it's based on what Mr. --

A. It's what I know.

Q. Yeah, excuse me. Is that what Mr. Giles -- you're basing this answer on what Mr. Giles had said -- had they had prior to?

A. No. Not solely on his testimony. That's been the word for years. That's what I've always read, what I've always seen.

Q. What have you read and what have you seen that said that?

A. I mean, I've read in books. I've read in biographer of the Phanatic that we have -- you know, that we used for ore media guys. There's been stereos written over the

Page 41

years about the creation of the Phanatic and, you know, in newspapers and magazines and that was always the story.

Q. Do you -- so your basing this then on it's just a story that you've come to know?

MR. MARANDOLA: Objection, vague.

A. Just how it was. I've been there for a long time and that's what -- that's the history of the Phanatic.

Q. Right. And is there any -- do you ever look at any first-hand documents that would indicate to you that Mr. Giles had anything to do with those aspects of the creation of the Phanatic?

MR. MARANDOLA: Objection, vague. You can answer if you understand it.

A. Yeah, I don't know if there's any documents. That was in the 1970s. And I was obviously with The Phillies at that point. So, no.

Q. Right. Did you ever see communication from Mr. Giles to Harrison/Erickson relating to any topic whatsoever relating to the design of the

Page 42

```
 2   initial Phanatic?
 3           MR. MARANDOLA:  Objection.
 4       Outside the scope of the 30(b)(6)
 5       topics.  You can answer based on your
 6       personal knowledge.
 7   BY MR. MONTCLARE:
 8       Q.   Just answer my question.
 9       A.   No.
10       Q.   If you go to the bottom one on the
11   left-hand column, it's the one where he's
12   holding a pennant, what creative contributions
13   were made abortive The Phillies with respect
14   to that image?
15       A.   The colors.  The green.  The big
16   nose.  The Phillies on the hat.  The Phillie
17   Phanatic script.  The accented line there make
18   the little dig I like to call it on the neck
19   there to give it a little depth?
20       Q.   Was that created by anyone at the
21   Phillies, those differences?
22       A.   They were created by -- they were
23   done by Bonnie on the direction of The
24   Phillies.
25       Q.   And is that direction in writing
```

Page 43

```
 2   someplace?
 3       A.   No.  He was working for us at the
 4   time when she did this particular design.
 5       Q.   With respect to the one you were
 6   just talking about, do you know whether Bonnie
 7   had ever made a similar type design prior to
 8   October 31st, 1994?
 9           MR. MARANDOLA:  Objection.
10       Outside the scope of the 30(b)(6)
11       topics.  You can answer to your personal
12       knowledge.
13       Q.   Just answer, please.
14       A.   Yes.  I believe I've seen it -- at
15   least a sketch of that.
16       Q.   And again, you had mentioned a big
17   nose.  That's the big nose you say that Bill
18   Giles directed her to make; is that what
19   you're saying?
20       A.   Yes.
21       Q.   And in the one on the right you
22   talked about already, again, do you know
23   whether -- withdrawn.
24           Do you know if Harrison/Erickson
25   had made a similar drawing prior to October
```

Page 44

```
 2   31st, 1984?
 3           MR. MARANDOLA:  Objection, outside
 4       the scope of the 30(b)(6) topics.  If
 5       you know in your personal capacity you
 6       can answer.
 7       Q.   No, just answer my question,
 8   please.
 9           MR. MARANDOLA:  In your personal
10       capacity.
11       A.   I don't -- I don't know if I've
12   seen that one.  That one was developed, like I
13   said, about four years earlier than the other
14   ones.  And it's actually -- it's actually a
15   little different in design than the other
16   ones.  There's no -- there's no -- as I zoom
17   in, there's no outline between the eyes and
18   the eyelashes and the tip and base of the
19   snout are a little bit different as far as
20   outline.  So there's been some creative
21   differences between that and the other -- and
22   the ones -- that other ones that are in that
23   style guide so it is a little bit different.
24   And that was originally developed not for that
25   Citizens Bank Park logos but it was developed
```

