UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PHILLIES,

                **Plaintiff,**          19-CV-07239 (VM)(SN)

   -against-                           **ORDER**

HARRISON/ERICKSON, INC., et al,

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the close of discovery, the parties shall submit a joint letter by no later than Monday, July 6, 2020, supplementing their respective positions on the materials to be provided in connection with a letter from the Court to the U.S. Copyright Office pursuant to 17 U.S.C. § 411(b).

**SO ORDERED.**

                                                 _____
                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:      June 25, 2020
               New York, New York