**msk**

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2020

June 26, 2020

**VIA ECF**

Honorable Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square
Room 430
New York, NY 10007

Re:   **The Phillies v. Harrison/Erickson, Inc. et al., No. 19-cv-7239-VM-SN**

Dear Judge Netburn:

Pursuant to Your Honor's direction that the parties propose deadlines for the remainder of discovery and the filing of any pre-summary judgment motion letters, *see* ECF No. 89, counsel for the Defendants conferred with The Phillies' counsel, and the parties jointly hereby request the proposed schedule:

(i)   Expert depositions of Defendants' two designated experts will be concluded **no later than July 10, 2020**, provided, however, that if The Phillies requests the Court's assistance with regard to the documents to be produced in response to the subpoena of Defendants' expert Mr. Zung, The Phillies may take the expert depositions after the Court's decision on that issue, and, if the Court orders the production of additional documents in connection therewith, The Phillies may have a reasonable time after the receipt of those documents to take the depositions.

(ii)  The Plaintiff will not designate experts at this stage of this case, but reserves the right to do so in the event that one or more of the defendants files a motion for injunctive relief and/or asserts claims of infringement.

(iii) The last day for expert discovery will be **July 10, 2020**, subject to (i) above.

(iv)  The last day to conclude the Rule 30(b)(6) deposition of the Harrison Erickson entities will be **July 10, 2020.**

(v)   Contention Interrogatories, if any, to be exchanged on **July 3, 2020** with responses due **July 17, 2020;**



June 26, 2020
Page 2

  (vi) Summary Judgment pre-motion letters to be submitted no later than **July 27, 2020**.

  (vii) The last day to conclude all discovery is **July 20, 2020.**

The Phillies' counsel consents to the foregoing proposed schedule.

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

*/s/Paul D. Montclare*
Paul D. Montclare, Esq.
*(pdm@msk.com)*
437 Madison Avenue, 25th Floor
New York, NY 10022
Tel: (212) 509-3900
Fax: (212) 509-7239
*Attorneys for Defendants,*
*Harrison/Erickson, Incorporated, Harrison*
*Erickson, Wayde Harrison, and Bonnie Erickson*

Cc: David J. Wolfsohn
  Tyler Marandola

---

The parties shall abide by the deadlines set forth herein. All discovery shall be completed by July 20, 2020. **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 7, 2020
   New York, New York

12270916.1