| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | DAVID J. WOLFSOHN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1866 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2739 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* DJWolfsohn@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

July 22, 2020

The Honorable Sarah Netburn
United States Magistrate Judge
U.S. District Court for the Southern
District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

    Re: <u>*The Phillies v. Harrison/Erickson, Inc., et al.*, C.A. No. 19-7239-VM-SN</u>

Dear Judge Netburn:

  Your Honor's endorsed Order of July 9, 2020 (ECF No. 94) requested that the parties' supplement their positions on the information to be included in a letter to the U.S. Copyright Office by July 22, 2020.

  I write on behalf of The Phillies request that the deadline for the supplementation be extended one day to July 23, 2020.  Defendants' counsel has indicated that they do not object.

          Respectfully,

          */s/David J. Wolfsohn*

          David J. Wolfsohn

DJW
cc: Paul D. Montclare, Esq. (by ECF)
   Leo M. Lichtman, Esq. (by ECF)
   Elaine Nguyen, Esq.  (by ECF)
   J. Matthew Williams, Esq. (by ECF)
   Tyler Marandola, Esq. (by ECF)

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196  PHONE: +1 215 979 1000   FAX: +1 215 979 1020