# Exhibit B



copyright photo #97   Page 29 of 39

HE000013