# Exhibit C



copyright photo #07   page 29 of 39

HE000012

Copyright photo #97 page 29 of 39

HE000014





Copyright photo #97 pg. 29 of 39