# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PHILLIES, a Pennsylvania limited
partnership,

        Plaintiff,

    v.

HARRISON/ERICKSON, INCORPORATED,
a New York corporation, HARRISON
ERICKSON, a partnership, and WAYDE
HARRISON and BONNIE ERICKSON,

        Defendants.

CASE NO. 1:19-cv-07239-VM

JURY TRIAL DEMANDED

**DEFENDANTS' SUPPLEMENTAL RULE 26(a)(2)(C) EXPERT DISCLOSURE WITH
RESPECT TO BONNIE ERICKSON**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), Defendants and Counterclaim Plaintiffs Harrison/Erickson, Incorporated, Harrison Erickson, Wayde Harrison, and Bonnie Erickson (collectively, and individually, "Defendants") by and through their attorneys, respectfully provide the following disclosure concerning expert testimony.

## I.     WITNESS QUALIFICATIONS AND STATUS AS PARTY EXPERT

Bonnie Erickson, who is a party in this case and who is not specially employed to provide expert testimony in the case or one whose duties as a party's employee regularly involves giving expert testimony, is hereby disclosed as an expert witness in the case. She has had a long career as a designer of puppets, costumes, toys, artwork, and graphics, and is widely known for her work with Jim Henson and The Muppets, as well as with Children's Television Workshop. She has also authored and created numerous works of art concerning the Phillie Phanatic and other sports mascots. *See* HE 005968; https://en.wikipedia.org/wiki/Bonnie_Erickson. Prior mascots, designs, and characters on which Ms. Erickson has worked are listed in the referenced biography. She will rely upon her knowledge, skill, experience, training, and education, as well as documents produced in discovery in this case, to proffer opinions. See attached exhibits.

## II.     SUBJECT MATTER

Ms. Erickson will rely upon facts and data in the case that she has created, been made aware of, or personally observed. She will rely upon the artwork, materials, images, mascots, audiovisual works, and merchandise produced and exchanged by the parties in discovery in this case, as well as deposition testimony, exhibits, and expert testimony in the case. She will rely upon her experience and other attributes as well, including her experience with drawing characters and other works, with using Adobe Illustrator, with building mascots and other works

and characters, and with merchandising.  The Defendants reserve the right to supplement this response based on any further discovery produced or exchanged by the respective parties.

### III. SUMMARY OF FACTS AND OPINIONS

1. The original Phanatic mascot/costume/sculpture and artwork portraying the Phanatic dating prior to October 31, 1984 listed on the attached Exhibit A and incorporated in this disclosure involved, in Ms. Erickson's opinion, significant creative work product by Ms. Erickson and Wayde Harrison, but not by The Phillies.  Specifically, designing and constructing the mascot/costume/sculpture involved significant creative work by Ms. Erickson and Wayde Harrison.  It involved conceiving of and fixing in tangible form(s) a character of a visual and physical nature that expressed personality, graphic appeal, artistic distinction, and humor. Although the Phanatic designed and built by Harrison and Erickson was designed and built to be worn by a person, the mascot/costume/sculpture that became the Phanatic, in Ms. Erickson's expert opinion, reflect significant artistic choices.  Moreover, artwork depicting, or referring to the Phanatic created prior to the October 31, 1984 assignment ("1984 Assignment") as identified in Exhibit A also, in Ms. Erickson's expert opinion, reflects significant artistic choices ("Pre-Assignment Artwork").  This Pre-Assignment artwork has been exchanged in prior discovery in this case, and/or has been marked as a deposition exhibit in this case.  Attached hereto as Exhibit B and incorporated in this disclosure is a list of documents relied on by Bonnie Erickson in connection with her foregoing opinion.

