# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PHILLIES, a Pennsylvania limited partnership, | CIVIL ACTION NO. 19-7239 |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| HARRISON/ERICKSON, INCORPORATED, a New York corporation, HARRISON ERICKSON, a partnership, and WAYDE HARRISON and BONNIE ERICKSON, | |
| Defendants. | |

**Appendix A to Plaintiff's Supplemental**

**Response to Defendants' Interrogatory Nos. 5 and 6**

**(CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)**

| ID No. | Sample Image of Derivative or Non-Infringing Work | Descriptive Title | Sample Bates Number(s) | Approx. Date of Creation | Author / Designer / Licensee |
|--------|---------------------------------------------------|-------------------|------------------------|--------------------------|------------------------------|
|        |                                                   |                   |                        |                          |                              |
|        |                                                   |                   |                        |                          |                              |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 3 |  | **Art: A Star is Reborn** | PHAN0000880, PHAN0005929, PHAN0005926, PHAN0005928 | 1988 | Len Epstein |
| 4 |  | **Art: All Phanatics Here** | PHAN0002474 | 2017 | Len Epstein |

3

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 6 |  | **Art: Appearance Art 2** | PHAN0000082, PHAN0000156, PHAN0000158, PHAN0000161 | 1989 | Harrison / Erickson |
| --- | --- | --- | --- | --- | --- |
| 7 |  | **Art: Appearance Art 3** | PHAN0000157, PHAN0000159 | 1989 | Harrison / Erickson |
| 8 |  | **Art: Asian Day Phanatic** | HE000160, HE000593 | 2005 | Harrison / Erickson |
| 9 |  | **Art: Balancing** | PHAN0000869 | 1986 | Len Epstein |

4

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 10 |  | **Art: Balancing Pennants** | PHAN0000634, PHAN0009598, PHAN0010649 | 1986 | Len Epstein |
| 11 |  | **Art: Ball & Mit** | PHAN0000080 | 1987 | Len Epstein |
| 12 |  | **Art: Beach Towel** | PHAN0000443 | 1986 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 13 |  | **Art: Beach Towel** | PHAN0007746, HE000563 | 1996 | Harrison / Erickson |
| 14 |  | **Art: Beach Towel** | PHAN0007723 | 1996 | Harrison / Erickson |
| 15 |  | **Art: Birthday Card** | PHAN0000398, PHAN0000399, PHAN0000400, PHAN0000720, PHAN0000867 | 1986 | Len Epstein |

6

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 16 |  | Art: Birthday Card | PHAN0000092, PHAN0000094, PHAN0000096 | 1987 | Len Epstein |
| 17 |  | Art: Birthday Card | PHAN0000394, PHAN0000009 | 1989 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 18 |  | Art: Birthday Card | PHAN0000101 | 1990 | Len Epstein |
| 19 |  | Art: Birthday Card | PHAN0000102, PHAN0000106, PHAN0000107 | 1990 | Len Epstein |

8

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 20 |  | **Art: Birthday Card** | PHAN0000104, PHAN0000105, PHAN0000097 | 1990 | Len Epstein |
| 21 |  | **Art: Birthday Card** | PHAN0000403, PHAN0000405, PHAN0000421 | 1990 | Len Epstein |

9

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 22 |  | **Art: Birthday Card** | PHAN0000648 | 1993 | Len Epstein |
| 23 |  | **Art: Birthday Card** | PHAN0000725, PHAN0000727, PHAN0000876 | 1997 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 24 |  | Art: Birthday Card | PHAN0000733, PHAN0000735, PHAN0000878 | 2000 | Len Epstein |
| 25 |  | Art: Birthday Envelope | PHAN0000099, PHAN0000394, PHAN0000401, PHAN0000475 | 1986 | Len Epstein |
| 26 |  | Art: Birthday Invite | PHAN0000402 | 1987 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 27 |  | Art: Birthday Invite | PHAN0000407 | 1988 | Len Epstein |
| 28 |  | Art: Birthday Invite | PHAN0000409, PHAN0000415 | 1989 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 29 |  | Art: Birthday Invite | PHAN0000422, PHAN0000433, PHAN0000434, PHAN0000435 | 1991 | Len Epstein |
|----|----|----|----|----|----|
| 30 |  | Art: Birthday Invite | PHAN0000108 | 1992 | Len Epstein |

13

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 31 |  | **Art: Birthday Invite** | PHAN0000729, PHAN0000731 | 1998 | Len Epstein |
| 32 |  | **Art: Birthday Invite** | PHAN0007934, PHAN0007935 | 1999 | Len Epstein |

14

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 33 |  | Art: Birthday Invite | PHAN0001453, PHAN0007805 | 2001 | Len Epstein |
| 34 |  | Art: Book Shelf Design | PHAN0001368, PHAN0001369 | 2009 | Len Epstein / Jack McDonald |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 35 |  | **Art: Button Art** | HE000568 | 1994 | Harrison / Erickson |
|----|------|------|------|------|------|
| 36 |  | **Art: Camera Ready** | PHAN0009612, PHAN0009618, PHAN0009632, PHAN0010920, PHAN0010663, PHAN0010671, PHAN0010685, HE000043 | 1994 | Harrison / Erickson |
| 37 |  | **Art: Card** | PHAN0000444, PHAN0000445, PHAN0000446, PHAN0000874 | 1987 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 38 |  | **Art: Card** | PHAN0000487 | 1987 | Len Epstein |
| 39 |  | **Art: Catch** | PHAN0000003 | 1986 | Len Epstein |
| 40 |  | **Art: Coming Soon** | PHAN0009614, PHAN0009622, PHAN0009623, PHAN0009624, PHAN0009633, PHAN0002992, PHAN0010665, PHAN0010675, PHAN0010676, PHAN0010677, HE000595, HE000596 | 1999 | Harrison / Erickson |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 41 |  | **Art: Coming Soon Red** | HE000590, HE002085 | 2006 | Harrison / Erickson |
| 42 |  | **Art: Decal** | PHAN0000083, PHAN0000087, PHAN0000770 | 1992 | Harrison / Erickson |
| 43 |  | **Art: Falling** | PHAN0000011 | 1987 | Len Epstein |
| 44 |  | **Art: Fill Me Up** | PHAN0000486 | 1986 | Len Epstein |

