# EXHIBIT C

**Registration #:**    *-APPLICATION-*
**Service Request #:**  1-8933318691

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**    Routine          **Application Date:**    June 15, 2020

**Note to C.O.:** Deposit copy is color image on t-shirt.  Copyright Notice on color image not readable, so also providing an image in black and white that features a more clearly labelled copyright notice.

## Correspondent

**Organization Name:**    Mitchell Silberberg & Knupp LLP
**Name:**    Eric Schwartz
**Email:**    ejs@msk.com
**Address:**    1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009417

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Phanatic catching baseball in snout and holding bat

## Completion/Publication

**Year of Completion:** 1980
**Date of 1st Publication:** March 27, 1980
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Bonnie Erickson
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim

**Previous registration and year:** VA 023-748, 1979

## Rights and Permissions

**Organization Name:** Mitchell Silberberg & Knupp LLP
**Address:** 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification

**Name:** Eric J. Schwartz

Page 1 of 2

HE009418

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009419



This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

©1983 Harrison/Erickson

HE009456



HE009457

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8933384120

## Mail Certificate _____

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**   Routine               **Application Date:**   June 15, 2020

**Note to C.O.:** Deposit copy is color image of hand puppet.  Also appears on the deposit copy for the Phanatic plush doll.
Three-dimensional object that is worn over the hand.

## Correspondent _____

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Name:**   Eric Schwartz
**Email:**   ejs@msk.com
**Address:**   1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009420

Registration Number
# *-APPLICATION-*

## Title _____

**Title of Work:** Phanatic hand puppet

## Completion/Publication _____

**Year of Completion:** 1982
**Date of 1st Publication:** March 23, 1982
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Bonnie Erickson
  **Author Created:** 3D Artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim _____

**Previous registration and year:** VA 023-748, 1979

## Rights and Permissions _____

**Organization Name:** Mitchell Silberberg & Knupp LLP
**Address:** 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification _____

**Name:** Eric J. Schwartz

Page 1 of 2

HE009421

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009422



HE009468

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8933383900

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**   Routine                **Application Date:**   June 15, 2020
**Note to C.O.:** Deposit copy is color image.

## Correspondent

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Name:**   Eric Schwartz
**Email:**   ejs@msk.com
**Address:**   1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009423

Registration Number

# *-APPLICATION-*

## Title _____

Title of Work: Phanatic hand puppet logo

## Completion/Publication _____

Year of Completion: 1981
Date of 1st Publication: March 23, 1982
Nation of 1st Publication: United States

## Author _____

- Author: Bonnie Erickson
Author Created: 2-D artwork
Work made for hire: No
Citizen of: United States

## Copyright Claimant _____

Copyright Claimant: Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of  copyright claim _____

Previous registration and year: VA 023-748, 1979

## Rights and Permissions _____

Organization Name: Mitchell Silberberg & Knupp LLP
Address: 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification _____

Name: Eric J. Schwartz

Page 1 of 2

HE009424

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009425



HE009462

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8933383936

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**   Routine      **Application Date:**   June 15, 2020

**Note to C.O.:** Deposit copy is color image on a pin.

## Correspondent

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Name:**   Eric Schwartz
**Email:**   ejs@msk.com
**Address:**   1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009426

Registration Number
# *-APPLICATION-*

## Title _____

**Title of Work:** Phanatic head in circle with pennant

## Completion/Publication _____

**Year of Completion:** 1980
**Date of 1st Publication:** February 20, 1980
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Bonnie Erickson
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim _____

**Previous registration and year:** VA 023-748, 1979

## Rights and Permissions _____

**Organization Name:** Mitchell Silberberg & Knupp LLP
**Address:** 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification _____

**Name:** Eric J. Schwartz

Page 1 of 2

HE009427

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009428



HE009463

**Registration #:**  \*-APPLICATION-\*
**Service Request #:**  1-8933384338

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**   Routine            **Application Date:**   June 15, 2020
**Note to C.O.:** Deposit copy is black and white image.

## Correspondent

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Name:**   Eric Schwartz
**Email:**   ejs@msk.com
**Address:**   1818 N Street, NW, 7th Floor
            Washington, DC 20036 United States

HE009429

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Phanatic holding "P"

## Completion/Publication

**Year of Completion:** 1980

## Author

- **Author:** Bonnie Erickson
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim

**Previous registration and year:** VA 023-748, 1979

## Rights and Permissions

**Organization Name:** Mitchell Silberberg & Knupp LLP
**Address:** 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification

**Name:** Eric J. Schwartz
**Date:** June 15, 2020
**Applicant's Tracking Number:** 49051-00002

Page 1 of 2

HE009430

HE009431



39a

HE009473

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8933383731

## Mail Certificate _____

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   June 15, 2020
**Note to C.O.:** Deposit copy is color image taken from calendar.

