USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**THE PHILLIES,**

                **Plaintiff,**         19-CV-07239 (VM)(SN)

      -against-         **ORDER**

**HARRISON/ERICKSON, INC., et al.,**

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants' motion for leave to file an amended answer and counterclaims complaint is GRANTED. Defendants may file their Proposed Amended Answer and Counterclaims Complaint, see ECF No. 105, Ex. A, by Thursday, November 19, 2020.

      Plaintiff shall file its joint motion for summary judgment and motion to dismiss and motion to strike Defendants' amended answer and counterclaims complaint on December 10, 2020, which is not to exceed 40 pages in length. Defendants shall file their joint opposition to Plaintiff's motions and any cross-motion for summary judgment no later than January 20, 2021, which is not to exceed 50 pages in length. Plaintiff shall file a joint reply in further support of its motions and in opposition to Defendants' cross-motion, if any, no later than March 1, 2021, which is not to exceed 40 pages in length. Defendants shall file their reply in further support of their cross-motion, if any, no later than March 22, 2021, which is not to exceed 15 pages in length. Unless otherwise ordered, parties should follow Judge Marrero's individual rules of practice.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 105.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  November 2, 2020
        New York, New York