# EXHIBIT 7



copyright photo #97   page 29 of 39

PLAINTIFF'S EXHIBIT P 6  2/7/20 MA

HE000012



copyright photo #97   Page 29 of 39

HE000013

copyright photo #97 page 29 of 39

HE000014





Copyright photo #97 pg. 29 of 59