# EXHIBIT 28

# ORIGINAL
# PHILLIE PHANATIC
## STYLE GUIDE

D116
Defendant
Scott Brandreth, David Raymond, Tom Burgoyne - 179894
05/07/2020(msk)

Original Style for the



First Print Piece of Phanatic Art

HE000344

OFFICIAL LICENSED PRODUCT IDENTIFICATION ART

This Identification Art must be used on a
packaging, headers, hangtags, catalogs a
spec sheets.
All sewn-in labels must use this art:



Date of copyright must
be yea    publication



Official
Licensed
Product

© 1982 HARRISON/ERICKSON

Style #1:  Full color on white

| | | |
|---|---|---|
| Outline pupils | | Blk |
| Body & Mid Snout | | PMS 361 |
| Eyelashes | | PMS 247 |
| Phillie "P" Blower, Shirt Stripes Lettering | | PMS 185 |
| Eyebrows (Tail) | | PMS 301 |
| Snout Rings | | 375 |



tyle #2:  Full color on colored background

LL USES MUST BE SUBMITTED TO HARRISON/ERICKSON FOR WRITTEN APPROVA

HE000345



This art for indication only.
reproduce.  Photostats for re
duction must be requested by
# from Harrison/Erickson.

© 1983 Harr...

HE000346



PARK VAN. 1983 Art & S6

This art for indication only.  Do not reproduce.  Photostats for repro- duction must be requested by style # from Harrison/Erickson.

© 1983 Harrison/Erickson



#1

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000348



#2

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000349



#3

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000350



©1980 Harrison/Erickson

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000351



#4a

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000352



This art for indication only.  Do not
reproduce.  Photostats for repro-
duction must be requested by style
# from Harrison/Erickson.

© 1983 Harrison/Erickson

HE000353



#5a

HE000354



#5a

#5

©1980 Harrison/Erickson

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

#6

©1979 Harrison/Erickso

HE000355



#7

© 1980 Harrison/Erickson



#7a

© 1980 Harrison/Erickson

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000356



#8

©1980 Harrison/Erickson

This art is for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

#9

HE000357



#7

©1980 Harrison/Erickson



#7a

©1980 Harrison/Erickson

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.



©1980 Harrison/Erickson

This art is for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000359



This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

#10a

© 1981 Harrison/Erickson

#10

HE000360



#10b

© 1980 Harrison/Erickson

#10c

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

© 1980 Harrison/Erickson

HE000361

#10b

© 1980 Harrison/Erickson



#10c

© 1980 Harrison/Erickson

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000362



This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000363



#12

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000364



#13

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000365



#14

© 1981 HARRISON-ERICKSON

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000366



This art for indication only.  Do not
reproduce.  Photostats for repro-
duction must be requested by style
# from Harrison/Erickson.



#17

© 1981 HARRISON/ERICKSON

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000368



#18

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000369



19

6/81     29mm Cloisonne Jewelry: Pendants,     Lema Novelty Co.
         key chains, key rings, bolo ties,
         pins, bangle bracelet

HE000370



#20

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000371

"MASCOT OF CHAMPIONS"

#21

#21a

© 1981 HARRISON/ERICKSON

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

#21b

© 1981 Harrison/Erickson

HE000372



#22

#22a

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000373



#23

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000374



#24

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.



© 1980 HARRISON/ERICKSON

#25

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000376



#26

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000377



#27

© 1980 Harrison/Erickson

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

© 1980 Harrison/Erickson



© 1981 HARRISON/ERICKSON

#28

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000379



#29

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000380



#30

© 1981 HARRISON/ERICKSON

#31

©1981 Harrison/Erickson

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000381



HE000382



#32a

©1982 Harrison/Erickson

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000383



#32

©1982 Harrison/Erickson

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.



#33

©1982 Harrison/Erickson

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000385



#34

©1982 Harrison/Erickson

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000386



#35

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000387

#36

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000388



#37

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000389



#38

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000390



A Party is Cookin'...

Ingredients

Date _____
Time _____
Place _____
_____
For _____

#39

39a



39b

©1980 Harrison/Erickson

This art for indication only.  Do not
reproduce.  Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000391



39a

HE000392



This art for indication only.  Do not reproduce.  Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000393



©1982 HARRISON/ERICKSON

ALL RIGHTS RESERVED

This art for indication only.  Do not reproduce.  Photostats for reproduction must be requested by style # from Harrison/Erickson.

#41

HE000394



Published by
Harrison/Erickson,Incorporated
New York, New York

© 1982 Harrison/Erickson

#42

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.



#43

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000396



#44

©1982 Harrison/Erickson

#45

©1982 Harrison/Erickson





#47

©1982 Harrison/Erickson



#46

©1982 Harrison/Erickson

This art for indication only.  Do not reproduce.  Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000397

 

#48

©1982 Harrison/Erickson

This art for indication only. Do not
reproduce. Photostats for reproduc-
tion must be requested by style #
from Harrison/Erickson.

HE000398



HE000399



©1982 Harrison/Erickson

#50

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

See final art used in files

HE000400



#51 (slight variation)

©1982 Harrison/Erickson

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000401



This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

Want a Good Time?

PSSST... ooo

HE000402



# HUG A PHANATIC

© 1982 Harrison/Erickson

#52

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000403

# KISS MY PHANATIC



#53

©1982 Harrison/Erickson



See final art in files

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

HE000404

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

1983 Harrison/Erickson

#54

HE000405





HE000408



HE000407

Phan Van 1983 Art #56

# phillie phanatic. PHAN VAN

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

© 1983 Harrison/Erickson



HE000408

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style # from Harrison/Erickson.

© 1983 Harrison/Erickson

HE000409



© 1983 HARRISON ERICKSON

This art for indication only. Do not reproduce. Photostats for reproduction must be requested by style number from Harrison/Erickson, Inc.

HE000410



I ♥ THE PHANATIC
© 1984 HARRISON/ERICKSON ®

#69

95 FIFTH AVENUE
N.Y., N.Y., 10003
This artwork must be returned
within thirty days.

HE000411



HE000412