# EXHIBIT 69













