```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/25/2021___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**THE PHILLIES,**

                            **Plaintiff,**

          **-against-**

**HARRISON/ERICKSON, INC., et al.,**

                          **Defendants.**

---------------------------------------------------------------X

**19-CV-07239 (VM)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the District Judge's referral of the parties' motions for summary judgment, the

parties are ORDERED to meet and confer to discuss whether they consent to the Magistrate

Judge's jurisdiction for purposes of deciding the motions for summary judgment. If so, the

parties shall submit an executed Consent to Proceed Before US Magistrate Judge Over a Specific

Motion to Judge Marrero by February 5, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 25, 2021
              New York, New York