NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY



*FIRM and AFFILIATE OFFICES*

**DAVID J. WOLFSOHN**
DIRECT DIAL: +1 215 979 1866
PERSONAL FAX: +1 215 689 2739
*E-MAIL:* DJWolfsohn@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

February 5, 2021

**VIA CM/ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
U.S. District Court for the
 Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

    Re:    **_The Phillies v. Harrison/Erickson, Inc., et al._, C.A. No. 19-7239-VM-SN**

Dear Judge Netburn:

    Pursuant to the Court's January 25 order (Doc. 143), the parties met and conferred but were unable to agree with regard to consenting to jurisdiction for the pending motions for summary judgment.

    Respectfully,

    /s/ David J. Wolfsohn

    David J. Wolfsohn

DJW/kah
cc:    Paul D. Montclare, Esq.
       Leo M. Lichtman, Esq.
       Elaine Nguyen, Esq.
       J. Matthew Williams, Esq.
       Kendra C. Oxholm, Esq.
       Tyler R. Marandola, Esq.