| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | **DAVID J. WOLFSOHN** | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1866 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2739 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* DJWolfsohn@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

February 24, 2021

<u>**VIA CM/ECF**</u>

The Honorable Sarah Netburn
United States Magistrate Judge
U.S. District Court for the
 Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

      Re:    <u>***The Phillies v. Harrison/Erickson, Inc., et al.*, C.A. No. 19-7239-VM-SN**</u>

Dear Judge Netburn:

      I am requesting a one-week extension until March 8, 2021 for The Phillies to file its combined reply brief in support of its motions for partial summary judgment and to dismiss, and opposition to defendants' motion for summary judgment, which, pursuant to the conference with the Court on October 22, 2020 (pp. 53-54), is currently due on Monday, March 1. A number of my team's matters have heated up all at once, and we are all, frankly, feeling a bit overwhelmed. In addition, I'm due to get my second Pfizer vaccine shot later this week and I'm concerned it could put me out of commission for a few days.

      Mr. Montclare has graciously agreed to our request, and he noted that his team would appreciate an extra week to file defendants' reply brief in support of their motion for summary judgment, which we of course consent to.  Mr. Montclare's current deadline is March 22;  so giving his team four weeks instead of three after our deadline of March 8 would make defendants' deadline April 5, 2021.

DUANE MORRIS LLP

30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196          PHONE: +1 215 979 1000    FAX: +1 215 979 1020

DuaneMorris

The Honorable Sarah Netburn
February 24, 2021
Page 2

       Thank you for Your Honor's consideration of my request.

                                            Respectfully,

                                            /s/ David J. Wolfsohn

                                            David J. Wolfsohn

DJW/kah
cc:     Paul D. Montclare, Esq.
        Leo M. Lichtman, Esq.
        Elaine Nguyen, Esq.
        J. Matthew Williams, Esq.
        Kendra C. Oxholm, Esq.
        Tyler R. Marandola, Esq.