# EXHIBIT 99



# THE PHILLIE PHANATIC

# COSTUME MANUAL

## 2003 UPDATE

©2003 Harrison/Erickson, Inc.
Brooklyn, NY  11201
718-858-0669

Confidential                                                                                                      HE007911

# COSTUME CARE

TO MAINTAIN THE ILLUSION, MASCOTS SHOULD BE SEEN ONLY IN FULL COSTUME.

WE RECOMMEND THAT EACH PERFORMER BE RESPONSIBLE FOR THE CONDITION AND CARE OF HIS COSTUME

One of the first tasks of any performer is to **become thoroughly familiar with the costume**. This not only means how to move, see and communicate in it; but also to know each of its parts intimately. The performer should know how they are made, what they are made of, who made them, how to take care of them and how to make sure minor and major repairs are done on them.

The following items will be needed to keep the costume properly maintained:

1) COSTUME NOTEBOOK – A costume notebook is kept to inventory all parts and pieces of the costume, to record any problems and/or damage on the costume, to document and keep track of all cleaning and repairs that are done on the costume, to list any extra costume pieces and props, and to keep a list of contacts for supplies, repairs, and anything else that pertains to the costume.

    **Inventory Sheet** should include:
        Who designed the costume and when.
        Who built the costume and when.
        A complete list of all costume parts and pieces.

Confidential
HE007912

      A list of any extra costumes, props or pieces.
      A packing list of costume pieces, items and supplies needed when traveling.

**Problem/Damage Records** should include:
    A description of the problem/damage.
    How and when the problem/damage was discovered or ocurred.

**Cleaning and Repair Records** should include:
    A regular maintenance schedule for cleaning the costume.
    Who has maintained the costume and when.
    Who has done repairs and when.

**Contacts and Supplies Records** should include:
    Names, addresses, and phone numbers of everyone associated with the character from management to performer to designer to seamstress to cleaner to assistants, etc., etc., etc.
    Names and numbers of supply houses for fabric, props, cleaning supplies, specialty items, etc.
    Supplies that you regularly use, where to get them and how much they cost.

**2) STORAGE ROOM** - An area should be designated as the storage room for the costume. This room can also serve as the dressing room and workroom if necessary. For storage it should be a secure, cool, dry space for hanging the costume in between appearances. It should be large enough that the costume body, head, and clothing can hang separately and the air can circulate. The room should have an adequate light

Confidential
HE007913

source and power source.  The storage room should include the following:

    Full length mirror
    Table and chairs
    Ceiling mounted hooks (large)
    Broom handle to hang costume body
    Heavy duty plastic or wooden hangers
    Shoe horn
    Travel steamer
    Dehumidifier and hair dryer
    Fans (both personal fan and large fan are needed).
    Extension cords

**3) SEWING SUPPLIES** – The following supplies (and something to keep them in so they can always be nearby) are needed for any repair that requires minor mending or sewing:

    Scissors
    Safety pins
    Heavy thread
    Heavy Millinery or Upholstery needles
    <u>Woven</u> fishing or crab line
        (DO NOT USE MONOFILAMENT).

**4) REPAIR SUPPLIES** – These additional supplies (and something to keep them in) will help you with many of the temporary repairs that may need to done quickly during a performance:

    Gaffers tape
    Velcro strips and Velcro glue
    Elastic
    Clips and snaps

Confidential

    Barge cement (a shoemaker's glue)
        This contact glue should be applied to both surfaces, allowed to dry about 5-10 minutes before pressing both surfaces together. The surfaces should be clean and scuffed up to hold the glue. Works well for the soles of shoes.
    Hot Glue gun and glue sticks
        Use this glue very sparingly. Never use it to take the place of hand sewing (feathers, lids, lashes, etc.).
    Pet brushes
    Needle nosed pliers

> **Special Notes:**
> - LEAVE MAJOR REPAIRS TO THE EXPERTS.
> - DON'T LEAVE HOME WITHOUT YOUR SEWING/REPAIR KIT

**5) CLEANING SUPPLIES** –Cleaning agents should be tested on a small test piece of fabric or material that is to be cleaned to make sure that no damage will be done to the costume:

    K2r Spot Lifter
    Woolite cleaner
    Mild detergent or baby shampoo
    Wire wig brush
    Deodorizers
    Armor-All can be used on latex shoes.
    Clean rags and towels
    Soft paint brushes—assorted sizes

6) **TRAVEL BOXES AND BAGS** – For simple traveling, a very large nylon or canvas type duffel bag can work. For longer travel, especially on airplanes, etc. we recommend travel boxes.

