# EXHIBIT 118

