# EXHIBIT 135



January 29, 1991                                  Invoice No. 1801

Chris LeGault
The Phillies
Veterans Stadium
Broad Street & Pattison Avenue
Philadelphia, PA   19101

### PHANATIC REFUR & REPAIR

COSTUME #5

      Body #5    Refur Body
                    Repair Netting & Bone Casing
                    Repair Tail
                    Replace Leg Elastic
                    Replace Hands

      Head #5    Refur Head
                    Repair Eyes
                    Replace Helmet

      TOTAL                                  $5,400.00

      CREDIT for 41 yards improperly dyed
      Phanatic Fur                           ($790.75)


AMOUNT DUE THIS INVOICE                    $4,609.25




### INVOICE DUE IN FULL UPON RECEIPT

Please make check payable to "HARRISON/ERICKSON INC."

A Divison of
HARRISON/ERICKSON INC. 66 PIERREPONT ST. BROOKLYN, NY 11201 718-858-0669 FAX 718-858-7833

Confidential                                                 HE001709