# EXHIBIT 151

**HARRISON/ERICKSON INC.**
62 PIERREPONT ST. BROOKLYN, NY 11201-2442
718.858.0669

May 31, 2018                                            Invoice No. 2938

Andrea Guest
THE PHILLIES
Citizens Bank Park
One Citizens Bank Way
Philadelphia, PA 19148
215.218.5300

# PHANATIC HEADS REPAIRS

| | |
|---|---|
| PHANATIC HEAD (Head 2018, Tom Burgoyne) | NC |
|     Adjustments | |
| PHANATIC HEAD (Head #10, Tom Burgoyne) | $2,034.00 |
|     Removed, washed & replaced existing head fur & fleece, new helmet (supplied by Phillies), new inner foam structure, new tubing, & feathers, recovered eyes, replaced lids & lashes | |
| DELIVERY | $120.14 |
| TOTAL | $2,154.14 |
| **AMOUNT DUE THIS INVOICE** | **$2,154.14** |

NOTE: Harrison/Erickson Inc. is authorized for electronic payment.

INVOICE DUE IN FULL UPON RECEIPT

Confidential                                                                                         HE002221