```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE PHILLIES,

                               **Plaintiff,**

        -against-

HARRISON/ERICKSON, INC., et al.,

                               **Defendants.**

-----------------------------------------------------------------X

19-CV-07239 (VM)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

    In light of Judge Marrero's referral of the parties' motions for summary judgment, the parties are directed to submit two (2) courtesy copies of the parties' briefs to my chambers no later than April 26, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 16, 2021
                New York, New York