USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE PHILLIES,

                           **Plaintiff,**

-against-

HARRISON/ERICKSON, INC., et al.,

                           **Defendants.**

------------------------------------------------------------X

19-CV-07239 (VM) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the Court's Report and Recommendation, the parties are directed to meet and confer as to whether the parties would like to schedule a settlement conference. Should a settlement conference be scheduled, the Court will stay the time for any objections to the Report and Recommendation. The parties shall file a letter indicating if they wish to proceed in this manner by Monday, August 16, 2021.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     August 10, 2021
                 New York, New York