

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

*FIRM and AFFILIATE OFFICES*

DAVID J. WOLFSOHN
DIRECT DIAL: +1 215 979 1866
PERSONAL FAX: +1 215 689 2739
E-MAIL: DJWolfsohn@duanemorris.com

www.duanemorris.com

August 16, 2021

**VIA CM/ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

Re:  *The Phillies v. Harrison/Erickson, Inc., et al.*, C.A. No. 19-7239-VM-SN

Dear Judge Netburn:

The parties write jointly to the Court pursuant to Your Honor's August 10, 2021 Order (Doc. 166) regarding a settlement conference.  We have met and conferred and we are jointly requesting that a settlement conference be scheduled, and that the time for any objections to the Court's Report and Recommendation (Doc. 165) be stayed.

| | |
|---|---|
| DUANE MORRIS LLP | MITCHELL SILBERBERG & KNUPP LLP |
| /s/ David J. Wolfsohn | /s/ Paul D. Montclare |
| David J. Wolfsohn | Paul D. Montclare |

cc:   All Counsel of Record (via CM/ECF)

DUANE MORRIS LLP
30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196          PHONE: +1 215 979 1000    FAX: +1 215 979 1020