UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____8/17/2021____
```

THE PHILLIES,

                                    Plaintiff,                              19-CV-07239 (VM) (SN)

              -against-                                                     **ORDER**

HARRISON/ERICKSON, INC., et al.,

                                    Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the parties' joint August 16, 2021 letter, all deadlines in this case are STAYED

while the parties engage in settlement negotiations. The parties are directed to contact Courtroom

Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually

convenient dates in order to schedule a settlement conference. The parties are advised that in

light of the Court's busy calendar, settlement conferences must generally be scheduled at least

four to six weeks in advance.

        The Clerk of Court is respectfully directed to GRANT the motion at ECF No. 167.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        August 17, 2021
              New York, New York