| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | **DAVID J. WOLFSOHN** | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1866 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2739 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* DJWolfsohn@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

November 3, 2021

**VIA ECF**

Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:   The Phillies v. Harrison/Erickson, Inc., et al; No. 19-cv-7239-VM-SN**

Dear Judge Marrero:

      This firm represents plaintiff The Phillies in the above-referenced action, which is subject to the Court's October 8, 2021 conditional order (Doc. 170) of discontinuance without prejudice. The parties have been actively negotiating a settlement agreement since that order was entered, exchanging several drafts. While substantial progress has been made, we will not be able to reach a final agreement within the current deadline of Your Honor's October 8 order, which sets November 8 as the deadline for submitting to the Court a stipulation of dismissal or an application for restoration of the action to the active calendar of the Court. Accordingly, I am respectfully requesting that the deadline be extended by one week, until November 15. Defense counsel concurs with this request. I am hopeful we will be able to reach agreement by that date

                                  Respectfully,

                                    /s/ David J. Wolfsohn

                                    David J. Wolfsohn

DJW/kah
cc:    All Counsel of Record