| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | DAVID J. WOLFSOHN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1866 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2739 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* DJWolfsohn@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

November 15, 2021

VIA ECF

Hon. Victor Marrero
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: <u>*The Phillies v. Harrison Erickson Inc., et al.*; C.A. No. 19-cv-7239-VM-SN</u>

Dear Judge Marrero:

 I am pleased to report that the parties have settled the above-referenced litigation.  One of the terms of the settlement agreement is that the parties enter into a consent judgment to be approved by the Court.  Accordingly, I am filing on the docket the parties' Stipulated Consent Judgment and Dismissal With Prejudice.  We are available at the Court's convenience if Your Honor has any questions about the Consent Judgment.

        Respectfully,

        /s/ David J. Wolfsohn

        David J. Wolfsohn

DJW/kah
Enclosure

cc: All counsel of record