Page 45

```
 2   for the Phanatic to hold the Citizens Bank
 3   Park inaugural season logo.  That's why we
 4   developed it.
 5           And then after the inaugural
 6   season, we -- it's developed in way that you
 7   can stick different things in his hand.  So
 8   after we won the 2008 World Series we used
 9   this design for the Phanatic to hold The
10   Phillies 2008 World Series logos.  So --
11       Q.   And when was the Citizens Bank
12   inaugural?
13       A.   2004.
14       Q.   Okay.  Now, with respect to these
15   particular designs you would agree that they
16   were actually made, the designs themselves,
17   were made by Harrison/Erickson, correct?
18           MR. MARANDOLA:  Objection, vague.
19       A.   Could you repeat that?
20       Q.   I'll withdraw it.
21           What were the creative
22   contributions made to each of these by Bonnie
23   -- I'll withdraw that.
24           What were the creative
25   contributions made by Harrison/Erickson with
```

Page 94

```
 2    Q.    Okay.  And who does designer mean?
 3          MR. MARANDOLA:  Objection.
 4          Occupies the scope of the 30(b)(6)
 5          topics.  If you have some personal
 6          understanding you can answer.
 7    A.    It means who The Phillies can ask
 8  to create the artwork.
 9    Q.    How is that different from the
10  annular?
11          MR. MARANDOLA:  Objection.  To us
12          scope of the 30(b)(6) testimony.
13    Q.    You can answer.
14    A.    I don't know.
15    Q.    And what about licensee; what is
16  understanding of what licensee is?
17          MR. MARANDOLA:  Objection.
18          Outside the scope of the 30(b)(6) topic.
19          You can answer if you have a personal
20          understanding of what that means.
21    A.    Licensee would be the Major League
22  Baseball's vendor that designed and produced
23  the item.
24    Q.    Okay.  Well, let's start with item
25  number 1.  Is it The Phillies position that
```

Page 95

```
 2  item number 1 is a derivative work or a
 3  non-infringing work?
 4          MR. MARANDOLA:  Objection, calls
 5          for a legal conclusion.  Objection,
 6          outside the scope of the 30(b)(6) topics
 7          and I instruct you not the answer on the
 8          ground of attorney-client privilege and
 9          work product.
10          MR. MONTCLARE:  Oh, goodness.
11  BY MR. MONTCLARE:
12    Q.    Do you know who created item
13  number one?
14          MR. MARANDOLA:  Objection, vague.
15    Q.    Do you know who created item
16  number 1.
17    A.    Item number 1, it looks like it
18  was out of Major League Baseball Design
19  Services creation to commemorate the 1980
20  world champs.  And it takes -- it looks like
21  that it takes an existing logo that we had
22  Bonnie create for us in 2007/2008.
23          Bonnie's creation was an
24  interpretation of the costume with noticeable
25  creative differences between the costume, the
```

Page 96

```
 2  cartoon hat, the different eyes.  And the
 3  green and the big nose were directions
 4  initially by The Phillies and Major League
 5  Baseball took these -- took that logo, the hat
 6  -- I'm sorry -- the head and the pennant and
 7  they changed it and they changed the color of
 8  the hat to make it burgundy things like 1980
 9  team and they changed the P to make it look
10  Tyco the P in the 1980 team and they changed
11  the pennant from red to White and they got rid
12  of Phillie Phanatic and they put the 1980s
13  Phillies script on the pennant.  And then they
14  added a circular with 1980 world champions
15  text.
16    Q.    Okay.  So you're saying that The
17  Phillies created that was based on what Bill
18  Giles' testimony is?
19    A.    That was one of Bill Giles's
20  earliest directions to Harrison/Erickson.
21    Q.    And that's what -- The Phillies
22  understand that based on what guys has told
23  them?
24    A.    Among other things, yes.
25    Q.    What other things?
```