2. Throughout the years subsequent to the 1984 Assignment, Ms. Erickson provided additional Phanatic-related artwork and/or materials, including at the request of The Phillies or with their permission and consent ("Post-Assignment Artwork"). The Post-Assignment Artwork identified as numbers 1, 2, 75, 77, 79, 82, 84, 86, 87, 88 on Appendix A to Plaintiff's

3

Supplemental Response to Defendants' Interrogatory Nos. 5 and 6 and depicted in the documents marked HE000034, HE000584, PHAN0010690, PHAN0043256, conform to the creative choices previously made by Harrison/Erickson to create the Pre-Assignment Artwork. In addition, subsequent to the 1984 Assignment, Harrison/Erickson repaired and provided new copies of the Phanatic mascot/costume/sculpture. Harrison/Erickson was not asked by The Phillies to alter or modify the design of the Phanatic mascot/costume/sculpture that existed prior to the 1984 Assignment in any type of creative way. Ms. Erickson will opine that the Phanatic mascot/costume/sculpture which was the subject of the 1984 Assignment has not been creatively altered or modified. Ms. Erickson will also opine that the Post-Assignment Artwork identified in this paragraph did not change the creative content of the Phanatic or reinterpret the Phanatic in any new or meaningful way. The Post-Assignment Artwork identified in this paragraph involved changes of format or color, functional or utilitarian work, or other insignificant alterations as compared to Pre-Assignment Artwork, which were less than minimal from a creative standpoint. In her expert opinion, her use of digital software products to convert the format of Pre-Existing Artwork and/or to make minor alterations to Pre-Existing Artwork did not require more than trivial new creativity. While, in her opinion, her work on the Post-Assignment Artwork identified in this paragraph involved technical skill and significant investments of time, changes made for the purpose of updating Pre-Assignment Artwork reflected the same creative choices previously made for the Pre-Assignment Artwork and did not involve new creative choices of more than a trivial nature.

3. The Phanatic costume that the parties have been referencing as "P2" and artwork portraying P2 is/are, from an artistic point of view, extremely similar – in Ms. Erickson's expert opinion – to the original Phanatic and artwork, so much so, that the two would be perceived as

nearly identical. Depictions of this P2 costume and P2 artwork identified as part of this report in Exhibit C are, in Ms. Erickson's expert opinion, attempts to reproduce artwork and/or materials previously created by Harrison/ Erickson. The alterations to the original Phanatic with respect to the P2 costume and P2 artwork are, in Ms. Erickson's expert opinion, of less than minimal artistic significance. The eyes, eyelashes and eyebrows, hat, jersey, snout, shoes, posterior, tail, leggings, feathering, arms, and hands, in her opinion, replicate and/or mimic the features of other mascots in the marketplace created by Harrison/Erickson, namely Slyly, Duncan, Sport, Stuff, and the Phanatic itself (in its original form and as depicted over time), as well as the features of mascots developed by others, namely, Schooner, Cattrick, Loco, Screamer, Reggy the Purple Party Dude, Guilford, Melvin, and the Oregon Duck (and other mascots that share such features), The Phillies' claimed alterations to the Phanatic's eyes, eyelashes and eyebrows, hat, jersey, snout, shoes, posterior, tail, leggings, feathering, arms, and hands reflect, in Ms. Erickson's expert opinion, trivial changes from an artistic standpoint that do not distinguish P2, creatively, from the Phanatic. Attached hereto as Exhibit D and made a part of this disclosure is a comparison of P1 and P2 created by Ms. Erickson.

4. Also, the faux fur used for P2 is the same fabric from a dye lot Harrison/Erickson provided to the Phillies. PHAN0043240. The hands on the Phanatic had been changed to fleece palms instead of faux fur fabric prior to 1984. The orange fleece inside the snout and green feathers on the end of the P2 snout are the same as the Phanatic. PHAN0043074. Artwork prior to 1984 also shows the hat on both the left and right sides. PHAN0043246. The original logo for Phanatic products has the hat on the right, as reflected below:



Ms. Erickson will opine that these attributes of P2 do not reflect more than a trivial variation from the original Phanatic that existed prior to the 1984 Assignment.