18

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 45 |  | **Art: Follow Me to the Vet** | PHAN0000633 | 1986 | Len Epstein |
| 46 |  | **Art: Frisbees** | PHAN0000635 | 1986 | Len Epstein |
| 47 |  | **Art: Fun Van** | PHAN0000643 | 1988 | Len Epstein |
| 48 |  | **Art: Get Behind 'Em** | PHAN0000654, HE000569, HE000570 | 1993 | Harrison / Erickson |
| 49 |  | **Art: Get the Feeling** | PHAN0000627 | 1988 | Len Epstein |
| 50 |  | **Art: Get The Feeling 2** | PHAN0000642 | 1988 | Len Epstein |

19

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 51 |  | Art: Here to Say | PHAN0000769, HE000505, HE000506 | 1995 | Harrison / Erickson |
| 52 |  | Art: Keys | PHAN0000485 | 1986 | Len Epstein |
| 53 |  | Art: Leaning Pose | PHAN0000644 | 1989 | Len Epstein |
| 54 |  | Art: Make Your Own Phanatic Logo | PHAN0011068 | 2003 / 2004 | Build-a-Bear Workshop |

20

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 55 |  | **Art: Mug** | PHAN0000473 | 1990 | Len Epstein |
|----|----|----|----|----|----|
| 56 |  | **Art: NFL Phanatic Fathead** | PHAN0012344 at PHAN0012364 | 2017 | Fathead LLC / Hunt Auctions Inc. / Len Epstein |
| 57 |  | **Art: Olympic** | PHAN0010899, HE000501 | 2012 | Harrison / Erickson |
| 58 |  | **Art: Phanatic About Reading 1** | PHAN0009621, PHAN0001365, PHAN0009611, PHAN0010662, PHAN0010674, | 2004 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| | | | PHAN0011019, PHAN0011072 | | |
|---|---|---|---|---|---|
| **59** |  | **Art: Phanatic About Reading 2** | PHAN0009625, PHAN0010678, PHAN0011021 | 2004 | Len Epstein |
| **60** |  | **Art: Phanatic About Reading 3** | PHAN0011017, PHAN0011069 | 2004 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 61 |  | Art: Phanatic About Reading 4 | PHAN0011021, PHAN0011071 | 2004 | Len Epstein |
| 62 |  | Art: Phanatic About Safety | PHAN0000636 | 1987 | Harrison / Erickson |
| 63 |  | Art: Phanatic Attic | PHAN0009627, PHAN0010680 | 2003 / 2004 | MLB / Gregory Rothweiler |
| 64 |  | Art: Phanatic Line Art | HE000610 | | Harrison / Erickson |

23

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 65 |  | **Art: Phantastic Journey Title Page Art** | PHAN0001501 | 2005 | Len Epstein |
| 66 |  | **Art: Phred Costume Design** | HE000637 HE000638, HE000656, HE000913 | 2000 | Harrison / Erickson |
| 67 |  | **Art: Phun Meal** | PHAN0006056 | 1990 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 68 |  | **Art: Pointing** | PHAN0000005, PHAN0000006, PHAN0000007 | 1987 | Len Epstein |
| 69 |  | **Art: Postcard** | PHAN0000397, PHAN0000869 | 1986 | Len Epstein |
| 70 |  | **Art: Real Grass Real Fun** | PHAN0009533, PHAN0009536, PHAN0009615, PHAN0009630, PHAN0010666, PHAN0010683, PHAN0010947, PHAN0011088, HE000510 | 2004 | Harrison / Erickson |

25

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 72 |  | **Art: Stars** | HE000491, HE002072 | 1994 | Harrison / Erickson |
| 73 |  | **Art: Statue Sketch** | PHAN0001899, PHAN0001900 | 2010 | Icon Poly |
| 74 |  | **Art: Style Guide 3D Turnaround Back 2002** | PHAN0009617, PHAN0009690, PHAN0002580, PHAN0011097, PHAN0009710, PHAN0010670 | 2002 | MLB |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 76 |  | **Art: Style Guide 3D Turnaround Front 2002** | PHAN0009617, PHAN0009690, PHAN0002580, PHAN0011097, PHAN0009710, PHAN0010670 | 2002 | MLB |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 78 |  | **Art: Style Guide 3D Turnaround Side 2002** | PHAN0009617, PHAN0009690, PHAN0002580, PHAN0011097, PHAN0009710, PHAN0010670 | 2002 | MLB |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| 80 |  | **Art: Style Guide Baby Primary** | PHAN0009438 | 2012 | MLB |
| 81 |  | **Art: Style Guide Baby Secondary** | PHAN0009438 | 2012 | MLB |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 83 |  | **Art: Style Guide Batting Pose 1999** | PHAN0009617, PHAN0009690, PHAN0002580, PHAN0011097, PHAN0010670 | 1999 | MLB |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| | | | PHAN0010993, PHAN0011097, PHAN0009638, PHAN0001290, HE000034 | | |
|---|---|---|---|---|---|
| 85 |  | **Art: Style Guide CBP Ribbon** | PHAN0009550, PHAN0009610, PHAN0009629, PHAN0010682, PHAN0011091, PHAN0010661, HE000613 | 2004 | Harrison / Erickson |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER



31
CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 89 |  | **Art: Style Guide Running Pose 1999** | PHAN0009617, PHAN0009690, PHAN0002580, PHAN0011097, PHAN0010670 | 1999 | MLB |
| 90 |  | **Art: Super Hero Phanatic** | PHAN0009774, PHAN0009531, PHAN0009628, PHAN0001509, PHAN0001510, PHAN0001512, PHAN0010681, HE000024, HE000624 | 2005 | Harrison / Erickson |
| 91 |  | **Art: Super Hero Phanatic Black** | PHAN0009776, PHAN0001507, PHAN0001514 | 2005 | Harrison / Erickson |
| 92 |  | **Art: Super Hero Phanatic Green** | PHAN0009775, PHAN0001508, PHAN0001513 | 2005 | Harrison / Erickson |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 93 |  | **Art: Swimming Pool** | HE000509, HE000567 | 1992 | Harrison / Erickson |
| 94 |  | **Art: Turkey** | PHAN0000869 | 1986 | Len Epstein |
| 95 |  | **Art: Tuxedo Stadium** | PHAN0001241, PHAN0000722, PHAN0000723, PHAN0009609, PHAN0009619, PHAN0010260, PHAN0010660, PHAN0010672 | 1986 | Len Epstein |
| 96 |  | **Art: Tuxedo Stadium 2** | PHAN0000721 | 1986 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 97 |  | **Art: Tuxedo Stadium 3** | PHAN0000762, PHAN0000865 | 1986 | Len Epstein |
| 98 |  | **Art: Vintage** | PHAN0000724, PHAN0010991 | 1991 | Len Epstein |
| 99 |  | **Art: Zzzzz** | PHAN0000637 | 1987 | Len Epstein |