## Correspondent _____

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Name:**   Eric Schwartz
**Email:**   ejs@msk.com
**Address:**   1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009432

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:**   Phanatic holding trophy

## Completion/Publication

**Year of Completion:**   1980
**Date of 1st Publication:**   February 14, 1981
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Bonnie Erickson
  **Author Created:**   2-D artwork
  **Work made for hire:**   No
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of  copyright claim

**Previous registration and year:**   VA 023-748, 1979

## Rights and Permissions

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Address:**   1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification

**Name:**   Eric J. Schwartz

Page 1 of 2

HE009433

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009434



HE009458

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-8933383768

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**  Routine          **Application Date:**  June 15, 2020
**Note to C.O.:** Deposit copy is color illustration.

## Correspondent

**Organization Name:**  Mitchell Silberberg & Knupp LLP
**Name:**  Eric Schwartz
**Email:**  ejs@msk.com
**Address:**  1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009435

Registration Number
# *-APPLICATION-*

## Title

        **Title of Work:**  Phanatic on motorcycle

## Completion/Publication

        **Year of Completion:**  1980
     **Date of 1st Publication:**  February 21, 1981
   **Nation of 1st Publication:**  United States

## Author

     •     **Author:**  Bonnie Erickson
     **Author Created:**  2-D artwork
  **Work made for hire:**  No
        **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Bonnie Erickson
                       62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim

  **Previous registration and year:**  VA 023-748, 1979

## Rights and Permissions

    **Organization Name:**  Mitchell Silberberg & Knupp LLP
             **Address:**  1818 N Street, NW, 7th Floor
                       Washington, DC 20036 United States

## Certification

        **Name:**  Eric J. Schwartz

HE009436

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009437



HE009459

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-8933384074

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:** Routine          **Application Date:** June 15, 2020
**Note to C.O.:** Deposit copy is color image of 15" doll.

## Correspondent

**Organization Name:** Mitchell Silberberg & Knupp LLP
**Name:** Eric Schwartz
**Email:** ejs@msk.com
**Address:** 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009438

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** Phanatic plush doll

## Completion/Publication _____

**Year of Completion:** 1982
**Date of 1st Publication:** March 23, 1982
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Bonnie Erickson
  **Author Created:** 3D Artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim _____

**Previous registration and year:** VA 023-748, 1979

## Rights and Permissions _____

**Organization Name:** Mitchell Silberberg & Knupp LLP
**Address:** 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification _____

**Name:** Eric J. Schwartz

Page 1 of 2

HE009439

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009440



HE009467

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8933383972

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**   Routine              **Application Date:**   June 15, 2020
**Note to C.O.:** Deposit copy is black and white image.

## Correspondent

|  |  |
|---|---|
| **Organization Name:** | Mitchell Silberberg & Knupp LLP |
| **Name:** | Eric Schwartz |
| **Email:** | ejs@msk.com |
| **Address:** | 1818 N Street, NW, 7th Floor |
| | Washington, DC 20036 United States |

HE009441

Registration Number
## *-APPLICATION-*

## Title _____

          **Title of Work:**  Phanatic running and holding pennant

## Completion/Publication _____

          **Year of Completion:**  1980
      **Date of 1st Publication:**  January 25, 1980
      **Nation of 1ˢᵗ Publication:**  United States

## Author _____

-       **Author:**  Bonnie Erickson
     **Author Created:**  2-D artwork
  **Work made for hire:**  No
        **Citizen of:**  United States

## Copyright Claimant _____

      **Copyright Claimant:**  Bonnie Erickson
      62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim _____

   **Previous registration and year:**  VA 023-748, 1979

## Rights and Permissions _____

     **Organization Name:**  Mitchell Silberberg & Knupp LLP
           **Address:**  1818 N Street, NW, 7th Floor
           Washington, DC 20036 United States

## Certification _____

        **Name:**  Eric J. Schwartz

Page 1 of 2

HE009442

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009443

#10b



#10c

This art 1
reproduce
tion must
from Harr

© 1980 Harrison/Erickson

HE009464

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8933383834

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   June 15, 2020

**Note to C.O.:** Deposit copy is black and white image.  There is another image among several with a copyright notice that we can provide to show the copyright notice.  The deposit copy comes from an internal style guide.