> **Special Notes:**
>
> - **COSTUMES MUST BE HUNG UP, AIRED OUT, AND DRIED AFTER EACH PERFORMANCE OR AFTER BEING PACKED FOR TRAVELING.**
> - Warm, damp costumes confined for a few hours are bad enough; you don't even want to know what a few days can do.
> - **DO NOT USE METAL HANGERS, USE WOOD OR HEAVY PLASTIC.** Metal hangers can easily rust.
> - This rust can stain and or destroy the fabric it touches.

Confidential
HE007916

# MAINTAINING THE COSTUME

**1) AFTER EACH PERFORMANCE/APPEARANCE**, you should develop a routine for the day-to-day maintenance of your costume. Your costume should be:

→ **Hung Up To Dry**- The costume is damp and a COOL fan is helpful to direct air and speed up the drying time. The large fan should be place a few feet away from the costume so air will be circulated around the room while the small personal fan can be placed inside the costume to circulate the air inside it. DO NOT USE HEAT.

→ **Brushed If Necessary**- Most fur can be lightly combed with a wig pick to help keep it from matting.

→ **Sprayed With Anti-Bacterial Deodorizer**- This will help prevent CO (Costume Odor).

→ **Checked For Stains, Repairs, Etc.:**
- Spot cleaning can be done with K2r Spot Lifter. Apply as directed.
- Larger spot cleaning can be done with a warm damp towel or cloth.
- Feathers can be steamed and fluffed with a travel steamer or hairdryer. Use hot setting. DO NOT GET FEATHERS WET—the colors can easily bleed.
- Minor repairs should be attended to immediately by a trained performer or experienced seamstress.
- We suggest that a seamstress or tailor be contacted to handle minor repairs and to help keep the costume in good condition.

Confidential
HE007917

- Molded latex shoes should be treated regularly with Armor-All cleaner (every fifth or sixth use). See addendum for instructions on repainting shoes.
- Note any repairs that need to be done in your costume notebook.

**2) OVERALL CLEANING** - Local dry cleaners may NOT be equipped for or experienced in cleaning large theatrical-type costumes and may cause damage to the costume. Many cleaning fluids can melt some of the costume materials. Heat can also severely damage the costume. It can burn and melt fur, ruin elastic, and take the stretch out of spandex. Hand washing with Woolite and spot washing can also be used on the body of many costumes but again, better safe than sorry. The **body** can also be submerged in a tub and gently agitated, rinsed thoroughly, squeezed as dry as possible and hung (out of the sun) to dry.

**3) BOXES & BAGS SHOULD BE USED FOR TRAVEL ONLY** - storing the costume in the travel containers is harmful and should be avoided.

**3) LIST OF REPAIRS** - Keep a list of repairs, both to be made and when completed, so that problem areas can be identified.

> **Special Note:** TRY TO DO SOME REPAIRS LOCALLY. YOU CAN FIND A SEAMSTRESS OR TAILOR AT A DRY CLEANERS, COLLEGE THEATRE DEPARTMENT, THEATRE COMPANY, BALLET COMPANY, OPERA COMPANY, HOME ECONOMICS DEPARTMENT, SOMEBODY'S MOTHER, AND EVEN THE PHONE BOOK. ASK AROUND.

OR CALL:
**HARRISON/ERICKSON, INC.**
**718-858-0669**

Confidential
HE007918

# SHOE MAINTENANCE ADDENDUM

Use the formulated latex/paint mixture to touch up the surface color of the shoes.

## SUPPLIES
H/E shoe paint (keep tightly sealed when stored)
1/4" flat bristle brush
Murphy's Oil Soap (available in the super market)

## PAINT APPLICATION

- CLEAN THE SURFACE OF THE SHOE WITH **MURPHY'S OIL SOAP** AND ALLOW TO DRY THOROUGHLY.

- BRUSHES WILL NOT BE REUSABLE AFTER PAINTING UNLESS THE BRUSH IS DIPPED IN **MURPHY'S OIL SOAP** BEFOREPAINTING.
  THIS WILL PROTECT THE BRISTLES ANDALLOW THE BRUSH TO BE WASHED WITH SOAP AND WATER AFTER USE.

- PAINT QUICKLY USING AS FEW STROKES AS POSSIBLE. **ALLOW TO DRY THOROUGHLY.**