Page 97

```
 2    A.    That's the -- that's been written,
 3  that's been in articles, that's been in
 4  videos.  It's been, you know, part of the
 5  story -- it's part of the story of Phillies
 6  baseball and part of the story of the
 7  Phanatic.
 8    Q.    And do you know if any of those
 9  people have any first-hand knowledge about
10  what Bill Giles did who wrote those articles,
11  told those stories?
12    A.    I don't know that.
13    Q.    Okay.  So if you move over to the
14  fourth column under approximate date of
15  creation it says 2007.  Do you see that?
16    A.    I do.
17    Q.    Are you saying that item 1 was
18  created in 2007 screenings, outside the scope
19  of the 30(b)(6) topics.  You can answer if you
20  know personally.
21    A.    I don't know when it was created.
22  Around there -- around that date is likely.
23    Q.    Well, if you take a look at item 1
24  it says 1980 world champions.  Is it your
25  testimony on behalf of The Phillies that that
```

Page 98

```
 2   image was created in 2007?
 3            MR. MARANDOLA:  Objection.
 4       Outside the scope of the 30(b)(6) topic.
 5       Sorry, Paul.  Objection, outside the
 6       scope of the 30(b)(6) topics.
 7       Q.   You can answer.
 8       A.   Yes.
 9       Q.   Okay.  So is it your testimony the
10   logo -- withdrawn -- that the image in item 1
11   was first created in 2007 just the way it
12   appears in this document?
13       A.   Yes.
14       Q.   So why does it say 1980 world
15   champions?
16       A.   Because it's a made-up logo about
17   the 1980 world champions.  Could I make up a
18   logo that says 1916 world champions and use a
19   different -- something in the middle.
20       Q.   I'm not arguing.  I'm just asking
21   -- I'm just giving you every opportunity to
22   explain yourself.  So you're saying that this
23   was made in 2007 and it is a logo that put
24   1980 world champions on it.  Is that what
25   you're saying?
```

Page 99

```
 2       A.   I am saying that, yes, around
 3   2007.  I'm not scat sure if it was 2007, 2008.
 4   But that's when it appeared.
 5       Q.   Was a similar logo created closer
 6   to 1980?
 7       A.   I don't know that.
 8       Q.   Okay.  You say that there's some
 9   date stamp numbers and documents.  Do you see
10   that those?
11       A.   Yes.
12       Q.   And do you know who those are?
13       A.   Not necessarily.
14       Q.   Okay.  Have you reviewed any of
15   these documents that are reflected in this
16   column under Bates stamp numbers?
17       A.   No.
18       Q.   In the final column under the
19   annular designer licensee it says
20   Harrison/Erickson.  Were Harrison/Erickson the
21   authors?
22            MR. MARANDOLA:  Objection.  Calls
23       for a legal conclusion.  Outside the
24       scope of the 30(b)(6) topics.  If you
25       have personal knowledge you can answer.
```

Page 100

```
 2       A.   I do not know if they're authors
 3   of this.
 4       Q.   Did they create the image in item
 5   1?
 6       A.   At the behest in the Phillies in
 7   2007 and 2008, they -- we asked them to create
 8   the -- that inset design of the Phanatic
 9   holding the pennant out.
10            Like I just described, the design
11   itself was manipulated to turn it back to 1980
12   coloring and logos.
13       Q.   Okay.  And do you know whether or
14   not that item 1 is similar to any prior
15   creation by Harrison/Erickson, that occurred
16   prior to October 31st, 1984?
17            MR. MARANDOLA:  Objection, vague.
18       And objection, outside the scope of the
19       30(b)(6) topics.  You can answer in your
20       personal capacity.
21       A.   I believe there's some sketches of
22   the Phanatic's head with him holding the
23   pennant in his cup.
24       Q.   And that was, in fact, what we
25   looked at earlier, do you know?
```

Page 101

```
 2       A.   I believe it's one of the ones we
 3   saw earlier.
 4       Q.   Okay.  In the -- okay.
 5            We'll get to that again later.
 6            Is there a licensee referred to in
 7   this row relating to item number one?
 8       A.   No.
 9       Q.   Did The Phillies add any creative
10   content to item number one?
11       A.   Yes.  At the beginning the green
12   color, the big snout, the baseball elements
13   that are here.  In this case the hat, the
14   pennant.  Those were our contributions.
15       Q.   And, again, when were those
16   contributions made?
17       A.   1978.
18       Q.   And the information that you have
19   about that comes from where?
20       A.   Comes from working at the Phillies
21   and knowing the history of the team and the
22   mascot.
23       Q.   And how do you know that?
24            Is it based on what people told
25   you?
```