DATED:  New York, New York          Mitchell Silberberg & Knupp LLP
        June 8, 2020


                                    By: /s/ Paul D. Montclare
                                        Paul D. Montclare (*pdm@msk.com*)
                                        Leo M. Lichtman (*lml@msk.com*)
                                        Elaine Nguyen (*eln@msk.com*)
                                        437 Madison Avenue, 25th Floor
                                        New York, NY 10022
                                        Telephone: (212) 509-3900
                                        Facsimile:  (212) 509-7239

                                        J. Matthew Williams (*mxw@msk.com*)
                                        1818 N St. NW, 7th Floor
                                        Washington, DC 20036
                                        Telephone: (202) 355-7900
                                        Facsimile: (202) 355-7899

                                        *Attorneys for Defendants*
                                        *Harrison/Erickson Incorporated,*
                                        *Harrison Erickson, Wayde Harrison, and*
                                        *Bonnie Erickson*

# EXHIBIT A

| BATES |
| :---: |
| HE000007 |
| HE000009 |
| HE000028 |
| HE000030 |
| HE000032 |
| HE000039 |
| HE000064 |
| HE000081 |
| HE000104 – HE000113 |
| HE000115 |
| HE000117 – HE000118 |
| HE000171 |
| HE000183 |
| HE000195 |
| HE000198 |
| HE000201 |
| HE000343 – HE000412 |
| HE000488 – HE000489 |
| HE000495 |
| HE000520 – HE000521 |
| HE000523 – HE000524 |

| |
|---|
| HE000528 |
| HE000537 |
| HE000549 |
| HE000551 – HE000552 |
| HE000554 |
| HE000556 |
| HE000558 – HE000559 |
| HE000562 – HE000563 |
| HE000565 – HE000566 |
| HE000574 |
| HE000576 |
| HE000578 |
| HE000675 |
| HE000680 – HE000703 |
| HE000705 – HE000718 |
| HE000720 – HE000724 |
| HE000726 |
| HE000729 – HE000735 |
| HE000737 |
| HE001132 |
| HE002246 |
| HE002248 |
| HE002259 – HE002260 |
| HE002283 |

12217655.1

| |
|---|
| HE002287 |
| HE003845 |
| HE004049 – HE004050 |
| HE004042 |
| HE004057 – HE004058 |
| HE004060 |
| HE004062 – HE004063 |
| HE004071 |
| HE004073 – HE004075 |
| HE004079 – HE004082 |
| HE004084 – HE004089 |
| HE004093 – HE004096 |
| HE004246 – HE004249 |
| HE004258 – HE004260 |
| HE004262 |
| HE004283 – HE004285 |
| HE004288 |
| HE004294 |
| HE004668 – HE004675 |
| HE006087 |
| PHAN0000018 |
| PHAN0000034 – PHAN0000037 |
| PHAN0000045 – PHAN0000046 |
| PHAN0000048 |

3

| |
|---|
| PHAN0000055 |
| PHAN0000058 – PHAN0000060 |
| PHAN0000062 – PHAN0000063 |
| PHAN0000066 |
| PHAN0000086 |
| PHAN0000120 |
| PHAN0000123 – PHAN0000125 |
| PHAN0000129 – PHAN0000137 |
| PHAN0000232 |
| PHAN0000240 |
| PHAN0000242 |
| PHAN0000258 – PHAN0000262 |
| PHAN0000275 |
| PHAN0000278 |
| PHAN0000283 |
| PHAN0000287 |
| PHAN0000291 |
| PHAN0000294 |
| PHAN0000302 |
| PHAN0001230 |