34

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 102 |  | **Costume: Phoebe Costume** | PHAN0008778, PHAN0008781, PHAN0008844, PHAN0008860, PHAN0008873, HE000021, HE000022, HE000023, HE000635 | 1992 | Harrison / Erickson |
|---|---|---|---|---|---|

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 103 |  | **Costume: Phred** | PHAN0001356, HE000021, HE000674 | 2000 | Harrison / Erickson |
|---|---|---|---|---|---|
| | | | | | |
| 105 |  | **Other: Climbing Wall** | PHAN0012523 | 2018 | Younts Design / Climbzone |

36

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 107 |  | **Other: Mural** | HE002078 | 2015 | |
| 108 |  | **Other: Painting** | PHAN0008909 | 2008 | Dan Dunn's PaintJam |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 109 |  | **Other: Statue** **(1 of 20 statues each painted by a different artist)** | PHAN0001921, PHAN0001922 | 2010 | Statue by Icon Poly |
| 110 |  | **Other: Statue Model** | PHAN0001885, PHAN0001886, PHAN0001887, PHAN0001888, PHAN0001889, PHAN0001890, PHAN0001891, PHAN0001892, PHAN0001893, PHAN0001894 | 2010 | Icon Poly |
| 111 |  | **Product: 3D Construction Toy** | PHAN0001248, PHAN0011344, PHAN0011345, PHAN0011346, PHAN0011347, PHAN0011348, PHAN0011349, PHAN0011350, PHAN0011351, PHAN0011552 at PHAN0011569 | 2016 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 112 |  | **Product: 3D Mascot Puzzle** | PHAN0011388, PHAN0011389, PHAN0011390, PHAN0011391, PHAN0011392, PHAN0011393, PHAN0011394, PHAN0011395, PHAN0011552 at PHAN0011567 | 2008 | Forever Collectibles (FOCO) |
| 113 |  | **Product: 7" Mascot Softee** | PHAN0012506 | 2018 | Rawlings |
| 114 |  | **Product: 7" Soft Baseball** | PHAN0011484 at PHAN0011485 | 2016 | Jarden Sports Licensing |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 115 |  | **Product: Action Figure** | PHAN0011550 | 2019 | Super 7 |
| 116 |  | **Product: Activity Book** | PHAN0012522 | 2014 | Len Epstein |
| 117 |  | **Product: Apron** | PHAN0012514 | 2019 | Evergreen |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 118 |  | **Product: Baby Onesie** | PHAN0011416 | | Outerstuff |
| 119 |  | **Product: Backpack** | PHAN0012508 | | The Northwest Company |
| 120 |  | **Product: Bani Bands** | PHAN0011446 | 2019 | Bani Bands |
| 121 |  | **Product: Bank** | PHAN0001202, PHAN0009992, HE002268 | 2012 | Little Wonder Studio |

41

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 122 |  | **Product: Beach Towel Galapagos Gang** | PHAN0001212, PHAN0010003 | 2016 | Len Epstein / Windward |
| 123 |  | **Product: Beach Towel Kite** | PHAN0001206, PHAN0009996, PHAN0009998 | 2014 | Len Epstein / Windward |
| 124 |  | **Product: Bench Sticker** | PHAN0000891 | 1985 | Len Epstein |

42

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 125 |  | **Product: Bib** | PHAN0001046, PHAN0001047 | 1986 | Len Epstein |
| 126 |  | **Product: Big Head Doll** | PHAN0002213 | 2011 | Fabrique Innovations |
| 127 |  | **Product: Big Head Doll - Glasses** | PHAN0002214 | 2011 | Fabrique Innovations |
| 128 |  | **Product: Bobble Baller** | PHAN0012509 | | Forever Collectibles (FOCO) |

43

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 129 |  | **Product: Bobble Balloon** | PHAN0001198, PHAN0008804, PHAN0008805, PHAN0009988 | 2007 | BDA Inc. |
| 130 |  | **Product: Bobble Birthday Cake Phanatic** | PHAN0012162 at PHAN0012171 | 2013 | Forever Collectibles (FOCO) |

44

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 131 |  | **Product: Bobble Christmas** | PHAN0001250 | 2012 | Forever Collectibles (FOCO) |
| 132 |  | **Product: Bobble Four-Wheeler** | PHAN0001221 | | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 133 |  | **Product: Bobble Friendly Games** | PHAN0012162 at PHAN0012178 | 2013 | Forever Collectibles (FOCO) |
| 134 |  | **Product: Bobble Galapagos Gang** | PHAN0012162 at PHAN0012177 | 2013 | Forever Collectibles (FOCO) |
| 135 |  | **Product: Bobble Game of Thrones** | PHAN0011418, PHAN0011419 | 2019 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 136 |  | **Product: Bobble GOT Dragon** | PHAN0011552 at PHAN0011561 | 2019 | Forever Collectibles (FOCO) |
|-----|------|------|------|------|------|
| 137 |  | **Product: Bobble Hall of Fame Journey** | PHAN0012162 at PHAN0012176 | 2013 | Forever Collectibles (FOCO) |

47

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 138 |  | **Product: Bobble Harper Four-Wheeler** | PHAN0001214, PHAN0011552 | 2019 | Forever Collectibles (FOCO) |
| 139 |  | **Product: Bobble Harper Headband** | PHAN0011552 at PHAN0011563 | 2019 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| | | | | | |
|---|---|---|---|---|---|
| **140** | | **Product: Bobble Knucklehead Base** | PHAN0011552 at PHAN0011553 | | Forever Collectibles (FOCO) |
| **141** | APRIL | **Product: Bobble of the Month 2 April Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |
| **142** | | **Product: Bobble of the Month 2 August Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |



CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 143 |  | **Product: Bobble of the Month 2 December Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |
| 144 |  | **Product: Bobble of the Month 2 February Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |
| 145 |  | **Product: Bobble of the Month 2 January Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |

50

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 146 |  | **Product: Bobble of the Month 2 July Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |
| 147 |  | **Product: Bobble of the Month 2 June Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |
| 148 |  | **Product: Bobble of the Month 2 March Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 149 |  | **Product: Bobble of the Month 2 May Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |
| 150 |  | **Product: Bobble of the Month 2 November Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |
| 151 |  | **Product: Bobble of the Month 2 October Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 152 |  | **Product: Bobble of the Month April Phanatic** | PHAN0012162 at PHAN0012212, PHAN0012216 at PHAN0012223 | 2013 | Forever Collectibles (FOCO) |
|-----|-----|-----|-----|------|------|
| 153 |  | **Product: Bobble of the Month August Phanatic** | PHAN0012162 at PHAN0012213, PHAN0012216 at PHAN0012223 | 2013 | Forever Collectibles (FOCO) |
| 154 |  | **Product: Bobble of the Month December Phanatic** | PHAN0012162 at PHAN0012213 | 2013 | Forever Collectibles (FOCO) |
| 155 |  | **Product: Bobble of the Month February Phanatic** | PHAN0012162 at PHAN0012212 | 2013 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 156 |  | **Product: Bobble of the Month January Phanatic** | PHAN0012162 at PHAN0012213 | 2013 | Forever Collectibles (FOCO) |
| 157 |  | **Product: Bobble of the Month July Phanatic** | PHAN0012162 at PHAN0012212, PHAN0012216 at PHAN0012223 | 2013 | Forever Collectibles (FOCO) |
| 158 |  | **Product: Bobble of the Month June Phanatic** | PHAN0012162 at PHAN0012212, PHAN0012216 at PHAN0012223 | 2013 | Forever Collectibles (FOCO) |
| 159 |  | **Product: Bobble of the Month March Phanatic** | PHAN0012162 at PHAN0012212 | 2013 | Forever Collectibles (FOCO) |

54

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 160 |  | **Product: Bobble of the Month May Phanatic** | PHAN0012162 at PHAN0012212, PHAN0012216 at PHAN0012223 | 2013 | Forever Collectibles (FOCO) |
|-----|---|---|---|---|---|
| 161 |  | **Product: Bobble of the Month November Phanatic** | PHAN0012162 at PHAN0012213 | 2013 | Forever Collectibles (FOCO) |
| 162 |  | **Product: Bobble of the Month October Phanatic** | PHAN0012162 at PHAN0012213 | 2013 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 163 |  | **Product: Bobble of the Month September Phanatic** | PHAN0012162 at PHAN0012213 | 2013 | Forever Collectibles (FOCO) |
|---|---|---|---|---|---|
| 164 |  | **Product: Bobble of the Month September Phanatic** | PHAN0012240 at PHAN0012257 | 2015 | Forever Collectibles (FOCO) |
| 165 |  | **Product: Bobble One Man Band Phanatic** | PHAN0012162 at PHAN0012172 | 2013 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 166 |  | **Product: Bobble Parade of Champions** | PHAN0012162 at PHAN0012175 | 2013 | Forever Collectibles (FOCO) |
|---|---|---|---|---|---|
| 167 |  | **Product: Bobble Phantastic Journey** | PHAN0012162 at PHAN0012174 | 2013 | Forever Collectibles (FOCO) |
| 168 |  | **Product: Bobble Scoreboard** | PHAN0011552 at PHAN0011562 | | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 169 |  | **Product: Bobble Stadium Lights** | PHAN0011420, PHAN0011421, PHAN0011552 at PHAN0011564 | 2019 | Forever Collectibles (FOCO) |
| 170 |  | **Product: Bobble Stranger Things** | PHAN0001215 | 2019 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 171 |  | **Product: Bobble Super Phanatic** | PHAN0012162 at PHAN0012173 | 2013 | Forever Collectibles (FOCO) |
|---|---|---|---|---|---|
| 172 |  | **Product: Bobble World Series Champs** | PHAN0011552 at PHAN0011560 | 2008 | Forever Collectibles (FOCO) |
| 173 |  | **Product: Book - Best Rain Delay Ever** | PHAN0011417 | 2017 | Tom Burgoyne & Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 174 |  | **Product: Book - Christmas Wish** | PHAN0001471, PHAN0001249 | 2006 | Tom Burgoyne & Len Epstein |
| --- | --- | --- | --- | --- | --- |
| 175 |  | **Product: Book - Friendly Games** | PHAN0011423 | 2012 | Tom Burgoyne & Len Epstein |
| 176 |  | **Product: Book - Galapagos Gang** | PHAN0011424 | 2016 | Tom Burgoyne & Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 177 |  | **Product: Book - Galapagos Islands Adventure** | PHAN0002076, PHAN0002129, PHAN0002133, PHAN0002150, PHAN0002059, PHAN0002093, PHAN0002107, PHAN0002124, PHAN0002125, PHAN0002126 | 2010 | Tom Burgoyne & Len Epstein |
| 178 |  | **Product: Book - Hall of Fame Journey** | PHAN0010288 | 2013 | Tom Burgoyne & Len Epstein |
| 179 |  | **Product: Book - Happiest Memories** | PHAN0001360, PHAN0001378, PHAN0001249 | 2003 | Tom Burgoyne & Len Epstein |

61

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 180 |  | **Product: Book - Happy Birthday Phillie Phanatic** | PHAN0012269 at PHAN0012318 | 2008 | Tom Burgoyne & Len Epstein |
|---|---|---|---|---|---|
| 181 |  | **Product: Book - Hero** | PHAN0011428 | 2019 | Tom Burgoyne & Len Epstein |
| 182 |  | **Product: Book - Mascot All-Star Game** | PHAN0011431 | 2018 | Tom Burgoyne & Len Epstein |

62

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 183 |  | **Product: Book - Moving Day** | PHAN0001381, PHAN0001249 | 2004 | Tom Burgoyne & Len Epstein |
| 184 |  | **Product: Book - One Man Band** | PHAN0012269 at PHAN0012318 | 2014 | Tom Burgoyne & Len Epstein |
| 185 |  | **Product: Book - Parade of Champions** | PHAN0001979, PHAN0001980, PHAN0002014 | 2009 | Tom Burgoyne & Len Epstein |