## Correspondent

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Name:**   Eric Schwartz
**Email:**   ejs@msk.com
**Address:**   1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009444

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**  Phanatic swinging baseball bat

## Completion/Publication _____

**Year of Completion:**  1980
**Date of 1st Publication:**  March 25, 1980
**Nation of 1ˢᵗ Publication:**  United States

## Author _____

- **Author:**  Bonnie Erickson
**Author Created:**  2-D artwork
**Work made for hire:**  No
**Citizen of:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of  copyright claim _____

**Previous registration and year:**  VA 023-748, 1979

## Rights and Permissions _____

**Organization Name:**  Mitchell Silberberg & Knupp LLP
**Address:**  1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification _____

**Name:**  Eric J. Schwartz

Page 1 of 2

HE009445

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009446



#1

HE009461

THIS ART FOR INDICATION ONLY. DO NOT REPRODUCE.

Photostats for reproduction must be requested by
style number from Harrison/Erickson.



Phillie Phanatic © 1980 HARRISON/ERICKSON

ALL RIGHTS RESERVED

HE009460

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-8933384166

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**  Routine          **Application Date:**  June 15, 2020

**Note to C.O.:** Deposit copy is color image drawing + color image on license plate.  Also including black and white image to show the 1982 copyright notice.

## Correspondent

| | |
|---|---|
| **Organization Name:** | Mitchell Silberberg & Knupp LLP |
| **Name:** | Eric Schwartz |
| **Email:** | ejs@msk.com |
| **Address:** | 1818 N Street, NW, 7th Floor |
| | Washington, DC 20036 United States |

HE009447

Registration Number
## *-APPLICATION-*

## Title

**Title of Work:** Phanatic throwing from pitchers mound

## Completion/Publication

**Year of Completion:** 1982
**Date of 1st Publication:** April 05, 1983
**Nation of 1st Publication:** United States

## Author

- **Author:** Bonnie Erickson
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim

**Previous registration and year:** VA 023-748, 1979

## Rights and Permissions

**Organization Name:** Mitchell Silberberg & Knupp LLP
**Address:** 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification

**Name:** Eric J. Schwartz

Page 1 of 2

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009449





#50

HE009471



#50

©1982 Harrison/Erickson

See final art in files

HE009469

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-8933384008

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:** Routine     **Application Date:** June 15, 2020

**Note to C.O.:** Deposit copy is color drawing with pantone chart.  Copyright notice is partially obscured on this deposit.
There is a drawing with notes that shows the copyright notice as 1980.

## Correspondent

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Name:**   Eric Schwartz
**Email:**   ejs@msk.com
**Address:**   1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

HE009450

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**   Phanatic waving and holding pennant

## Completion/Publication _____

**Year of Completion:**   1980
**Date of 1st Publication:**   June 20, 1980
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Bonnie Erickson
  **Author Created:**   2-D artwork
  **Work made for hire:**   No
  **Citizen of:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim _____

**Previous registration and year:**   VA 023-748, 1979

## Rights and Permissions _____

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Address:**   1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification _____

**Name:**   Eric J. Schwartz

Page 1 of 2

HE009451

**Date**:   June 15, 2020
**Applicant's Tracking Number**:   49051-00002

HE009452



HE009466



HE009465

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8933384262

## Mail Certificate

Mitchell Silberberg & Knupp LLP
Pamela Burchette
1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

**Priority:**   Routine                    **Application Date:**   June 15, 2020
**Note to C.O.:** Deposit copy is black and white image.

## Correspondent

**Organization Name:**   Mitchell Silberberg & Knupp LLP
**Name:**   Eric Schwartz
**Email:**   ejs@msk.com
**Address:**   1818 N Street, NW, 7th Floor
                    Washington, DC 20036 United States

HE009453

Registration Number
# *-APPLICATION-*

## Title _____

**Title of Work:** Phanatic with finger pointed up

## Completion/Publication _____

**Year of Completion:** 1981

## Author _____

- **Author:** Bonnie Erickson
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Bonnie Erickson
62 Pierrepont St., Brooklyn, NY, 11201, United States

## Limitation of copyright claim _____

**Previous registration and year:** VA 023-748, 1979

## Rights and Permissions _____

**Organization Name:** Mitchell Silberberg & Knupp LLP
**Address:** 1818 N Street, NW, 7th Floor
Washington, DC 20036 United States

## Certification _____

**Name:** Eric J. Schwartz
**Date:** June 15, 2020
**Applicant's Tracking Number:** 49051-00002

Page 1 of 2

HE009455



#17

© 1981 HARRISON/ERICKSON

HE009472