Page 102

```
 2          MR. MARANDOLA:  Objection, asked
 3      and answered.  You can answer again.
 4      A.    Yeah.  What I've read, what I saw,
 5  what I viewed.  What I read in articles.  What
 6  I read in Phillies publications.  What I read
 7  in Mr. Giles' testimony.  It's not secret
 8  knowledge.
 9      Q.    Okay.  Anything else other than
10  what you've testified about?
11      A.    No.
12      Q.    Okay.  With respect to item number
13  one, is this image a portrayal of the
14  Phanatic?
15      A.    It's a 2-D interpretation of the
16  Phanatic where a lot of creative license was
17  taken to make it look good on a
18  two-dimensional design.
19            So it's not exactly like the
20  Phanatic.  It takes some liberties with the
21  cartoon-ish hat.  It takes some liberties with
22  the eyebrows that are one -- the one distinct
23  piece versus the two pieces that appear on the
24  costume.  The eyeballs are pretty different
25  because they're flat ovals here, whereas, on
```

Page 103

```
 2  the costume they're literally egg-shaped 3-D
 3  eyeballs.  So.
 4      Q.    I understand.  You don't need to
 5  repeat that testimony.  We don't need to go
 6  down that road again?
 7          MR. MARANDOLA:  Don't interrupt
 8      the witness, Paul.
 9      Q.    Unless you want to.  You've said
10  the same mantra.  I heard it ten times
11  already.  You could say answer A and I'll
12  understand what you mean.
13          MR. MARANDOLA:  Paul, just let the
14      witness answer the question.
15          Were you finished, Scott --
16          MR. MONTCLARE:  I'm trying --
17  okay.
18          THE WITNESS:  I'm finished.
19  BY MR. MONTCLARE:
20      Q.    This image is supposed to portray
21  the Phanatic which is the mascot in this
22  period of time in 2007; is that correct?
23      A.    No.
24      Q.    No?  This is a different character
25  altogether?  It doesn't involve the mascot?
```

Page 104

```
 2      A.    Well, it's intending to portray
 3  the Phanatic as he looked in 1980.
 4      Q.    Okay.  Thank you.
 5            All right.  So let's go to the
 6  next one on the list.  Number 40.
 7            Are you with me?
 8      A.    I'm trying to find number 40.
 9          MR. MARANDOLA:  Page 40 or number
10      40?
11          MR. MONTCLARE:  No.  Number 40.
12      Page 17.
13      A.    Okay.  Thank you.
14      Q.    Who created this image?
15      A.    I believe Harrison/Erickson was
16  commissioned to create that from -- by The
17  Phillies to help with some appearances.  So
18  it's got the same creative elements that The
19  Phillies portrayed -- or that The Phillies
20  initially asked them to do instead of the egg.
21  So it's big, it's fat, it's got the long nose.
22  It's green.  And, again, it's The Phillies
23  baseball logo here, the baseball hat, the
24  baseball jersey, the baseball socks.  And The
25  Phillies asked them to do that and they did a
```

Page 105

```
 2  creative job of turning from it 3-D to 2-D by
 3  adding some elements and it looks like it's --
 4  I believe it's something that we've used for
 5  coming events or for Phanatic appearances.
 6  But that was before -- I wasn't around for
 7  this.
 8      Q.    Okay.  So this is portrayal of the
 9  Phanatic as it was crated in 1978?
10      A.    Well, there's some elements of it,
11  yes.  But it was updated.
12      Q.    And what were the updated
13  elements?
14      A.    The updates are The Phillies logos
15  and coloring.  The hat is red with a blue
16  button as opposed to burgundy with a white
17  button.  The jersey does not have the thick
18  piping on the shoulder and down the sleeves as
19  it did in the 1980s.  You can't see The
20  Phillies script on the front but that would be
21  different than it was -- than it was in the
22  '80s.  This one looks a little different.  It
23  looks like the shoes are a different color
24  than the body was probably not correct but
25  sometimes changes were made for different
```