12217655.1

**EXBHIT B**

| Bates/Description |
| --- |
| PHAN0042989 |
| PHAN0042990-03 |
| PHAN0043004-05 |
| PHAN0043006 |
| PHAN0043007-09 |
| PHAN0043010-15 |
| PHAN0043016-19 |
| PHAN0043020-22 |
| PHAN0043023 |
| PHAN0043024 |
| PHAN0043025-26 |
| PHAN0043027 |
| PHAN0043028 |
| PHAN0043029-31 |
| PHAN0043032-34 |
| PHAN0043035-38 |
| PHAN0043039-40 |
| PHAN0043041-51 |
| PHAN0043052-54 |
| PHAN0043055-56 |

| |
|---|
| PHAN0043057-58 |
| PHAN0043059-61 |
| PHAN0043062-67 |
| PHAN0043068-72 |
| PHAN0043073-76 |
| PHAN0043077 |
| PHAN0043078 |
| PHAN0043079-86 |
| PHAN0043087-88 |
| PHAN0043089-95 |
| PHAN0043096 |
| PHAN0043097-01 |
| PHAN0043102-11 |
| PHAN0043112-17 |
| PHAN0043118-22 |
| PHAN0043123-74 |
| PHAN0043175 |
| PHAN0043176-81 |
| PHAN0043182-87 |
| PHAN0043188-93 |
| PHAN0043194-95 |
| PHAN0043196-02 |

| |
|---|
| PHAN0043203-10 |
| PHAN0043211-14 |
| PHAN0043215-18 |
| PHAN0043219-26 |
| PHAN0043227-31 |
| PHAN0043232-37 |
| PHAN0043238 - 39 |
| PHAN0043240-41 |
| PHAN0043242-44 |
| PHAN0043245-54 |
| PHAN0043255 |
| PHAN0043256-62 |
| PHAN0043263-64 |
| PHAN0043265-66 |
| PHAN0043267-69 |
| PHAN0043270-75 |
| PHAN0043276-79 |
| PHAN0043280-86 |
| PHAN0043287-94 |
| PHAN0043295-98 |
| PHAN0043299-12 |
| PHAN0043313-19 |

| |
|---|
| PHAN0043320-25 |
| PHAN0043326-30 |
| PHAN0043331-36 |
| PHAN0043337-42 |
| PHAN0043343-47 |
| PHAN0043348-52 |
| PHAN0043353-54 |
| PHAN0043355-59 |
| PHAN0043360-80 |
| PHAN0043381-02 |
| PHAN0043403-15 |
| PHAN0043543 |
| PHAN0043544 |
| PHAN0043545 |
| PHAN0043546-66 |
| PHAN0000118 |
| PHAN0000119 |
| PHAN0000120 |
| PHAN0000122 |
| PHAN0000656-716 |
| PHAN0000063 |
| PHAN0000002 |

| |
|---|
| PHAN0000004 |
| PHAN0000006 |
| PHAN0000007 |
| PHAN0000009 |
| PHAN0000011 |
| PHAN0000013 |
| PHAN0000014 |
| PHAN0000016-19 |
| PHAN000020-28 |
| PHAN0000029-32 |
| PHAN00000034 |
| PHAN00000036 |
| PHAN0000015 |
| PHAN0021319-23 |
| PHAN0001266-71 |
| Phillies' Interrogatory Appendix of Alleged Derivative Works |
| Deposition Testimony of Scott Brandreth, Tom Burgoyne, William Giles, Christine Long, David Buck, David Raymond, and Philadelphia |

Phillies
concerning
creation of
Phanatic, Style
Guides, and P2

**EXHIBIT C**

| BATES |
|---|
| PHAN0042990 – PHAN0043005 |
| PHAN0043017 |
| PHAN0043026 |
| PHAN0043031 |
| PHAN0043038 |
| PHAN0043056 |
| PHAN0043060 – PHAN0043061 |
| PHAN0043177 – PHAN0043181 |
| PHAN0043183 – PHAN0043187 |
| PHAN0043189 – PHAN0043193 |
| PHAN0043195 |
| PHAN0043215 – PHAN0043218 |
| PHAN0043547 – PHAN0043566 |

# EXHIBIT D



# 3D MASCOT
# TURNAROUND



CONFIDENTIAL

PHAN0043026



Phillie Phanatic

P2

CONFIDENTIAL

PHAN0043026



# MLB art transparency over P2