63

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 186 |  | **Product: Book - Phantastic Journey** | PHAN0001249, PHAN0011432 | 2005 | Tom Burgoyne & Len Epstein |
| 187 |  | **Product: Book - Philadelphia Story** | PHAN0011433 | 2011 | Tom Burgoyne & Len Epstein |
| 188 |  | **Product: Book - Spring Training** | PHAN0011440 | 2015 | Tom Burgoyne & Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 189 |  | **Product: Book - Super Phanatic** | PHAN0012269 at PHAN0012318 | 2007 | Tom Burgoyne & Len Epstein |
|---|---|---|---|---|---|
| 190 |  | **Product: Bop Bag** | PHAN0011475 | 2011 | Fremont Die Consumer Products Inc. |
| 191 |  | **Product: Bop Bag Mini** | PHAN0011475 at PHAN0011476 | 2011 | Fremont Die Consumer Products Inc. |

65

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 192 |  | **Product: Bucket Hat** | PHAN0012462 at PHAN0012478 | 2018 | MelonWerr |
| | | | | | |
| 194 |  | **Product: Build-a-Bear Phanatic Bookmark** | PHAN0012039 at PHAN0012041- PHAN0012043 | 2007 | Build-A-Bear Workshop |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 195 |  | **Product: Build-a-Bear Phanatic PJs** | PHAN0011991 at PHAN0012006 | 2008 | Build-A-Bear Workshop |
|---|---|---|---|---|---|
| 196 |  | **Product: Button 4 Pack** | PHAN0011590 at PHAN0011642 | 2018 | Wincraft |
| 197 |  | **Product: Button 4-Pack** | PHAN0011590 at PHAN0011615 | 2018 | Wincraft |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 198 |  | **Product: Calendar** | PHAN0012513 | 2019 | Lang Co. / Perfect Timing / Turner |
| --- | --- | --- | --- | --- | --- |
| 199 |  | **Product: Can Cooler** | PHAN0011590 | 2019 | Wincraft |

68

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 200 |  | **Product: Can Cooler 2** | PHAN0011590 at PHAN0011611 | 2019 | Wincraft |
| 201 |  | **Product: Can Cooler 3** | PHAN0011590 at PHAN0011637 | 2019 | Wincraft |
| 202 |  | **Product: Cap Styles** | PHAN0011503-PHAN0011538 | | New Era Cap Company |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 203 |  | **Product: Channel Surfin' Phanatic** | PHAN0006884 | 1998 | Phillies |
| 204 |  | **Product: Christmas Sweater** | PHAN0011441 | 2018 | 5th & Ocean |
| 205 |  | **Product: Coasters** | PHAN0001216 | | |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 206 |  | **Product: Cooling Sweatband** | PHAN0012510 | 2019 | Bani Bands |
| 207 |  | **Product: Dangle Hat** | PHAN0009450, PHAN0001251, PHAN0001252 | 2012 | Forever Collectibles (FOCO) |
| 208 |  | **Product: Decal** | PHAN0011590 at PHAN0011610 | 2019 | Wincraft |
| 209 |  | **Product: Die-Cut Magnet** | PHAN0011333, PHAN0011590 at PHAN0011593 | 2011 | Wincraft |

71

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 210 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011617 | 2018 | Wincraft |
| 211 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011624 | 2018 | Wincraft |
| 212 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011626 | 2018 | Wincraft |
| 213 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011628 | 2018 | Wincraft |
| 214 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011634 | 2018 | Wincraft |

72

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 215 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011635 | 2018 | Wincraft |
| 216 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011638 | 2018 | Wincraft |
| 217 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011619 | 2019 | Wincraft |
| 218 |  | **Product: Die-Struck Collector Pin** | PHAN0011590 at PHAN0011643 | 2019 | Wincraft |

73

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 219 |  | **Product: Earrings** | PHAN0011590 at PHAN0011620 | 2019 | Wincraft |
| 220 |  | **Product: Earrings** | PHAN0011590 at PHAN0011621 | 2019 | Wincraft |
| 221 |  | **Product: Earrings** | PHAN0011590 at PHAN0011622 | 2019 | Wincraft |
| 222 |  | **Product: Eekeez Figurine** | PHAN0012515 | | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 223 |  | **Product: Felt Sign** | PHAN0001053, PHAN0001054 | 1989 | Len Epstein |
| 224 |  | **Product: Figurine** | PHAN0001194, PHAN0009984, HE002241 | 2002 | BDA Inc. |
| 225 |  | **Product: Flair Hair Visor** | PHAN0001211, PHAN0010002 | 2016 | Concept One / The Northwest Company |
| 226 |  | **Product: Fleece Headband** | PHAN0012511 | 2019 | Bani Bands |

75

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 227 |  | **Product: Flip Flops** | PHAN0011327, PHAN0011328, PHAN0011329, PHAN0011330, PHAN0011331 | 2015 | Forever Collectibles (FOCO) |
|---|---|---|---|---|---|
| 228 |  | **Product: Freeform Auto Emblem** | PHAN0011590 at PHAN0011636 | 2018 | Wincraft |
| 229 |  | **Product: Garden Flag** | PHAN0011404, PHAN0011405, PHAN0011406, PHAN0011407, PHAN0011590 at PHAN0011594 | 2018 | Wincraft |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 230 |  | **Product: Garden Statue** | PHAN0011425, PHAN0011426 | 2019 | Evergreen Enterprises |
| 231 |  Team Garden Statue, Philadelphia Phillies 844220TTB | **Product: Garden Statue** | PHAN0012517 | 2019 | Evergreen |
| 232 |  FRONT BACK | **Product: Glass Ball Ornament** | PHAN0011552 at PHAN0011554 | | Forever Collectibles (FOCO) |

77

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 234 |  | **Product: Grocery Bag** | PHAN0011552 at PHAN0011559 | | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 236 |  | **Product: Hat** | PHAN0001213, PHAN0010004 | 2017 | BWM Global |
| 237 |  | **Product: Hat with Mittens** | PHAN0011408, PHAN0011409, PHAN0011410, PHAN0011411, PHAN0011412, PHAN0011413, PHAN0011414, PHAN0011415 | | Forever Collectibles (FOCO) |
| 238 |  | **Product: Hawaiian Shirt** | PHAN0012549 | 2019 | Reyn Spooner |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 239 |  | **Product: HD Key Ring** | PHAN0011590 at PHAN0011595 | 2019 | Wincraft |
| 240 |  | **Product: HD Key Ring** | PHAN0011590 at PHAN0011632 | 2019 | Wincraft |
| 241 |  | **Product: HD Key Ring** | PHAN0011590 at PHAN0011633 | 2019 | Wincraft |
| 242 |  | **Product: Headband Big Bang Lite** | PHAN0011382, PHAN0011383, PHAN0011384, PHAN0011385, PHAN0011386, PHAN0011387, PHAN0011497 | 2018 | Junk |
| 243 |  | **Product: Headband Flex Tie** | PHAN0011373, PHAN0011374, PHAN0011375, PHAN0011376, PHAN0011377, | 2019 | Junk |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| | | | PHAN0011378, PHAN0011379, PHAN0011380, PHAN0011381, PHAN0011496 | | |
|---|---|---|---|---|---|
| 244 |  | **Product: iPhone Case** | PHAN0011430 | 2013 | Pangea |
| 245 |  | **Product: Lamp** | PHAN0001217 | 2016 | Forever Collectibles (FOCO) |
| 246 |  | **Product: Lanyard** | PHAN0011590 at PHAN0011591 | 2019 | Wincraft |
| 247 |  | **Product: Lanyard** | PHAN0011590 at PHAN0011612 | 2019 | Wincraft |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 248 |  | **Product: Lanyard** | PHAN0012519 | 2019 | Aminco |
| 249 |  | **Product: Lego Dugout Set** | PHAN0001207, PHAN0009997 | 2014 | Oyo Sportstoys, Inc. |
| 250 |  | **Product: Lego Phanatic** | PHAN0001220 | | Oyo Sportstoys, Inc. |

82

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 251 |  | **Product:**<br>**License Plate** | PHAN0011590 at PHAN0011627 | 2019 | Wincraft |
|---|---|---|---|---|---|
| 252 |  | **Product:**<br>**Locker Bank** | PHAN0001195, PHAN0009985 | 2003 | Alliance Marketing Partners |
| 253 |  | **Product:**<br>**Magnet** | PHAN0011334, PHAN0011335, PHAN0011336, PHAN0011590 at PHAN0011640 | 2018 | Wincraft |
| 254 |  | **Product:**<br>**Magnet** | PHAN0011590 at PHAN0011613 | 2019 | Wincraft |
| 255 |  | **Product:**<br>**Magnet** | PHAN0011590 at PHAN0011623 | 2019 | Wincraft |

83

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 256 |  | **Product: Magnet** | PHAN0012520, PHAN0012545 | 2019 | Open Roads Brand |
| 257 |  | **Product: Mascot Ball** | PHAN0011471 at PHAN0011473-PHAN0011474 | | Franklin Sports, Inc. |
| 258 |  | **Product: Mascot Ball** | PHAN0011484 | 2010 | Jarden Sports Licensing |

84

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 259 |  | **Product: Mascot Ball** | PHAN0011471 | 2017 | Franklin Sports, Inc. |
| 260 |  | **Product: Mascot Ball** | PHAN0011484 at PHAN0011486 | 2018 | Jarden Sports Licensing |
| 261 |  | **Product: Mascot Ball** | PHAN0011484 at PHAN0011487 | 2018 | Jarden Sports Licensing |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 262 |  | **Product: Mascot Ball** | PHAN0011484 at PHAN0011488 | 2019 | Jarden Sports Licensing |
| 263 |  | **Product: Mascot Ball** | PHAN0011484 at PHAN0011489 | 2019 | Jarden Sports Licensing |
| 264 |  | **Product: Mascot Ball** | PHAN0011484 at PHAN0011490 | 2019 | Jarden Sports Licensing |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 265 |  | **Product: Mascot Ball** | PHAN0011484 at PHAN0011495 | 2019 | Jarden Sports Licensing |
| 266 |  | **Product: Mascot Ball 4" Softee & Big Boy Softee** | PHAN0011484 at PHAN0011491-PHAN0011494 | 2019 | Jarden Sports Licensing |
| 267 |  | **Product: Mascot Baseball Tug Toy** | PHAN0011543 | 2019 | Pets First, Inc. |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 268 |  | **Product: Mascot Bat** | PHAN0011471 at PHAN0011472 | 2019 | Franklin Sports, Inc. |
|---|---|---|---|---|---|
| 269 |  | **Product: Mascot Head Cover** | PHAN0011590 at PHAN0011599 | 2019 | Wincraft |
| 270 |  | **Product: Mascot Replica Santa Figurine** | PHAN0011573 at PHAN0011574 | | The Memory Company |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 271 |  | **Product: Mascot Softee Bat & Mini Softee Bat** | PHAN0011484 at PHAN0011493-PHAN0011494 | 2019 | Jarden Sports Licensing |
| 272 |  | **Product: Mascot Towel** | PHAN0012490 at PHAN0012500 | 2019 | Success Promotions |
| 273 |  | **Product: Matching Game** | PHAN0011500 | | MasterPieces, Inc. |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 274 |  | **Product: Milk Poster** | PHAN0001061, PHAN0001062, PHAN0001063 | 1995 | |
| 275 |  | **Product: Minamalist Mascot Canvas** | PHAN0011422 | 2016 | S. Preston Art & Designs |
| 276 |  | **Product: Minamalist Mascot Giclee** | PHAN0011427 | 2016 | S. Preston Art & Designs |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 277 |  | **Product: Minamalist Mascot Poster** | PHAN0011436 | 2016 | S. Preston Art & Designs |
| 278 |  | **Product: Miniature Bluetooth Speaker** | PHAN0011451 at PHAN0011465 | 2019 | Fabrique Innovations |
| 279 |  | **Product: Mittens** | PHAN0012533 | | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 280 |  | **Product: Mobile** | PHAN0011059 | 2005 | Mascotopia |
| 281 |  | **Product: Mug** | PHAN0012521 | 2019 | The Memory Company |
| 282 |  | **Product: Multi-Use Decal** | PHAN0011590 at PHAN0011629 | 2018 | Wincraft |
| 283 |  | **Product: Multi-Use Decal** | PHAN0011590 at PHAN0011600 | 2019 | Wincraft |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 284 |  | **Product: Multi-Use Decal** | PHAN0011590 at PHAN0011609 | 2019 | Wincraft |
| 285 |  | **Product: Multi-Use Decal** | PHAN0011590 at PHAN0011614 | 2019 | Wincraft |
| 286 |  | **Product: Nesting Dolls** | PHAN0001196, PHAN0009986, PHAN0007657 | 2004 | BDA Inc. |
| 287 |  | **Product: Noseball** | PHAN0010752, HE000543 | Early 2000s | Dave Raymond |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 288 |  | **Product: One-Man Band DVD** | PHAN0010000, PHAN0001209 | 2015 | Phillies |
| 289 |  | **Product: Ornament** | PHAN0011552 at PHAN0011565 | | Forever Collectibles (FOCO) |
| 290 |  | **Product: Ornament** | PHAN0011573 | 2010 | The Memory Company |
| 291 |  | **Product: Ornament** | PHAN0001253 | 2012 | Kurt Adler |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 292 |  | **Product: Paintable Phanatic** | PHAN0001199, PHAN0009989 | 2008 | BDA Inc. |
|---|---|---|---|---|---|
| 293 |  | **Product: Painting Print** | PHAN0011498 | 2014 | Legendary Sports Prints (Daniel Duffey) |
| 294 |  | **Product: Painting Print** | PHAN0011480 | 2019 | Gallery 1988 (Beau Berkley) |
| 295 |  | **Product: Patch** | PHAN0011399, PHAN0011400, PHAN0011403, PHAN0011570 at PHAN0011571 | 2010 | The Emblem Source |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 296 |  | | **Product: Patch** | PHAN0011399, PHAN0011401, PHAN0011403, PHAN0011570 | 2011 | The Emblem Source |
|---|---|---|---|---|---|---|
| 297 |  | | **Product: Patch Baby** | PHAN0011399, PHAN0011402, PHAN0011403, PHAN0011570 at PHAN0011572 | 2013 | The Emblem Source |
| 298 |  | | **Product: Patches Set** | PHAN0011396, PHAN0011397, PHAN0011398 | 2019 | The Emblem Source |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 299 |  | **Product: Pencils** | PHAN0011337, PHAN0011338, PHAN0011339, PHAN0011340, PHAN0011590 at PHAN0011592 | 2007 | Wincraft |
| 300 |  | **Product: Pennant** | PHAN0001048, PHAN0001049, PHAN0001050, PHAN0001052 | 1986 | Len Epstein |
| 301 |  | **Product: Pennant** | PHAN0011590 at PHAN0011597 | 2019 | Wincraft |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 302 |  | **Product: Pez Dispenser** | PHAN0009483 | 2010 | PEZ |
| 303 |  | **Product: Phanta Claus Figurine** | PHAN0001222, HE002240 | | |
| 304 |  | **Product: PhotoFile** | PHAN0011544 | | PhotoFile |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 305 |  | **Product: PhotoFile** | PHAN0011544 at PHAN0011545 | | PhotoFile |
| 306 |  | **Product: PhotoFile** | PHAN0011544 at PHAN0011547 | | PhotoFile |
| 307 |  | **Product: PhotoFile** | PHAN0011544 at PHAN0011546 | 2008 | PhotoFile |

99

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 308 |  | **Product: PhotoFile** | PHAN0011544 at PHAN0011548 | 2008 | PhotoFile |
| 309 |  | **Product: Phun Book** | PHAN0000739 | 1988 | Len Epstein |
| 310 |  | **Product: Phun Book 2** | PHAN0000761, PHAN0001434, PHAN0006570, PHAN0006627 | 1993 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 311 |  | **Product: Phun Glasses** | PHAN0001208, PHAN0009999 | 2014 | Forever Collectibles (FOCO) |
| 312 |  | **Product: Piggy Bank** | PHAN0001256 | 2012 | Forever Collectibles (FOCO) |
| 313 |  | **Product: Pillow** | PHAN0009491 | 2010 | BDA Inc. |
| 314 |  | **Product: Pillow** | PHAN0001257, PHAN0001258, PHAN0011451 at PHAN0011460-PHAN0011461 | 2012 | Fabrique Innovations |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 315 |  | **Product: PJ Pants** | PHAN0011317, PHAN0011318, PHAN0011319, PHAN0011320, PHAN0011321, PHAN0011448 | | College Concepts Sport |
| --- | --- | --- | --- | --- | --- |
| 316 |  | **Product: Playing Card** | PHAN0011575 | 2019 | The Topps Company |
| 317 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011576 | 2019 | The Topps Company |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 318 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011577 | 2019 | The Topps Company |
| 319 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011578 | 2019 | The Topps Company |
| 320 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011579 | 2019 | The Topps Company |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 321 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011581 | 2019 | The Topps Company |
| 322 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011582 | 2019 | The Topps Company |
| 323 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011583 | 2019 | The Topps Company |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 324 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011585 | 2019 | The Topps Company |
| 325 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011587 | 2019 | The Topps Company |
| 326 |  | **Product: Playing Card** | PHAN0011575 at PHAN0011588 | 2019 | The Topps Company |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 330 | PLUSH MASCOT  16" | **Product:** **Plush** | PHAN0011552 at PHAN0011558 | | Forever Collectibles (FOCO) |
|---|---|---|---|---|---|

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER



108
CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 337 |  | **Product: Plush** | PHAN0011451 at PHAN0011462-PHAN0011464 | 2011 | Fabrique Innovations |
| --- | --- | --- | --- | --- | --- |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 341 |  | **Product: Plush** | PHAN0011552 at PHAN0011556 | 2019 | Forever Collectibles (FOCO) |
| 342 |  | **Product: Plush 14 Inch Plush** | PHAN0011552 at PHAN0011557 | 2019 | Forever Collectibles (FOCO) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 343 |  | **Product: Plush Baseball Egg Phanatic** | PHAN0011451 | 2012 | Fabrique Innovations |
| 344 |  | **Product: Plush Baseball-Shaped Phanatic Orbiez** | PHAN0011451 at PHAN0011454- PHAN0011455 | 2012 | Fabrique Innovations |
| 345 |  | **Product: Plush Head** | PHAN0011451 at PHAN0011459 | 2012 | Fabrique Innovations |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 346 |  | **Product: Plush Phred** | PHAN0001192, PHAN0009982 | 2000 | BDA Inc. |
|-----|---|---|---|---|---|
| 347 |  | **Product: Plush Puffz** | PHAN0011552 at PHAN0011555 | 2019 | Forever Collectibles (FOCO) |
| 348 |  | **Product: Plush Smusherz** | PHAN0011438, PHAN0011439 | 2019 | Forever Collectibles (FOCO) |
| 349 |  | **Product: Plush Studd** | PHAN0011434, PHAN0011435 | 2016 | Forever Collectibles (FOCO) |

112

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 350 |  | **Product: Plush Tropical** | PHAN0001191, PHAN0009981 | 1999 | BDA Inc. |
| 351 |  | **Product: Pop! Phanatic** | PHAN0001224 | 2015 | Funko |
| 352 |  | **Product: Pop! Phanatic** | PHAN0011477 | 2018 | Funko |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 353 |  | **Product: Popper** | PHAN0009369, PHAN0010803, HE001054 | 2016 | Hog Wild |
| 354 |  | **Product: Poster** | PHAN0012524 | 2018 | Trends |
| 355 |  | **Product: Poster** | PHAN0011480 at PHAN0011481 | 2019 | Gallery 1988 (Jen Taylor) |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 356 |  | **Product: Poster** | PHAN0011480 at PHAN0011482 | 2019 | Gallery 1988 (Tom Whalen) |
| 357 |  | **Product: Quick Toss Softee** | PHAN0012525 | 2019 | Rawlings |
| 358 |  | **Product: Silk Touch Throw** | PHAN0011539 at PHAN0011541 | 2019 | The Northwest Company |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 359 |  | **Product: Slide Sandals** | PHAN0011437, PHAN0011483 | 2019 | ISlide |
| 360 |  | **Product: Snap Bracelet** | PHAN0012526 | | Forever Collectibles (FOCO) |
| 361 |  | **Product: Socks** | PHAN0010001 | 2015 | BDA Inc. |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 362 |  | **Product: Socks 2** | PHAN0001255 | 2017 | Stance Socks |
| 363 |  | **Product: Solar Bobble** | PHAN0012386 at PHAN0012406 | 2017 | Index Promotions |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 364 |  | **Product: Star Lamp** | PHAN0011451 at PHAN0011456-PHAN0011458 | 2012 | Fabrique Innovations |
| 365 |  | **Product: Stationary Set** | PHAN0012327 | 2016 | National Design |
| 366 |  | **Product: Super Hero Phanatic Build-a-Bear** | HE000150, HE000620, HE000621, HE000622, HE000623, HE000760 | 2005 | Build-a-Bear Workshop |
| 367 |  | **Product: Super Hero Phanatic Plush** | HE000025, PHAN0001197, PHAN0009987 | 2005 | Idea Factory |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 368 |  | **Product: Team Puzzle** | PHAN0011369, PHAN0011370, PHAN0011371, PHAN0011372, PHAN0011590 at PHAN0011641 | 2018 | Wincraft |
| 369 |  | **Product: Temporary Tattoos** | PHAN0011341, PHAN0011342, PHAN0011343, PHAN0011590 at PHAN0011639 | 2018 | Wincraft |
| 370 |  | **Product: The Phillie Phanatic Goes Hollywood DVD** | PHAN0011760, PHAN0011904 | 2006 | Phillies |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 371 |  | **Product: Time Travelin' DVD** | PHAN0009995, PHAN0001205 | 2012 | Phillies |
| 372 |  | **Product: Travel Cup** | PHAN0001055, PHAN0001056, PHAN0001057, PHAN0001058, PHAN0001059, PHAN0001060 | 1991 | |
| 373 |  | **Product: T-Shirt** | PHAN0001105, PHAN0001106, PHAN0001107, PHAN0001108 | 1986 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 374 |  | **Product: T-Shirt** | PHAN0001119, PHAN0001120, PHAN0001121, PHAN0001122, HE000114, HE000533, HE000534 | 1992 | Harrison / Erickson |
| --- | --- | --- | --- | --- | --- |
| 375 |  | **Product: T-Shirt** | PHAN0009468, PHAN0009476, PHAN0009991, PHAN0001201 HE000026, HE000500 | 2011 | Harrison / Erickson |
| 376 |  | **Product: T-Shirt** | PHAN0001204, PHAN0009994 | 2013 | BWM Global |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 377 |  | **Product: T-Shirt 1980 World Champs** | PHAN0011441 at PHAN0011443 | | 5th & Ocean |
| --- | --- | --- | --- | --- | --- |
| 378 |  | **Product: T-Shirt Baby Fan** | PHAN0011449 | | Dynasty |
| 379 |  | **Product: T-Shirt Bench** | PHAN0001115, PHAN0001116, PHAN0001117, PHAN0001118 | 1988 | Len Epstein |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 380 |  | **Product: T-Shirt Camera Ready** | PHAN0001103, PHAN0001104 | 1994 | Harrison / Erickson |
| 381 |  | **Product: T-Shirt Classic Pose 2008** | PHAN0001225, PHAN0011549 | | Soft as a Grape |
| 382 |  | **Product: T-Shirt Diagonal** | PHAN0011441 at PHAN0011444 | 2019 | 5th & Ocean |

123

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 383 |  | **Product: T-Shirt Get Behind 'Em** | HE000525 | 1993 | Harrison / Erickson |
| 384 |  | **Product: T-Shirt Girls** | PHAN0012527 | | Outerstuff |
| 385 |  | **Product: T-Shirt Infant** | PHAN0012528 | | Outerstuff |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 386 |  | **Product: T-Shirt Ladies** | PHAN0012507 | | Antigua |
| 387 |  | **Product: T-Shirt Soda** | PHAN0001113, PHAN0001114 | | Len Epstein |
| 388 |  | **Product: T-Shirt Toddler** | PHAN0012529 | | Outerstuff |
| 389 |  | **Product: T-Shirt Toddler** | PHAN0012530 | | Outerstuff |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 390 |  | **Product: T-Shirt Youth** | PHAN0012535 | | New Era |
| 391 |  | **Product: T-Shirt Youth** | PHAN0012534 | | New Era |
| 392 |  | **Product: Tumbler** | PHAN0012531 | | The Memory Company |
| 393 |  | **Product: Vet Coloring Book** | PHAN0001414 | 2003 | Teri Dimon & Tony Andrade |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 394 |  | **Product: Whammy Hand** | PHAN0011733 | 2005 | BWM Global |
| 395 |  | **Product: Women's Tank** | PHAN0011445 | 2019 | Antigua |
| 396 |  | **Product: Wool Pennant** | PHAN0012523 | | Winning Streak |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER

| 397 |  | **Product: Woven Jacquard** | PHAN0011539 | 2019 | The Northwest Company |
| 398 |  | **Product: Yard Inflatable** | PHAN0011429, PHAN0011589 | 2019 | Boelter / Topperscot |
| 399 |  | **Product: Zippo** | PHAN0012536 | | Zippo |

CONTAINS CONFIDENTIAL DISCOVERY MATERIAL
PURSUANT TO PROTECTIVE ORDER